# EXHIBIT 1-3

FILED

2026 JUN 17 12:58 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 26-2-19546-3 SEA

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON**
**FOR THE COUNTY OF KING**

| | |
|---|---|
| HASTINGS | No. 26-2-19546-3  SEA |
| VS | **CASE INFORMATION COVER SHEET AND AREA DESIGNATION** |
| MICROSOFT CORPORATION | |
| | (CICS) |

**CAUSE OF ACTION**

TTO - Tort /Other

**AREA OF DESIGNATION**

SEA        Defined as all King County north of Interstate 90 and including all of Interstate 90 right of way, all of the cities of Seattle, Mercer Island, Issaquah, and North Bend, and all of Vashon and Maury Islands.