# EXHIBIT 1-7

FILED
2026 JUN 24 11:43 AM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 26-2-19546-3 SEA

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR THE
COUNTY OF KING

**TREVOR HASTINGS, individually and on behalf of all
others similarly situated**

*Plaintiff(s) / Petitioner(s)*

v.

**MICROSOFT CORPORATION**

*Defendant(s) / Respondent(s)*

Case No.: 26-2-19546-3 SEA

**AFFIDAVIT OF SERVICE**

I, Karen Wolcott, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to MICROSOFT CORPORATION in Thurston County, WA on June 18, 2026 at 9:17 am at 300 Deschutes Way SW, Ste 208, Tumwater, WA 98501-7719 by leaving the following documents with Ellen Jones, who as Intake Specialist at Corporation Service Company, is authorized by appointment or by law to receive service of process for MICROSOFT CORPORATION.

CLASS ACTION COMPLAINT, JURY DEMAND , SUMMONS, CASE INFORMATION COVER SHEET AND AREA DESIGNATION, ORDER SETTING CIVIL CASE SCHEDULE

Race: White, Sex: Female, Est. Age: 65+, Hair: Black, Glasses: Y, Est. Weight: 100 lbs to 120 lbs, Est. Height: 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=47.0133638,-122.9058216
Photograph: See Exhibit 1

Total Cost: $127.25

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Karen Wolcott*

Executed in

Thurston County                                    Signature
                                                   Karen Wolcott
,                                                  +1 (360) 448-1014
                                                   25-0114-02
WA      on    6/22/2026                .           Thurston County

