# EXHIBIT 1-9

# FILED

2026 JUN 23 03:18 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 26-2-19546-3 SEA

SUPERIOR COURT OF THE STATE OF WASHINGTON FOR THE COUNTY OF KING

**TREVOR HASTINGS, individually and on behalf of all others similarly situated**

*Plaintiff(s) / Petitioner(s)*

v.

Case No.: 26-2-19546-3 SEA

**MICROSOFT CORPORATION**

*Defendant(s) / Respondent(s)*

## AFFIDAVIT OF SERVICE

I, Karen Wolcott, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to MICROSOFT CORPORATION in Thurston County, WA on June 23, 2026 at 10:46 am at 300 Deschutes Way SW, Ste 208, Tumwater, WA 98501-7719 by leaving the following documents with Ellen Jones who as INTAKE SPECIALIST at Corporation Service Company is authorized by appointment or by law to receive service of process for MICROSOFT CORPORATION.

AMENDED CLASS ACTION COMPLAINT
Race: White, Sex: Female, Est. Age: 65+, Hair: Black, Glasses: Y, Est. Weight: 100 lbs to 120 lbs, Est. Height: 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=47.0133845,-122.9057946
Photograph: See Exhibit 1

Total Cost: $127.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Thurston County

,

____WA____ on ___6/23/2026___ .

/s/ *Karen Wolcott*

Signature
Karen Wolcott
+1 (360) 448-1014
25-0114-02
Thurston County

