# EXHIBIT 1-10

FILED
2026 JUL 10 09:00 AM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 26-2-19546-3 SEA

SUPERIOR COURT OF THE STATE OF WASHINGTON
KING COUNTY

TREVOR HASTINGS, individually and on behalf of all other similarly situated,

Plaintiff,

v.

MICROSOFT CORPORATION,

Defendant.

No. 26-2-19546-3 SEA

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSE**

**STIPULATION**

Plaintiff Trevor Hastings and Defendant Microsoft Corporation (collectively, the "Parties"), by and through their counsel of record, stipulate and agree, subject to the Court's approval, as follows:

WHEREAS, Plaintiff filed the Complaint in this action on June 17, 2026;

WHEREAS, Defendant was served with the Complaint on June 18, 2026;

WHEREAS, Plaintiff filed the Amended Complaint in this action on June 18, 2026;

WHEREAS, Defendant was served with the Amended Complaint on June 23, 2026;

WHEREAS, Defendant's deadline to respond to the Amended Complaint is July 8, 2026;

WHEREAS, no previous extensions have been requested or granted;

STIPULATION AND
ORDER TO EXTEND DEADLINE
FOR RESPONSE - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

NOW THEREFORE, subject to the approval of the Court, the Parties hereby agree as follows:

Defendant's deadline to respond to Plaintiff's Amended Complaint shall be extended to August 7, 2026.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 8th day of July, 2026.

STRAUSS BORRELLI PLLC

By: */s/ Samuel J. Strauss*
    Samuel J. Strauss
    One Magnificent Mile
    980 N Michigan Avenue, Suite 1610
    Chicago IL, 60611
    Telephone: (872) 263-1100
    Facsimile: (872) 263-1109
    sam@straussborrelli.com

STRANCH, JENNINGS & GARVEY, PLLC

    J. Gerard Stranch, IV (*pro hac vice* forthcoming)
    Grayson Wells (*pro hac vice* forthcoming)
    Michael Tackeff (*pro hac vice* forthcoming)
    223 Rosa L. Parks Avenue, Suite 200
    Nashville, Tennessee 37203
    Telephone: (615) 254-8801
    gstranch@stranchlaw.com
    gwells@stranchlaw.com
    mtackeff@stranchlaw.com

*Attorneys for Plaintiff & Proposed Class*

DAVIS WRIGHT TREMAINE LLP

By: */s/ Emily Parsons*
    Emily Parsons, WSBA #57061
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Tel: 206.622.3150
    Fax: 206.757.7545
    Email: emilyparsons@dwt.com

*Attorney for Defendant Microsoft Corporation*

STIPULATION AND
ORDER TO EXTEND DEADLINE
FOR RESPONSE - 2

## **ORDER**

IT IS SO ORDERED.

DATED this _____ day of July, 2026.

_____
The Honorable Brian McDonald
Superior Court Judge

STIPULATION AND
ORDER TO EXTEND DEADLINE
FOR RESPONSE - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**King County Superior Court**
**Judicial Electronic Signature Page**

Case Number:           26-2-19546-3  SEA
Case Title:            HASTINGS VS MICROSOFT CORP

Document Title:        Order

Date Signed:           07/09/2026

_____
                    Judge: Brian McDonald

Key/ID Number:         *391126740*

Page Count:            This document contains 3 page(s) plus this signature page.