# EXHIBIT 1-11

FILED  The Honorable Jessca Murphy Manca
2026 JUL 08 01:29 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 26-2-19546-3 SEA

SUPERIOR COURT OF THE STATE OF WASHINGTON
KING COUNTY

TREVOR HASTINGS, individually and on behalf of all other similarly situated,

Plaintiff,

v.

MICROSOFT CORPORATION,

Defendant.

No. 26-2-19546-3 SEA

**NOTICE OF APPEARANCE**

**[*Clerk's Action Required*]**

TO:          CLERK OF THE COURT

AND TO:      ALL PARTIES AND ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Emily Parsons of Davis Wright Tremaine LLP appears on behalf of Defendant Microsoft Corporation ("Microsoft") in the above-captioned action and requests that all future papers and pleadings, except original process, be served on the undersigned attorney at the address stated below.

By this appearance, Microsoft does not waive any applicable defenses, including without limitation, lack of jurisdiction, improper venue or forum, insufficiency of process, insufficiency of service of process, removal, failure to state a claim, and failure to join a necessary party.

NOTICE OF APPEARANCE - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 8th day of July, 2026.

DAVIS WRIGHT TREMAINE LLP

By: */s/ Emily Parsons*
    Emily Parsons, WSBA #57061
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Tel: 206.622.3150
    Fax: 206.757.7545
    Email: emilyparsons@dwt.com

*Attorney for Defendant Microsoft Corporation*

NOTICE OF APPEARANCE - 2

## CERTIFICATE OF SERVICE

I declare under the penalty of perjury under the laws of the state of Washington that on July 8, 2026, I caused the document to which this certificate is attached to be served as follows:

STRAUSS BORRELLI PLLC

Samuel J. Strauss
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
sam@straussborrelli.com

STRANCH, JENNINGS & GARVEY, PLLC

J. Gerard Stranch, IV
Grayson Wells
Michael Tackeff
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
gstranch@stranchlaw.com
gwells@stranchlaw.com
mtackeff@stranchlaw.com

*Attorneys for Plaintiff & Proposed Class*

☒ Via Court's E-Service Application
☐ Via Messenger
☐ Via Overnight Mail
☐ Via U.S. Mail
☒ Via Electronic Mail

DATED this 8th day of July, 2026, at Seattle, Washington.

/s/ Emily Parsons
Emily Parsons, WSBA #57061

NOTICE OF APPEARANCE - 3