The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TREVOR HASTINGS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

MICROSOFT CORPORATION,

Defendant.

No. 2:26-CV-02537-JLR

**DECLARATION OF MICHAEL ZUBERBIER IN SUPPORT OF MICROSOFT'S MOTION TO COMPEL ARBITRATION AND STAY CASE**



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

I, Michael Zuberbier, declare as follows:

1. ***Qualifications of Declarant.*** I am a Content Creation Program Manager at Microsoft Corporation. I have been working in this role since 2017. My current employment responsibilities include preparing and maintaining the packaging, product guides, and other written materials that accompany Microsoft's Xbox products. Based on my experience, I am familiar with the manner in which Microsoft presents product warranties and agreements for Xbox hardware, including Xbox Series X consoles, as well as the product guides and packaging used for those products. I make this declaration based on my personal knowledge and experience, discussions with appropriate Microsoft personnel, and review of Microsoft's records, kept in the ordinary course of business. I am in all ways competent to give this declaration.

2. ***Plaintiff's Xbox Console.*** I understand that Plaintiff's counsel provided Plaintiff's email address, which was provided to me. I understand that email address is associated with an Xbox Live account registered to a customer named Trevor Hastings and created on November 27, 2007, which was first associated with an Xbox Series X console in August 2025.

3. ***Notice of Warranty & Agreement.*** As explained in the following paragraphs, Microsoft notified purchasers of Xbox consoles that Microsoft's Warranty and Agreement, including the arbitration provisions set forth in that agreement, governed their use of those devices (1) in the XBOX Console Product Guide, Limited Warranty & Agreement ("Product Guide") packaged with each console, and (2) online. In addition, as more fully explained below, Microsoft included a notice on the outside of Xbox product boxes informing purchasers that Microsoft's Warranty & Agreement governed their use of those devices and that they must agree to the Warranty & Agreement terms.

4. ***Notice of Warranty & Agreement in the Product Guide.*** Since at least 2017, Microsoft has packaged every Xbox console sold in the United States with a hard copy of the Product Guide. Attached to this declaration as **Exhibit 1** is the version of the Product Guide that was packaged with the Xbox Series X console associated with the Xbox Live account associated with Plaintiff's email address. All Xbox consoles sold in the United States have been packaged



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

with a substantially similar version of the Product Guide since at least 2017 that stated that users "must accept" the Warranty & Agreement and directed purchasers to the URL where the full terms of the Warranty & Agreement could be found.

5. ***Notice of Warranty & Agreement on Packaging.*** Each box in which Xbox consoles were sold in the United States since at least 2017 has notified customers on the outside of the box that the customer must accept the Software License Terms, Microsoft Services Agreement, and applicable Warranty & Agreement. Attached as **Exhibit 2** to this declaration is an image showing a true and correct copy of a compressed view of the box in which Plaintiff's Xbox Series X was packaged. Attached to this declaration as **Exhibit 3** is that same image, with an expanded view of a section of the box, labeled "**IMPORTANT!**", which notified a purchaser that he or she "must accept" the Xbox Software License Terms, Microsoft Services Agreement, and Warranty & Agreement and directed purchasers to the URLs where the full terms of each agreement could be found. The packaging for each Xbox console sold in the United States since at least 2017 has contained a substantially identical notice that stated that the purchaser "must accept" the Warranty & Agreement and directed purchasers to the URL where the full terms of the Warranty & Agreement could be found.

6. ***Warranty & Agreement.*** When Plaintiff purchased his Xbox console in August 2025, the URLs displayed on the box (xbox.com/warranty) and in the Product Guide packed inside the box (support.microsoft.com/warranty) each led a reader to the full warranty and agreement.. Attached to this declaration as **Exhibit 4** is a true and correct copy of the version of the warranty available at each of those URLs and applicable since October 1, 2024.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on August 20, 2026 at Redmond, WA.

Signed by:
Michael Zuberbier
C9F56F3251C94E6...

Michael Zuberbier



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# EXHIBIT 1

XBOX

# Product and Regulatory Guide, Limited Warranty & Agreement

# Guide du produit et réglementaire, garantie limitée et accord

# Guía del producto y sobre reglamentos, garantía limitada y contrato

XBOX

# XBOX CONSOLE PRODUCT GUIDE, LIMITED WARRANTY & AGREEMENT

**YOU MUST ACCEPT LIMITED HARDWARE WARRANTY & AGREEMENT AND MICROSOFT SERVICES AGREEMENT (BOTH WITH BINDING ARBITRATION AND CLASS ACTION WAIVER IN THE U.S.) AND SOFTWARE LICENSE TERMS**

By purchasing or using your Microsoft Product, you agree to:

- Manufacturer's Limited Hardware Warranty & Agreement at support.microsoft.com/warranty. Please read the summary starting on page 7. **If you live in (or are a business with your principal place of business in) the United States, please read the binding arbitration clause and class action waiver at aka.ms/hw-warr-arbitration-523 and the summary starting on page 7. It affects how disputes concerning your Microsoft Product, its price, advertising, marketing, communications, your purchase transaction, billing, or the Manufacturer's Limited Hardware Warranty & Agreement are resolved.**
- Microsoft Services Agreement at microsoft.com/msa. It governs use of Xbox online service and Microsoft Studio games and apps.
- Software License Agreement at xbox.com/slt.

Please read these agreements. If you do not accept them, do not set up or use your Xbox Product (console or accessory). Return the Xbox Product to Microsoft or your retailer for a refund. For Xbox console and accessory product manuals, go to xbox.com/support/manual. Your console may or may not contain an optical disc drive.

**⚠ This symbol identifies safety and health information in this product guide**

**⚠ WARNING: Read safety and health information**

Microsoft products are developed to be safe and effective. Please read this guide for important safety and health information about your device and for the terms of the Limited Warranty that applies to your device. The guide is intended to help you be more comfortable and productive while using this device. Failure to follow the instructions for proper set up, use, and care for your device can increase the risk of serious personal injury, death, or property damage.

You can find additional support at support.microsoft.com.

**NOTICE: Read use instructions**

Failure to properly set up, use, and care for this product can increase the risk of damage to your device or devices. Read this guide and keep all printed guides for future reference.

### Initial console setup and updates

Broadband Internet (1.5 Mbps down/768 Kbps up), a Microsoft account, and Xbox profile required for initial online set-up, downloads/mandatory updates (some significant), and some features (including retention of gameplay settings and information). 4K streaming requires 18-24 Mbps download speed. ISP fees apply (xbox.com/consoles/gettingstarted).

For answers to questions about console setup, troubleshooting steps, and Xbox Customer Support contact information, visit support.microsoft.com.

**⚠ WARNING: AC power supply and power cord safety**

Always select and use an appropriate AC power supply and/or power cord for your device. Failure to take the following precautions can result in serious personal injury or death from electric shock or fire or in damage to your device.

To select an appropriate power source for your device:

- We recommend you use genuine Microsoft power supply units (PSUs) and AC power cords. A genuine Microsoft PSU and/or AC power cord was provided with your device. Genuine Microsoft PSUs or AC power cord can also be purchased from a Microsoft-authorized retailer and at https://store.microsoft.com/devices.
- Use only AC power provided by a standard (mains) wall outlet. Do not use non-standard power sources, such as generators or inverters, even if the voltage and frequency appear acceptable.
- Confirm that your electrical outlet provides the type of power indicated for your device (in terms of voltage [V] and frequency [Hz]). If you are unsure of the type of power supplied to your home, consult a qualified

electrician.

- Do not overload your wall outlet, extension cord, power strip, or other electrical receptacle. Confirm that they are rated to handle the total current (in amps [A]) drawn by your device and any other devices using the same circuit.
- For devices where the AC prongs may be folded for storage, make sure its prongs are fully extended before plugging the AC power supply for your device into the power (mains) outlet.
- For devices equipped with power cords with removable prongs and a universal power supply, make sure the prong assembly is properly configured for the power outlet and fully seated into the power supply before plugging the AC power supply into a power (mains) outlet.

### ⚠ CAUTION: Cable and cord safety

Exposed device cables and cords pose a potential tripping hazard. Arrange all cables and cords so that people and pets are not likely to trip over or accidentally pull on them as they move around or walk through the area. Do not allow children to play with cables and cords. To avoid damaging the cords and cables:

- Protect cords from being walked on or crushed.
- Protect cords from being pinched or sharply bent, particularly where they connect to a wall power (mains) outlet, the power supply unit, and your device.
- Do not jerk, knot, sharply bend, stretch, or otherwise abuse the power cords. Do not wrap your power cord too tightly, especially around the power brick. Instead, wrap it using loose coils rather than tight angles.
- When positioning your device or PSU make sure that the cords are not bent sharply and that the connectors are not pushed against a wall or hard surface.
- Do not expose power cords to heat sources.
- Do not allow pets or children to bite or chew on power cords.
- When disconnecting the power cord, pull on the plug—do not pull on the cord.
- Inspect your power cords and cables regularly. If a power cord or cable becomes warm, frayed, cracked or damaged in any way, stop using it immediately. We recommend that you replace your damaged power cord or cable with a genuine Microsoft replacement power or cable.
- Unplug your charging cable or cord during lightning storms or when unused for long periods.

### ⚠ WARNING: General battery safety

Your device uses disposable or rechargeable batteries. Improper use or misuse of disposable or rechargeable batteries may cause injury, death, property damage, and may damage your device or its accessories as a result of battery fluid leakage, fire, overheating, or explosion.

Battery fluid is corrosive and may be toxic. It can cause burns and may be harmful or fatal if swallowed.

To reduce the risk of injury when using disposable or rechargeable batteries:

- Keep batteries out of the reach of children.
- Charge rechargeable batteries only with the charger provided with your device. Using an improper charging method may result in fire or explosion.
- Immediately remove old, weak, or worn out batteries from your device. Recycle or dispose of old, weak, or worn batteries in accordance with local, regional, or national law or regulation.
- Remove the batteries from your device before storing your device for an extended period.
- Avoid contact with battery fluid. If a battery leaks:
  - Keep the leaked fluid from touching your skin, eyes, clothes, or other surfaces. If the battery fluid contacts your skin, eyes, or clothes, immediately wash the affected area with water and contact your doctor or other medical provider as appropriate.
  - Carefully remove all batteries by reversing the battery installation instructions provided with your device.
  - Before inserting new batteries, thoroughly clean the battery compartment with a dry cloth, or follow the battery manufacturer's recommendations for cleanup.
- We recommend that you use Microsoft approved battery packs. Replace the disposable or rechargeable batteries supplied with your device with batteries of the same type and rating.
- Do not disassemble, crush, open, puncture, shred, short external contacts or circuits, expose to temperature above 40 °C (104 °F), or dispose of batteries in fire or water.
- Do not mix new and old batteries or batteries of different types (for example, carbon-zinc and alkaline batteries).
- Do not allow metal objects to touch the battery terminals on the device; they can become hot and cause burns.
- Do not carry or place batteries or battery packs together with other metal objects.
- Do not leave a battery-powered device in direct sunlight for an extended period.



M1148780-003_MNL.indd 3 14/8/23 11:43 pm
BLACK

- Do not immerse batteries in water or allow them to become wet.
- Do not use a battery if it has become wet. Do not attempt to dry a battery or battery pack with a hair dryer, in a conventional oven, or in a microwave oven.
- Do not connect batteries directly to wall outlets or car cigarette-lighter sockets.
- Do not strike, throw, step on, or subject batteries to severe physical shock.
- Do not modify or remanufacture, attempt to insert foreign objects into the battery, immerse or expose to water or other liquids, expose to fire, explosion or other hazard.
- Do not recharge batteries near a fire or in extremely hot conditions.
- Dropping your device or its battery, especially on a hard surface, can damage the device and its battery. We recommend that you seek professional assistance to inspect your device if you believe damage has occurred.
- Never use a damaged battery. If your battery appears scratched, or nicked, immediately place it aside and dispose of it properly. Use of a damaged battery can cause electrical shorts, overheating, and other component failures.

**⚠ WARNING: Battery replacement and device repairs (user replaceable batteries)**

Batteries in devices with user-replaceable batteries can be changed by opening the battery receptacle and following the battery replacement instructions in the Quick Start Guide. Microsoft recommends that you seek professional assistance for all other device repairs, and that you use caution if undertaking do-it-yourself repairs. Opening and/or repairing your device can present electric shock, device damage, fire, and personal injury risks, and other hazards.

**⚠ WARNING: Risk in repairs**

Opening and/or repairing your device can present electric shock, device damage, fire, and personal injury risks, and other hazards. Microsoft recommends that you seek professional assistance for device repairs, and that you use caution if undertaking do-it-yourself repairs.

**⚠ NOTICE: Handling**

Handle your Microsoft device with care. It is made of metal and plastic and has sensitive electronic components inside. Your device can be damaged if dropped, burned, punctured, or crushed, or if it comes in contact with liquid. If you suspect damage to your device or its battery, discontinue use of your device, as it may cause overheating or injury.

**⚠ NOTICE: Third-party compatibility**

Some third-party accessories may be incompatible with your device or are potentially counterfeit. Use of incompatible or counterfeit accessories, batteries, and charging devices could result in damage to your device and pose a possible risk of fire, explosion, or battery failure leading to serious injuries, damage to your device, or other serious hazards.

**⚠ WARNING: Cleaning**

The risk of fire, shock or damage to your Microsoft device during cleaning might be reduced by taking the following precautions:

- Unplug all cables and turn your device off before cleaning.
- Only clean the exterior of your device.
- Clean your device with a dry cloth.
- For devices with fans, vents, ports or similar openings:
  - Gently clean the exterior surface of the fan, vent or other opening to remove any dust buildup.
  - Do not insert objects into the fan, vents, ports, or other opening.
  - Do not attempt to clean connectors through immersion in liquids. Only gently wipe and dry with a clean cloth.

**⚠ WARNING: Usage**

To reduce the risk of fire, shock or damage to your device, do not expose your device to rain, snow or other types of moisture. Do not use your device near water or in a damp or excessively humid location (e.g. near a shower, bathtub, sink, or swimming pool, or in a damp basement). To keep your device in prime operating condition:

- Do not use your device near heat sources, food, excessive dirt, dust, oil, chemicals, or in strong direct sunlight.
- Do not place objects on top of your device.
- Use only attachments/accessories specified by Microsoft or equivalents.
- For devices with fans, vents, ports or similar openings:
  - Do not cover or insert objects into the fan, vents, ports, or other opening.
  - Do not allow dust to build up on the fan, vent or other openings.
  - Do not place your device in narrow or cramped space.
- Do not dry your device with a hair dryer; clothes dryer; or a conventional, toaster, or microwave oven. If your device becomes wet, gently wipe the exterior with a clean, dry cloth.

- Do not use compressed air.
- Do not use DVD head cleaner devices.

**NOTICE: Disc use**

To avoid jamming the disc drive and possibly damaging your discs or device:

- Always remove discs before moving the device.
- Never use cracked discs. They can shatter and jam or damage internal parts inside your device.
- Always return discs to their storage containers when they are not in the disc drive. Do not store discs in direct sunlight, near a heat source, or on your Xbox Series X. Always handle discs by their edges. To clean game and other discs:
  - Hold discs by the edges; do not touch the disc surface with your fingers.
  - Clean discs using a soft cloth, lightly wiping from the center outward.
  - Do not use solvents; they can damage the disc. Do not use disc-cleaning devices.

**Avoid smoke and dust**

Do not use the console in smoky or dusty locations. Smoke and dust can damage the console, particularly the optical disc drive.

**Metallic objects and stickers**

Do not place metallic items or stickers near or on the Xbox console, as they can interfere with controller, networking, and eject and power buttons.

Stationary images in video games can "burn" into some TV screens, creating a permanent shadow. Consult your TV owner's manual of manufacturer before playing games.

**⚠ WARNING: Photosensitive seizures**

Some people may experience a seizure when exposed to flashing lights or patterns in moving images or video games. Even people who have no history of seizures or epilepsy may have an undiagnosed condition that can cause "photosensitive seizures" while watching moving images or video games.

These seizures may have a variety of symptoms, including lightheadedness, altered vision, eye or face twitching, jerking or shaking of arms or legs, disorientation, confusion, or momentary loss of awareness. Photosensitive seizures may also cause loss of consciousness or convulsions that can lead to injury from falling or striking nearby objects. Immediately stop playing and consult a doctor if you experience any of these symptoms. Parents should watch for or ask their children about the above symptoms — children and teenagers are more likely than adults to experience these seizures. The risk of photosensitive seizures may be reduced by taking the following precautions:

- Sit farther from the video screen.
- Use a smaller video screen.
- Play in a well-lit room.
- Do not play when you are drowsy or fatigued.

If you or any of your relatives have a history of seizures or epilepsy, consult a doctor before playing.

**⚠ WARNING: Musculoskeletal disorders**

Use of electronic input devices may be linked to serious injuries or disorders. When using a computer, as with many activities, you may experience occasional discomfort in your hands, arms, shoulders, neck, or other parts of your body. However, if you experience symptoms such as persistent or recurring discomfort, pain, throbbing, aching, tingling, numbness, burning sensation, or stiffness, DO NOT IGNORE THESE WARNING SIGNS. PROMPTLY SEE A QUALIFIED HEALTH PROFESSIONAL, even if symptoms occur when you are not working at your computer. Symptoms like these can be associated with painful and sometimes permanently disabling injuries or disorders of the nerves, muscles, tendons, or other parts of the body.

These musculoskeletal disorders (MSDs) include carpal tunnel syndrome, tendonitis, tenosynovitis, and other conditions. While researchers are not yet able to answer many questions about MSDs, there is general agreement that many factors may be linked to their occurrence, including: overall health, stress and how one copes with it, medical and physical conditions, and how a person positions and uses his or her body during work and other activities (including use of a keyboard or mouse). The amount of time a person performs an activity may also be a factor.

Some guidelines that may help you work more comfortably with your device and possibly reduce your risk of experiencing an MSD can be found at https://support.microsoft.com and xbox.com/playhealthy (Healthy Gaming Guide).

**⚠ WARNING: Choking hazard**

This device may contain small parts that may be a choking hazard to children under 3 years. Keep small parts away from children.

**⚠ WARNING: Using video gaming accessories**

Make sure children using video gaming accessories with their Xbox console play safely, within their limits, and that they understand proper use of the

console and accessories.

**⚠ CAUTION: Device stability**

Do not place your device on uneven or unstable surfaces. Be sure to hold it securely when it is carried and not via an accessory, cable, or cord. Failure to hold your device securely could cause it to fall or hit a person or object, which could damage your device, damage other property, or cause personal injury.

**Position your Xbox**

Your console may be used in either vertical or horizontal position (note the small feet on the console that apply to each position). When changing position, power down your console (and if your console contains an optical disc drive, remove any discs). If you need to change the location of your console, remove any discs, power down the system and remove all cables before moving the console.

**Prevent the console from overheating:**

- Do not block any ventilation openings on the console. Do not place the console on a bed, sofa, or other soft surface that may block openings. Do not place the console in a confined space, such as a bookcase, rack, or stereo cabinet, unless the space is well ventilated.
- Do not place the console near any heat sources, such as radiators, heat registers, stoves, or amplifiers.
- Using the Xbox console in an environment where the external temperature varies widely and quickly might damage the console. When moved to a location with a temperature difference of 11°C (20°F) or more from the previous location, allow the console to come to room temperature before turning it on. The console's operating temperature is +5°C (+41°F) to +35°C (+95°F).

**⚠ CAUTION: Hearing safety**

Frequent or extended exposure to loud noise or sounds when using a headset or headphones can cause temporary or permanent hearing loss. Individual susceptibility to noise-induced hearing loss and potential hearing problems varies. Also, the sound volume produced by a device may vary depending on the nature of the sound, device settings, and the headset or headphones used. As a result, there is no single volume setting that is appropriate for everyone or for every combination of sound, settings, and equipment.

Here are a few common-sense recommendations to minimize your exposure to loud noises or sounds when using a headset or headphones with your device:

- Minimize your time listening to loud sound. All of the sound you are exposed to each day adds up. At maximum volume, listening to music or other content on your device with a headset or headphones can permanently damage your hearing in 15 minutes. If you are exposed to other loud sounds also, it takes less time listening at high volumes to cause hearing damage.
- The more time you spend exposed to loud sounds, the more likely you are to damage your hearing. The louder the sound, the less time that is required to damage your hearing.
- Always turn the volume on your device down before plugging a headset or headphones into your device. Set the volume loud enough to hear clearly in quiet surroundings, and no louder.
- Do not increase the volume after you start listening. Your ears can adapt over time so that high volume sounds normal, but the high volume could still damage your hearing.
- Do not increase the volume to block outside noise. The combination of outside noise and sound from your headset or headphones can damage your hearing. Sealed or noise-cancelling headphones can reduce outside noise so that you don't have to turn up the volume.
- If you can't understand someone nearby speaking normally, turn down the volume. Sound that drowns out normal speech can damage your hearing. Even with sealed or noise-cancelling headphones, you should be able to hear nearby people speak.
- To minimize the potential for hearing damage, keep the volume low enough that you can carry on a conversation with people nearby.
- Headphones and headsets can attract dangerous objects like staples and paper clips. Always check your headset or headphones before use.
- Use of a headset or headphones while driving may be prohibited or restricted in your area; check your local laws and regulations for further information.

Finally, be aware of hearing loss symptoms. It's a good idea to have your hearing checked regularly by an audiologist. Stop using a headset or headphones with your device and have your hearing checked if:

- You experience any hearing loss symptoms.
- You hear ringing in your ears.
- Your speech sounds muffled, dull, or flat.

**⚠ WARNING: Exposure to radio frequency (RF) energy**

Devices that contain Wi-Fi and Bluetooth® radio transmitters have been designed, manufactured and tested to meet the Federal Communications Commission (FCC), Industry Canada and European guidelines for RF exposure

and Specific Absorption Rate.

To ensure that your exposure to RF energy generated by the Wi-Fi and Bluetooth radios does not exceed the exposure limits set forth by these guidelines, orient devices with display screens such that the display side is not directly in contact with your body (i.e., placing the display side face down on your lap or upper body.

Additional information about RF safety can be found on the FCC website at http://www.fcc.gov/oet/rfsafety and the Industry Canada website at http://www.ic.gc.ca/eic/site/smt-gst.nsf/eng/sf01904.html.

**⚠ WARNING: Personal medical devices**

Radio-frequency emissions and magnetic fields from electronic equipment can negatively affect the operation of other electronic equipment, causing them to malfunction. Although your device is designed, tested, and manufactured to comply with regulations governing radio frequency emission in countries such as the United States, Canada, the European Union, and Japan, the wireless transmitters and electrical circuits in the device may cause unintentional interference in other electronic equipment.

Persons with pacemakers should always take the following precautions:

- The American Heart Association recommends that a minimum separation of 15 cm (6 inches) be maintained between a wireless device and a pacemaker to avoid potential interference with the pacemaker.
- If you use your mobile device with a case or holder select one without metallic parts.
- Do not carry your device in a chest pocket.
- If you have any reason to suspect that interference is occurring immediately turn off your device.

If you use a medical device other than a pacemaker, consult the device manufacturer or your physician for information and instructions about the use of other electronic devices near your medical device.

**⚠ NOTICE: Wireless devices aboard aircraft**

Before boarding any aircraft or packing a wireless device in luggage that will be checked, remove the batteries from the wireless device (if removable) or turn the wireless device off (if it has an on/off switch). Listen for the in-flight announcement that tells you if you can use your device during a flight. In-flight wireless use is at the discretion of the airline.

**⚠ WARNING: Radiofrequency interference**

Although your device has been tested for safety and compatibility, it contains a radio that could affect other electronic equipment or medical devices (such as pacemakers) under certain circumstances, causing them to malfunction and result in possible injury or death.

- Turn off your device in any location where instructed to do so.
- Follow all crew instructions while on an aircraft. Turn off your device and/or turn on airplane mode as instructed by the crew, including for any wireless devices packed in your luggage. Consult airline staff or the crew about using your device in flight.
- Follow all the facility rules and posted instructions in areas where cellular or wireless network use is prohibited.

## SUMMARY OF MANUFACTURER'S LIMITED HARDWARE WARRANTY & AGREEMENT (WITH BINDING ARBITRATION AND CLASS ACTION WAIVER IN THE U.S.)

Microsoft warrants that the Microsoft Product will not malfunction under normal use conditions for **one year (90 days for replacement components sold separately, refurbished Xbox consoles and all Xbox accessories except Elite Wireless Controller Series 2)** from the date of original purchase from an authorized reseller. The warranty excludes normal wear and tear, cosmetic damage, damage caused by external causes including being dropped, exposed to liquid, inadequate ventilation, use not in accordance with Microsoft's instructions, hacking, viruses or other malware, and damage caused by repairs or modifications by someone other than Microsoft or a Microsoft-authorized service provider, or by using another company's parts. **If your local law gives you any implied warranty, including of merchantability, its duration is the same as this warranty. Some states or provinces do not allow limitations on how long an implied warranty lasts, so the above limitation may not apply to you.** To obtain warranty service, first use the troubleshooting tips at support.microsoft.com. If they do not solve your problem, follow the online process at support.microsoft.com/warranty. 1-800-MICROSO (642-7676) also gives information on how to get service.

Other exclusions and limitations apply. Please read the entire Limited Warranty & Agreement at support.microsoft.com/warranty. By purchasing or using the Microsoft Product, you agree to its terms.

**If you live in or, if a business, your principal place of business is in the United States, please read the binding arbitration clause and class action waiver in Section 11 of the Limited Warranty & Agreement at aka.ms/hw-warr-arbitration-523.** It affects how disputes concerning your Microsoft Product, its price, advertising, marketing, communications, your purchase transaction, billing, or the Limited Warranty & Agreement

are resolved. It binds you and Microsoft. Parts of the arbitration clause are described below.

**Any dispute not resolved by informal negotiation or in small claims court will be resolved only by individual binding arbitration under the Federal Arbitration Act before a neutral arbitrator whose decision will be final—not before a judge or jury, and not in a class action lawsuit, class-wide arbitration, private attorney-general action, or where someone requests a public injunction or acts in a representative capacity. Individual proceedings may not be combined without the consent of all parties.** The American Arbitration Association will conduct the arbitration under its Consumer or Commercial Arbitration Rules. Section 11 of the Limited Warranty & Agreement contains the rest of the terms, instructions, and forms for notifying Microsoft of a dispute or commencing arbitration.

EN-US-XB-02-01

## REGULATORY INFORMATION

- Not intended for use in machinery, medical or industrial applications.
- This product is for use with NRTL Listed (UL, CSA, ETL, etc.), and/or IEC/EN 60950-1 or IEC/EN 62368-1 compliant (CE marked) Information Technology equipment.
- No serviceable parts included.
- Operating temperature: +5°C (41°F) to +35°C (+95°F).

**For Customers in the United States and Canada**

**Supplier's Declaration of Conformity**

Models: 1882, 1883, 1914

Contact information: Microsoft Corporation, One Microsoft Way, Redmond, WA 98052, USA.

Email: regcomp@microsoft.com

This Class B digital apparatus complies with Part 15 of the U.S. Federal Communications Commission (FCC) rules, Innovation, Science and Economic Development Canada (ISED) license-exempt RSS standards.

Operation is subject to the following two conditions: (1) this device may not cause interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

**Note: Any changes or modifications to this device not expressly approved by Microsoft could void the user's authority to operate the device.**

### Radio and TV Interference Regulations

Microsoft hardware device(s) can radiate radio frequency (RF) energy. If not installed and used in strict accordance with the instructions given in the printed documentation and/or onscreen help files, the device may cause harmful interference with other radio-communications devices (for example AM/FM radios, televisions, baby monitors, cordless phones, etc.). There is, however, no guarantee that RF interference will not occur in a particular installation. To determine if your hardware device is causing interference to other radio-communications devices, turn off and unplug the device from any external power source. If the interference stops, it was probably caused by the device. If this hardware device does cause interference, try the following measures to correct it:

- Relocate the antenna of the other radio-communications device (for example AM/FM Radios, televisions, baby monitors, cordless phones, etc.) until the interference stops.
- Move the hardware device farther away from the radio or TV, or move it to one side or the other of the radio or TV.
- Plug the device into a different power outlet so that the hardware device and radio or TV are on different circuits controlled by different circuit breakers or fuses.
- If necessary, ask your device dealer or an experienced radio-TV technician for more suggestions. For more information about interference issues, go to the FCC Web site at: http://www.fcc.gov/cgb/consumerfacts/interference.html. You can also call the FCC at 1-888-CALL FCC to request Interference and Telephone Interference fact sheets.

CAN ICES-3 (B)/NMB-3(B)

Model 1882, 1883, 1914: This device operates in the band 5150 5250 MHz is only for indoor use to reduce the potential for harmful interference to co channel mobile satellite systems.

This product is for indoor use only in Canada.

### Exposure to Radio Frequency (RF) Energy

Models 1882, 1883, 1914: this device contains radio transmitters and has been designed, manufactured and tested to meet the Federal Communications Commission (FCC), Innovation, Science and Economic Development Canada (ISED), and European requirements for RF exposure and Specific Absorption Rate.

Models 1882, 1883: This device should be installed and operated with minimum distance of 20cm between the radiator and your body.

Product Specific Absorption Rate (SAR) information is available at sar.microsoft.com.

FCC website at https://www.fcc.gov/general/radio-frequency-safety-0

ISED website at https://www.ic.gc.ca/eic/site/smt-gst.nsf/eng/sf01904.html

**Disposal of waste batteries and electrical and electronic equipment**

This symbol on the product or its batteries or its packaging means that this product and any batteries it contains must not be disposed of with your household waste. Instead, it is your responsibility to hand this over to an applicable collection point for the recycling of batteries and electrical and electronic equipment. This separate collection and recycling will help to conserve natural resources and prevent potential negative consequences for human health and the environment due to the possible presence of hazardous substances in batteries and electrical and electronic equipment, which could be caused by inappropriate disposal. For more information about where you should drop off your batteries and electrical and electronic waste, please contact your local city/municipality office, your household waste disposal service, or the shop where you purchased this product. Contact erecycle@microsoft.com for more information about waste from electrical and electronic equipment and waste batteries.

This product may use Lithium, NiMH, or alkaline batteries.

**COPYRIGHT**

Information and views expressed in this document, including URL and other Internet website references, may change without notice. This document does not provide you with any legal rights to any intellectual property in any Microsoft product. You may copy and use this document for your internal, reference purposes.

© 2023 Microsoft, the Microsoft logo, Xbox, Xbox 360, Xbox One, Xbox Series X, Xbox Series S, and the Xbox logos are trademarks of the Microsoft group of companies. HDMI, the HDMI logo and High-Definition Multimedia Interface are trademarks or registered trademarks of HDMI Licensing LLC. Dolby, Dolby Vision, Dolby Atmos, and the double-D symbol are registered trademarks of Dolby Laboratories Licensing Corporation. Manufactured under license from Dolby Laboratories. Manufactured under license from DTS, Inc. DTS, the Symbol, DTS and the Symbol together, DTS:X, and the DTS:X logo are registered trademarks or trademarks of DTS, Inc. in the United States and/or other countries. © DTS, Inc. All Rights Reserved. For consoles containing a Blu-ray™ optical disc drive: Blu-ray Disc™, Blu-ray™, Ultra HD Blu-ray™ word marks and logos are trademarks of the Blu-ray Disc Association.

Xbox Series X

For answers to common questions, troubleshooting steps, and Xbox Customer Support contact information, visit support.microsoft.com.

XBOX

## GUIDE DE PRODUIT DE LA CONSOLE XBOX, GARANTIE LIMITÉE ET ACCORD

**VOUS DEVEZ ACCEPTER LE CONTRAT, GARANTIE MATÉRIELLE LIMITÉE, LE CONTRAT DE SERVICE MICROSOFT (À LA FOIS AVEC L'ARBITRAGE EXÉCUTOIRE ET LA RENONCIATION AUX RECOURS COLLECTIFS AUX ÉTATS-UNIS) ET LES CONDITIONS DE LICENCE DE LOGICIEL**

En achetant ou en utilisant votre produit Microsoft, vous acceptez :

- Le contrat et la garantie matérielle limitée du fabricant à l'adresse support.microsoft.com/warranty. Veuillez lire le résumé commençant à la page 16. **Si vous résidez aux États-Unis (ou êtes une entreprise dont le principal établissement s'y trouve), veuillez lire la clause d'arbitrage exécutoire et la renonciation aux recours collectifs à l'adresse aka.ms/hw-warr-arbitration-523 et le résumé commençant à la page 16. Il touche la façon dont les litiges concernant votre produit Microsoft, son prix, sa publicité, sa mercatique, ses communications, votre transaction d'achat, sa facturation ou le contrat et la garantie matérielle limitée du fabricant sont résolus.**
- Soumis au contrat de services Microsoft à l'adresse microsoft.com/msa. Il régit l'utilisation des services en ligne de Xbox ainsi que les jeux et applications de Microsoft Studios.
- Contrat de licence du logiciel à l'adresse xbox.com/slt.

Veuillez lire ces contrats. Si vous ne les acceptez pas, ne configurez et n'utilisez pas votre produit Xbox (qu'il s'agisse d'une console ou d'un accessoire). Renvoyez le produit Xbox à Microsoft ou à votre revendeur pour un remboursement. Pour consulter les manuels des consoles Xbox et des accessoires, rendez-vous à l'adresse xbox.com/support/manual. Votre console peut contenir ou non un lecteur de disque optique.

⚠ **Ce symbole désigne les informations relatives à la santé et à la sécurité dans ce Guide de produit.**

⚠ **AVERTISSEMENT : Lisez les informations relatives à la santé et à la sécurité**

Les produits Microsoft sont développés pour être sécuritaires et efficaces. Veuillez lire ce guide pour connaître les informations importantes relatives à la santé et à la sécurité concernant votre appareil ainsi que les modalités de la garantie limitée qui s'appliquent à votre appareil. Ce guide a pour objectif de vous rendre plus à l'aise et plus productif lorsque vous utilisez ce produit. Le non-respect des instructions et le fait de ne pas installer, utiliser ni entretenir correctement votre appareil peuvent accroître le risque de graves blessures, de mort ou de dommages à la propriété.

Vous trouverez d'autres informations en vous rendant à l'adresse support.microsoft.com.

**AVIS : Lisez les instructions d'utilisation**

Le fait de ne pas configurer, utiliser et entretenir correctement ce produit peut augmenter le risque d'endommager votre ou vos appareils. Lisez ce guide et conservez tous les guides imprimés pour une référence ultérieure.

### Configuration initiale et mises à jour de la console

Nécessite une connexion Internet haute vitesse (1,5 Mbit/s en aval et 768 Kbit/s en amont), un compte Microsoft et un profil Xbox pour la configuration initiale en ligne, les téléchargements et les mises à jour (nécessite une grande capacité de téléchargement) et certaines fonctionnalités (y compris pour la conservation des paramètres de jeu et de renseignements). La diffusion en 4K nécessite une vitesse de téléchargement de 18 à 24 Mo/s. Des frais d'accès à Internet s'appliquent (xbox.com/consoles/gettingstarted).

Pour obtenir des réponses aux questions concernant la configuration de la console, les étapes de dépannage et les informations pour communiquer avec le service à la clientèle Xbox, visitez le site support.microsoft.com.

⚠ **AVERTISSEMENT : Sécurité du bloc d'alimentation c.a. et du cordon d'alimentation**

Sélectionnez et utilisez toujours un bloc d'alimentation c.a. ou un cordon d'alimentation approprié pour votre appareil. Le fait de ne pas suivre les mesures de sécurité suivante pourrait entraîner de graves blessures corporelles ou même la mort provoquée par une décharge électrique, un

incendie ou des dommages à votre appareil.

Pour sélectionner une source d'alimentation appropriée pour votre appareil :

- Nous recommandons l'utilisation d'un adaptateur secteur (AS) et d'un cordon d'alimentation c.a. d'origine Microsoft. Un AS d'origine Microsoft ou un cordon d'alimentation c.a. a été fourni avec votre appareil. Le bloc d'alimentation d'origine Microsoft ou le cordon d'alimentation c.a. peut aussi être acheté auprès d'un revendeur agréé Microsoft et en ligne sur https://store.microsoft.com/devices.
- Utilisez uniquement une source d'alimentation c.a. fournie par une prise de courant murale standard (prise secteur). N'utilisez pas de sources d'alimentation non standard, comme des générateurs ou des inverseurs, même si leur tension et leur fréquence semblent acceptables.
- Assurez-vous que votre prise de courant électrique fournit le type d'alimentation indiqué pour votre appareil (pour ce qui est de la tension en volt [V] et de la fréquence en hertz [Hz]). Si vous n'êtes pas certain du type d'alimentation disponible dans votre maison, consultez un électricien qualifié.
- Ne surchargez pas la prise murale, la rallonge électrique, la multiprise ou toute autre prise de courant. Confirmez qu'elles sont homologuées pour prendre en charge le courant total (en ampère [A]) tiré par votre appareil et les autres appareils utilisant le même circuit.
- Pour les appareils qui possèdent des broches c.a. qui peuvent être repliées pour le rangement, assurez-vous que les broches sont complètement sorties avant de brancher le bloc d'alimentation de votre appareil dans la prise de courant (prise secteur).
- Pour les appareils munis de câbles d'alimentation avec des broches amovibles et un bloc d'alimentation universel, assurez-vous que l'assemblage des broches est correctement configuré pour la prise de courant et complètement inséré dans le bloc d'alimentation avant de brancher le bloc d'alimentation c.a. dans la prise de courant (prise secteur).

### ⚠ ATTENTION : Sécurité relative aux câbles et aux cordons

Les câbles et les cordons exposés de l'appareil peuvent poser un risque de trébuchement potentiel. Disposez tous les câbles et les cordons de sorte que les gens et les animaux domestiques qui se déplacent autour ne trébuchent pas sur ceux-ci et ne les débranchent pas accidentellement. Ne laissez pas les enfants jouer avec les câbles et les cordons. Pour éviter d'endommager les cordons et les câbles :

- Protégez les câbles afin que personne ne puisse marcher sur ceux-ci ou les écraser.
- Évitez que les câbles soient pincés ou pliés à l'excès, notamment aux points de raccordement à la prise de courant murale (prise secteur), au bloc d'alimentation et à l'appareil.
- Évitez de tirer brusquement sur les câbles d'alimentation, de faire des nœuds, de les plier excessivement, de les étirer ou de les endommager de toute autre manière. N'entourez pas le câble d'alimentation trop serré, plus particulièrement autour du bloc d'alimentation. Au lieu de ceci, enroulez-le de façon relâchée plutôt qu'en décrivant des angles serrés.
- Lors du positionnement de votre appareil ou du bloc d'alimentation, assurez-vous que les cordons ne sont pas fortement pliés et que les connecteurs ne sont pas poussés contre un mur ou une surface dure.
- N'exposez pas les câbles d'alimentation à des sources de chaleur.
- Ne les laissez pas les animaux mordre ou mâchouiller les câbles d'alimentation.
- Lorsque vous débranchez un câble d'alimentation, tirez sur la fiche et non sur le câble.
- Inspectez régulièrement les câbles d'alimentation et autres fils. Si un câble d'alimentation ou un fil est chaud, effiloché, fissuré ou endommagé de quelque manière que ce soit, cessez immédiatement de l'utiliser. Nous vous recommandons de remplacer votre câble d'alimentation ou fil endommagé par un câble d'alimentation ou un fil de remplacement de Microsoft.
- Débranchez votre câble ou cordon de chargement pendant les orages ou lorsqu'il n'est pas utilisé pendant de longues périodes.

### ⚠ AVERTISSEMENT : Mesures de sécurité pour la pile

Votre appareil utilise des piles jetables ou rechargeables. Une utilisation inadéquate ou inappropriée des piles jetables ou rechargeables, peut provoquer des blessures, la mort et des dommages à la propriété et peut endommager votre appareil ou ses accessoires en cas de fuite, d'incendie, de surchauffe ou d'explosion.

Le fluide contenu dans les piles est corrosif et peut être toxique. Celui-ci peut entraîner des brûlures ou être nocif ou mortel en cas d'ingestion.

Pour réduire le risque de blessures lors de l'utilisation de piles jetables ou rechargeables :

- Gardez les piles hors de portée des jeunes enfants.
- Chargez les piles rechargeables uniquement avec le chargeur fourni avec votre appareil. L'utilisation d'une méthode de charge inadéquate peut entraîner un incendie ou une explosion.
- Retirez immédiatement les piles anciennes, faibles ou usées de votre appareil. Recyclez ou jetez les piles anciennes, faibles ou usées selon les lois ou réglementations locales, régionales ou nationales.

- Retirez les piles de votre appareil avant de ranger celui-ci pour une période prolongée.
- Évitez tout contact avec le fluide des piles. En cas de fuite d'une pile :
  - Tenez le fluide qui s'est échappé de la pile loin de la peau, des yeux, des vêtements ou d'autres surfaces. Si le fluide de la pile entre en contact avec la peau, les yeux ou les vêtements, rincez immédiatement la zone touchée avec de l'eau et contactez votre médecin ou un professionnel de la santé en cas de besoin.
  - Retirez délicatement toutes les piles en effectuant à l'envers les instructions d'installation fournies avec votre appareil.
  - Avant d'insérer de nouvelles piles, nettoyez en profondeur le compartiment des piles à l'aide d'un chiffon sec et suivez les recommandations du fabricant de la batterie en ce qui a trait au nettoyage.
- Nous vous recommandons d'utiliser des piles rechargeables approuvées par Microsoft. Remplacez les piles jetables ou rechargeables fournies avec votre appareil par des piles du même type et de même puissance.
- Vous ne devez pas désassembler les piles, les écraser, les ouvrir, les perforer, les déchirer, créer un court-circuit avec les contacts externes ou les circuits, les exposer à des températures supérieures à 40 °C (104 °F) ou les jeter dans un feu ou de l'eau.
- Vous ne devez pas mélanger d'anciennes et de nouvelles piles ou des piles de différents types (par exemple, des piles carbone-zinc et alcalines).
- Ne laissez pas d'objets métalliques entrer en contact avec les bornes de la pile sur l'appareil; celles-ci peuvent devenir chaudes et provoquer des brûlures.
- Ne transportez pas ou ne placez pas de piles ou de piles rechargeables avec d'autres objets métalliques.
- Ne laissez pas un appareil alimenté par des piles exposées directement aux rayons du soleil pendant une période prolongée.
- N'immergez pas les piles dans l'eau et ne les laissez pas se faire mouiller.
- N'utilisez pas une pile qui a été mouillée. Ne tentez pas de sécher une pile ou un bloc-piles en utilisant un sèche-cheveux, un four conventionnel ou un four à micro-ondes.
- Ne connectez pas les piles directement à des prises murales ou à des prises d'allume-cigarettes.
- Assurez-vous de ne pas frapper ou jeter les piles, marcher dessus ou leur faire subir des chocs importants.
- Vous ne devez pas modifer, immerger ou transformer les piles, tenter d'y insérer des objets ou les exposer à de l'eau et d'autres liquides, l'exposer à un feu, une explosion ou autre danger.
- Ne rechargez pas les piles près d'un feu ou dans des conditions extrêmement chaudes.
- Échapper votre appareil ou sa pile, plus particulièrement sur une surface dure, peut endommager l'appareil et sa pile. Nous vous recommandons de demander l'aide d'un professionnel pour inspecter votre appareil si vous soupçonnez des dommages.
- N'utilisez jamais une pile endommagée. Si votre pile semble égratignée ou fissurée, mettez-la immédiatement de côté et jetez-la de manière adéquate. L'utilisation d'une pile endommagée peut entraîner des courts-circuits, une surchauffe ou d'autres défaillances au niveau de l'appareil.

**⚠ AVERTISSEMENT : Remplacement de la pile et réparations de l'appareil (piles remplaçables par l'utilisateur)**

Les piles dans les appareils pouvant être changées par l'utilisateur se remplacent en ouvrant le compartiment des piles et en suivant les instructions de remplacement contenues dans le Guide de démarrage rapide. Microsoft vous recommande de communiquer avec des personnes qualifiées pour réparer tous les appareils que vous possédez et de faire preuve de prudence si vous décidez d'effectuer vous-même les réparations. Ouvrir ou tenter de réparer votre appareil peut entraîner des risques de décharge électrique, de dommages à l'appareil, d'incendie, de blessures corporelles, ainsi que d'autres risques.

**⚠ AVERTISSEMENT : Risques associés aux réparations**

Ouvrir ou tenter de réparer votre appareil peut entraîner des risques de décharge électrique, de dommages à l'appareil, d'incendie, de blessures corporelles, ainsi que d'autres risques. Microsoft vous recommande de communiquer avec des personnes qualifiées pour réparer votre appareil et de faire preuve de prudence si vous décidez d'effectuer vous-même les réparations.

**⚠ AVIS : Manutention**

Manipulez votre appareil Microsoft avec précaution. Il est fait de métal et de plastique et comporte des composants électroniques sensibles à l'intérieur. Votre appareil peut être endommagé s'il tombe ou s'il est brûlé, percé ou écrasé, ou encore s'il entre en contact avec du liquide. Si vous soupçonnez des dommages à votre appareil ou à sa pile, cessez l'utilisation de votre appareil, car ceci pourrait provoquer une surchauffe ou des blessures.

**⚠ AVIS : Compatibilité avec des accessoires de tiers**

Certains accessoires tiers peuvent être incompatibles avec votre appareil ou potentiellement contrefaits. L'utilisation d'accessoires, de piles ou de dispositifs de chargement incompatibles ou de contrefaçon peut entraîner

des dommages à votre appareil et poser un risque d'incendie, d'explosion ou de défaillance de la pile pouvant entraîner des blessures graves, des dommages à votre appareil ou d'autres dangers graves.

### ⚠ AVERTISSEMENT : Nettoyage

Le risque d'incendie, de décharge électrique ou de dommage à votre appareil Microsoft durant le nettoyage peut être réduit en prenant les précautions suivantes :

- Débranchez tous les câbles et mettez l'appareil sous tension avant le nettoyage.
- Nettoyez seulement l'extérieur de l'appareil.
- Nettoyez l'appareil à l'aide d'un chiffon sec.
- Pour les appareils fournis de ventilateurs, d'orifices, de ports ou d'ouvertures similaires :
  - Nettoyez délicatement la surface extérieure du ventilateur, de l'orifice ou toute autre ouverture où peuvent s'accumuler de la saleté.
  - N'insérez pas d'objets dans le ventilateur, les orifices, les ports et les autres ouvertures.
  - N'essayez pas de nettoyer les connecteurs en les trempant dans des liquides. Essuyez et séchez doucement avec un chiffon propre.

### ⚠ AVERTISSEMENT : Utilisation

Pour réduire le risque d'incendie, de décharge électrique ou de dommage à votre appareil Microsoft, n'exposez pas votre appareil à la pluie, la neige ou les autres formes d'humidité. N'utilisez pas votre appareil près d'une source d'eau ou dans un environnement mouillé ou excessivement humide (p. ex., près d'une douche, d'une baignoire, d'un évier ou d'une piscine, ou dans un sous-sol humide). Pour assurer le fonctionnement optimal de l'appareil :

- N'utilisez pas l'appareil près d'une source de chaleur, de nourriture, de saleté excessive, de poussière, d'huile, de produits chimiques ou des rayons directs du soleil.
- Ne placez pas d'objets sur le dessus de votre appareil.
- Utilisez uniquement les accessoires spécifiés par Microsoft ou équivalents.
- Pour les appareils fournis de ventilateurs, d'orifices, de ports ou d'ouvertures similaires :
  - Ne recouvrez pas l'appareil ou n'insérez pas d'objets dans le ventilateur, les orifices, les ports et les autres ouvertures.
  - Ne laissez pas la poussière s'accumuler sur le ventilateur, les orifices ou les autres ouvertures.
  - Ne positionnez pas votre appareil sur des surfaces étroites ou encombrées.
- Ne faites pas sécher votre appareil en utilisant un séchoir, une sécheuse, un four conventionnel, un grille-pain ou un four à micro-ondes. Si votre appareil se fait mouiller, essuyez l'extérieur en utilisant un chiffon sec et propre.
- N'utilisez pas d'air comprimé.
- N'utilisez pas de dispositifs de nettoyage de tête de DVD.

### AVIS : Utilisation du disque

Pour éviter de bloquer le lecteur de disque et d'endommager éventuellement vos disques ou votre appareil :

- Retirez toujours les disques avant de déplacer l'appareil.
- N'utilisez jamais de disques fissurés. Ils peuvent se briser et se bloquer ou endommager les pièces internes de votre appareil.
- Remettez toujours les disques dans leur boîtier de rangement lorsqu'ils ne sont pas dans le lecteur de disque. Ne stockez pas les disques en plein soleil, près d'une source de chaleur ou sur votre Xbox Series X. Manipulez toujours les disques par leurs bords. Pour nettoyer les jeux et autres disques :
  - Tenez les disques par les bords; ne touchez pas la surface du disque avec vos doigts.
  - Nettoyez les disques à l'aide d'un chiffon doux, en essuyant légèrement du centre vers l'extérieur.
  - N'utilisez pas de solvants; ils peuvent endommager le disque. N'utilisez pas de dispositifs de nettoyage de disque.

### Évitez la fumée et la poussière

N'utilisez pas la console dans des endroits enfumés ou poussiéreux. La fumée et la poussière peuvent endommager la console, en particulier le lecteur de disque optique.

### Objets métalliques et autocollants

Ne placez pas d'objets métalliques ou d'autocollants à proximité ou sur la console Xbox, car ils peuvent nuire à la manette, à la mise en réseau et aux boutons d'éjection et d'alimentation.

Les images fixes dans les jeux vidéo peuvent se « figer » sur certains écrans de télévision, créant une ombre permanente. Consultez le manuel du fabricant du téléviseur avant de jouer à des jeux.

### ⚠ AVERTISSEMENT : Crises épileptiques photosensibles

Certaines personnes peuvent avoir des crises épileptiques lorsqu'exposées à des lumières clignotantes ou à des images répétées dans les jeux vidéo. Même

les gens qui n'ont aucun historique de crises épileptiques peuvent avoir des conditions de santé non diagnostiquées provoquant des crises « épileptiques photosensibles » lorsqu'ils regardent des images animées ou des jeux vidéo.

Différents symptômes peuvent annoncer ce type de crises, notamment un étourdissement, un trouble de la vision, une contraction de l'œil ou du visage, un tremblement des bras ou des jambes, une désorientation, de la confusion ou une perte de connaissance momentanée. Les crises épileptiques photosensibles peuvent aussi provoquer des pertes de conscience ou des convulsions qui peuvent entraîner des blessures en tombant ou en frappant un objet à proximité. Si vous ressentez l'un de ces symptômes, cessez immédiatement de jouer et consultez un médecin. Les parents devraient surveiller la présence de ces symptômes chez leurs enfants et demander à ces derniers s'ils les ressentent; les enfants et les adolescents sont plus susceptibles de vivre ce genre d'expérience que les adultes. Le risque de crises épileptiques photosensibles peut être réduit en prenant les précautions suivantes :

- Éloignez-vous de l'écran vidéo.
- Utilisez un écran vidéo plus petit.
- Jouez dans une pièce bien éclairée.
- Ne jouez pas si vous êtes somnolent ou fatigué.

Si quelqu'un de votre famille ou vous-même avez un historique d'attaques cérébrales ou de crises d'épilepsie, consultez un médecin avant de jouer.

**⚠ AVERTISSEMENT : Troubles musculosquelettiques**

L'utilisation de dispositifs électroniques de saisie peut être associée à des blessures ou à des troubles graves. Lorsque vous utilisez un ordinateur dans plusieurs activités, vous pouvez ressentir à l'occasion de l'inconfort dans vos mains, vos bras, vos épaules, votre cou ou d'autres parties de votre corps. Cependant, si vous ressentez des symptômes comme un inconfort récurrent, de la douleur, des pulsations, des courbatures, des picotements, de l'engourdissement, une sensation de brûlure ou des raideurs, N'IGNOREZ PAS CES SIGNES AVANT-COUREURS. CONSULTEZ RAPIDEMENT UN PROFESSIONNEL DE LA SANTÉ QUALIFIÉ, même si ces symptômes surviennent alors que vous ne travaillez pas à votre ordinateur. Ceux-ci peuvent être associés à des blessures douloureuses et parfois incapacitantes de manière permanente ou à des troubles liés aux nerfs, aux muscles, aux tendons, ou à d'autres parties du corps.

Ces troubles musculosquelettiques (TMS) comprennent le syndrome du canal carpien, la tendinite, la paraténonite et d'autres troubles médicaux. Bien que de nombreuses questions relatives aux TMS demeurent encore sans réponse, la plupart des chercheurs estiment que leur apparition est liée à de multiples facteurs, notamment : l'état de santé général, le stress et son mode de gestion, les états pathologiques, la posture et le positionnement du corps pendant le travail et d'autres activités (y compris l'utilisation d'un clavier ou d'une souris). La période de temps qu'une personne consacre à une activité peut aussi être un facteur.

Certaines directives disponibles à l'adresse https://support.microsoft.com et xbox.com/playhealthy indiquent des méthodes pour travailler plus confortablement avec votre appareil et vous permettre de réduire les risques de TMS (Guide de l'informatique en santé).

**⚠ AVERTISSEMENT : Risque d'étouffement**

Cet appareil peut contenir des pièces de petite taille pouvant constituer un risque d'étouffement pour les enfants de moins de 3 ans. Gardez les petites pièces hors de la portée des enfants.

**⚠ AVERTISSEMENT : Utilisation d'accessoires de jeux vidéo**

Assurez-vous que les enfants qui utilisent des accessoires de jeux vidéo avec leur console Xbox jouent en toute sécurité et qu'ils comprennent l'utilisation appropriée de la console et des accessoires.

**⚠ ATTENTION : Stabilité de l'appareil**

Ne positionnez pas votre appareil sur des surfaces inégales ou instables. Assurez-vous de bien le tenir lorsque vous le transportez et de ne pas le transporter en le tenant par un accessoire, un câble ou un cordon. Omettre de bien tenir votre appareil pourrait entraîner une chute ou frapper une personne ou un objet, ce qui pourrait endommager votre appareil, ou causer des dommages à la propriété ou des blessures corporelles.

**Positionnement de votre Xbox**

Votre console peut être utilisée en position verticale ou horizontale (notez les petits pieds sur la console qui s'appliquent à chaque position). Lorsque vous changez de position, mettez votre console hors tension (et si votre console contient un lecteur de disque optique, retirez tous les disques). Si vous devez changer l'emplacement de votre console, retirez tous les disques, mettez le système hors tension et retirez tous les câbles avant de déplacer la console.

**Prévenir la surchauffe de la console :**

- Ne bloquez aucune ouverture de ventilation sur la console. Ne placez pas la console sur un lit, un canapé ou toute autre surface molle qui pourrait bloquer les ouvertures. Ne placez pas la console dans un espace confiné, comme une bibliothèque, un support ou une armoire stéréo, sauf si l'espace est bien ventilé.
- Ne placez pas la console à proximité de sources de chaleur, telles que des

radiateurs, des registres de chaleur, des cuisinières ou des amplificateurs.

- L'utilisation de la console Xbox dans un environnement où la température extérieure varie considérablement et rapidement peut endommager la console. Lorsqu'elle est déplacée vers un emplacement avec une différence de température de 11 °C (20 °F) ou plus par rapport à l'emplacement précédent, laissez la console revenir à température ambiante avant de l'allumer. La température de fonctionnement de la console est 5 °C (41 °F) à 35 °C (95 °F).

**⚠ ATTENTION : Sécurité auditive**

Une exposition fréquente ou prolongée à des bruits de forte intensité pendant l'utilisation de casque d'écoute ou d'une oreillette peut causer une perte d'audition temporaire ou permanente. La sensibilité individuelle à la perte d'audition ou aux problèmes d'audition potentiels varie selon les individus. De plus, le volume sonore produit par un appareil peut varier selon la nature du son, les paramètres de l'appareil et le casque d'écoute ou les oreillettes utilisés. Par conséquent, il n'existe pas un réglage universel du volume qui soit approprié pour tout le monde ou pour toutes les combinaisons de son, de paramètres et d'équipement.

Voici quelques recommandations communes pour minimiser votre exposition aux sons ou bruits de forte intensité lorsque vous utilisez un casque d'écoute ou des oreillettes avec votre appareil :

- Minimisez votre temps d'écoute des sons de forte intensité. Tous les sons auxquels vous êtes exposé chaque jour s'accumulent. Au volume maximum, l'écoute de musique ou d'autre contenu sur votre appareil avec un casque d'écoute ou des oreillettes peut endommager de manière permanente votre audition en 15 minutes. Si vous êtes exposé à d'autres sons de forte intensité, moins de temps d'écoute à un volume élevé sera nécessaire pour provoquer des dommages à votre audition.
- Plus vous êtes exposé longtemps à des sons de forte intensité, plus il est probable que cela nuise à votre audition. Plus le son est de forte intensité, moins le temps nécessaire pour provoquer des dommages à l'audition est long.
- Baissez toujours le volume de votre appareil avant de brancher des casques d'écoute ou des oreillettes sur votre appareil. Dans un environnement silencieux réglez le volume juste assez fort pour entendre clairement, pas plus.
- Une fois l'écoute commencée, n'augmentez pas le volume. Vos oreilles peuvent s'adapter avec le temps à un niveau élevé de volume, mais le volume élevé peut quand même endommager votre audition.
- N'augmentez pas le volume pour bloquer les bruits extérieurs. La combinaison des bruits extérieurs et du son provenant de votre casque d'écoute ou de vos oreillettes peut endommager votre audition. Les casques d'écoute antibruit peuvent réduire le niveau des bruits extérieurs de sorte que vous n'avez pas à augmenter le volume.
- Si vous n'arrivez pas à entendre les paroles d'une personne parlant d'un ton normal à proximité, baissez le volume de l'appareil. Un son qui couvre une conversation normale peut endommager votre audition. Même avec un casque d'écoute antibruit, vous devriez être en mesure d'entendre les conversations à proximité.
- Afin de minimiser les dommages potentiels à l'audition, gardez le volume à un niveau qui vous permet de discuter avec les gens à proximité.
- Les casques d'écoute et les oreillettes peuvent attirer des objets dangereux comme des agrafes et des trombones. Vérifiez toujours vos casques d'écoute ou oreillettes avant de les utiliser.
- L'utilisation d'un casque d'écoute ou d'oreillettes pendant que vous conduisez peut être interdite ou restreinte dans votre région; consultez les lois et réglementations locales pour obtenir plus d'information.

Finalement, portez attention aux symptômes de perte d'audition. C'est une bonne idée de faire vérifier votre audition sur une base régulière par un audiologiste. Arrêtez d'utiliser un casque d'écoute ou des oreillettes avec votre appareil et faites vérifier votre audition si :

- Vous éprouvez des symptômes de perte d'audition.
- Vous entendez un bourdonnement dans vos oreilles.
- Votre parole vous semble étouffée, sourde ou monotone.

**⚠ AVERTISSEMENT : Exposition à l'énergie de radiofréquence (RF)**

Les appareils contenant des transmetteurs radio Wi-Fi et Bluetooth® ont été conçus, fabriqués et testés pour satisfaire aux directives d'exposition aux RF et au débit d'absorption spécifique de la Federal Communications Commission (FCC), d'Innovation, Sciences et Développement économique Canada et des directives européennes.

Afin de vous assurer que votre exposition à l'énergie de RF générée par les radios Wi-Fi et Bluetooth ne dépasse pas les limites d'exposition établies dans ces directives, orientez les appareils de façon à ce que leur écran ne soit pas directement en contact avec votre corps (par ex., en déposant l'écran de l'appareil sur vos cuisses ou le haut de votre corps).

D'autres informations concernant la sécurité des RF se trouvent sur le site Web de la FCC à l'adresse : http://www.fcc.gov/oet/rfsafety et sur le site Web d'Industrie Canada à l'adresse : http://www.ic.gc.ca/eic/site/smt-gst.nsf/eng/sf01904.html.

### ⚠ AVERTISSEMENT : Appareils médicaux personnels

Les émissions de radiofréquence et les champs magnétiques des appareils électroniques peuvent perturber le fonctionnement d'autres appareils électroniques et entraîner des dysfonctionnements. Bien que votre appareil ait été conçu, testé et fabriqué en conformité avec la réglementation régissant les émissions de radiofréquences, notamment aux États-Unis, au Canada, dans les pays de l'Union européenne et au Japon, les circuits électriques et les émetteurs sans fil de l'appareil pourraient causer des interférences involontaires avec d'autres appareils électroniques.

Les personnes avec un stimulateur cardiaque doivent prendre les précautions suivantes :

- L'American Heart Association recommande de maintenir un écart minimum de 15 cm (6 pouces) entre un appareil sans fil et un stimulateur cardiaque pour éviter tout risque potentiel d'interférence avec le stimulateur cardiaque.
- Si vous utilisez un étui ou un support pour votre appareil mobile, choisissez-en un ne contenant pas de pièces métalliques.
- Ne transportez pas votre appareil dans une poche sur votre poitrine.
- Si vous avez des raisons de soupçonner la présence d'interférences, éteignez immédiatement l'appareil.

Si vous utilisez un appareil médical autre qu'un stimulateur cardiaque, consultez le fabricant ou votre médecin pour obtenir des renseignements et des instructions quant à l'utilisation d'autres appareils électriques près de votre appareil médical.

### ⚠ AVIS : Appareils sans fil à bord d'un avion

Avant de monter à bord d'un avion ou de ranger l'appareil dans des bagages qui seront enregistrés, retirez ses piles (si cela est possible) ou éteignez-le (s'il est doté d'un interrupteur). Écoutez les annonces effectuées par l'équipage vous indiquant si vous pouvez utiliser votre appareil pendant un vol. L'utilisation des appareils sans fil en vol est à la discrétion de la compagnie aérienne.

### ⚠ AVERTISSEMENT : Interférences causées par des radiofréquences

Bien que votre appareil ait été testé pour en assurer sa sécurité et sa compatibilité, celui-ci contient une radio pouvant influencer d'autres équipements électroniques ou appareils médicaux (comme les stimulateurs cardiaques) dans certaines circonstances, entraînant un mauvais fonctionnement de ces derniers et possiblement des blessures ou la mort.

- Éteignez votre appareil dans les lieux où l'on vous l'exige.
- Suivez les instructions des membres de l'équipage lorsque vous êtes à bord d'un avion. Éteignez votre appareil ou utilisez le mode avion selon ce que l'équipage vous demande, sans oublier les appareils sans fil dans votre valise. Consultez le personnel de la compagnie aérienne ou l'équipage quant à l'utilisation de votre appareil en vol.
- Suivez les règles de l'établissement ainsi que les instructions affichées dans les zones où l'utilisation d'un réseau cellulaire ou sans fil est interdite.

### RÉSUMÉ DE LA GARANTIE MATÉRIELLE LIMITÉE DU FABRICANT ET DE L'ACCORD (AVEC ARBITRAGE CONTRAIGNANT ET RENONCIATION AUX RECOURS COLLECTIFS AUX ÉTATS-UNIS)

Microsoft garantit que le produit Microsoft ne présentera aucun dysfonctionnement dans des conditions normales d'utilisation pendant une durée de **un an (90 jours pour les composants de rechange vendus séparément, les consoles Xbox remises à neuf et tous les accessoires Xbox à l'exception de la manette Elite Wireless Controller Series 2)** à compter de la date d'achat d'origine auprès d'un revendeur agréé. La garantie ne couvre pas l'usure normale, les dommages cosmétiques, les dommages causés par des causes externes, notamment une chute, l'exposition à un liquide, une ventilation inadéquate, une utilisation non conforme aux instructions de Microsoft, le piratage, les virus ou autres logiciels malveillants, ainsi que les dommages causés par des réparations ou des modifications effectuées par une personne autre que Microsoft ou un prestataire de services agréé par Microsoft, ou par l'utilisation de pièces détachées d'une autre société. **Si votre législation locale vous donne une garantie implicite, y compris de qualité marchande, sa durée est identique à celle de la présente garantie. Comme certaines provinces ou certains États ne permettent pas que les garanties implicites soient assorties d'une limite de temps, la limite ci-dessus pourrait ne pas s'appliquer à votre cas.** Pour bénéficier du service de garantie, veuillez d'abord utiliser les conseils de dépannage disponibles sur le site support.microsoft.com. Si cette démarche ne résout pas votre problème, suivez la procédure en ligne à l'adresse support.microsoft.com/warranty. Le 1-800-MICROSO (642-7676) fournit également des informations sur la manière d'obtenir un service.

D'autres exclusions et limitations s'appliquent. Veuillez lire l'intégralité de la garantie limitée et de l'accord à l'adresse support.microsoft.com/warranty. En achetant ou en utilisant le produit Microsoft, vous en acceptez les conditions.

**Si vous résidez aux États-Unis ou, s'il s'agit d'une entreprise, si votre principal établissement se trouve aux États-Unis, veuillez lire la clause d'arbitrage obligatoire et la renonciation aux recours collectifs figurant à l'article 11 de la garantie limitée et de l'accord à l'adresse : aka.ms/hw-warr-arbitration-523** Celle-ci conditionne la manière dont sont

résolus les litiges relatifs à votre produit Microsoft, à son prix, à la publicité, au marketing, aux communications, à votre transaction d'achat, à la facturation ou à la garantie limitée ainsi qu'à l'accord. Elle vous lie à Microsoft. Certaines parties de la clause d'arbitrage sont décrites ci-dessous.

**Tout litige ne pouvant être résolu à l'amiable ou auprès du tribunal d'instance sera exclusivement soumis à une procédure d'arbitrage exécutoire individuelle régie par la loi fédérale d'arbitrage (« Federal Arbitration Act » ou « FAA »). La décision, prise par un arbitre neutre, sera sans appel. Le litige ne pourra pas être soumis à un juge ou un jury ni être résolu dans le cadre d'une action de groupe, d'une action ou d'un arbitrage collectif, ou d'une procédure dans laquelle une partie requiert une injonction publique ou agit en qualité de représentant. Les procédures individuelles ne peuvent être combinées sans le consentement de toutes les parties.** L'arbitrage sera effectué par l'American Arbitration Association (« AAA ») en vertu de ses règles d'arbitrage commercial et de Commerce (« Consumer or Commercial Arbitration Rules »). La section 11 de l'accord de garantie limitée comprend également les autres conditions, instructions et formulaires visant à notifier Microsoft d'un litige ou de l'engagement d'un arbitrage.

FR-CA-XB-02-01

## RENSEIGNEMENTS RÉGLEMENTAIRES

- Produit non destiné à une utilisation dans des machines ou dans des applications médicales ou industrielles.
- Ce produit est destiné à être utilisé avec des équipements de technologie de l'information homologués NRTL (UL, CSA, ETL, etc.) et/ou IEC/EN 60950-1 ou IEC/EN 62368-1 (homologués CE).
- Ne contient aucune pièce susceptible d'être réparée.
- Température de fonctionnement : 5 °C (41 °F) à 35 °C (95 °F).

**Pour les clients aux États-Unis et au Canada**

**Déclaration de conformité du fournisseur**

Modèles : 1882, 1883, 1914

Coordonnées : Microsoft Corporation One, Microsoft Way, Redmond, WA 98052 États-Unis

Courriel : regcomp@microsoft.com

Cet appareil numérique de classe B est conforme à la section 15 des règles de la Federal Communications Commission (FCC) et aux normes des appareils exempts de licence CNR d'Innovation, Sciences et Développement économique Canada (ISDE).

Le fonctionnement est soumis aux conditions suivantes : (1) cet appareil ne peut pas causer d'interférences, et (2) cet appareil doit accepter toute interférence reçue, notamment celles pouvant entraîner un dysfonctionnement.

**Remarque : Toute modification sur cet appareil n'étant pas expressément approuvée par Microsoft pourrait annuler le droit de l'utilisateur à se servir de cet appareil.**

**Règlement sur les interférences radio et télévision**

Les appareils Microsoft peuvent émettre de l'énergie de radiofréquence (RF). S'il n'est pas installé et utilisé conformément aux instructions données dans la documentation imprimée ou les fichiers d'aide à l'écran, l'appareil peut provoquer des interférences nuisibles avec d'autres appareils de radiocommunication (par exemple les radios AM/FM, les téléviseurs, les moniteurs pour bébé, les téléphones sans fil, etc.). Il est toutefois impossible de garantir qu'aucune interférence ne se produira lors d'une installation particulière. Pour déterminer si votre appareil cause des interférences avec d'autres appareils de radiocommunication, mettez-le hors tension et débranchez-le de toute source d'alimentation externe. Si les interférences s'arrêtent, il est probable qu'elles aient été provoquées par l'appareil. Si cet appareil est effectivement la source de l'interférence, essayez les mesures correctrices suivantes :

- Relocalisez l'antenne des autres appareils de radiocommunication (par exemple, les radios AM/FM, les télévisions, les interphones de surveillance, les téléphones sans fil, etc.), jusqu'à ce que l'interférence arrête.
- Déplacez l'appareil plus à l'écart de la radio ou du téléviseur, ou déplacez-le d'un côté ou de l'autre de la radio ou du téléviseur.
- Branchez l'appareil dans une prise de courant différente pour le matériel et la radio ou la télévision, en vous assurant que des circuits électriques différents alimentent les prises de courant.
- Si nécessaire, demandez au vendeur du matériel ou à un technicien radio télévision d'expérience pour obtenir d'autres suggestions. Pour obtenir plus d'information concernant les problèmes d'interférence, rendez-vous sur le site Web de la FCC : http://www.fcc.gov/cgb/consumerfacts/interference.html. Vous pouvez également appeler la FCC au 1-888-CALL FCC pour demander des fiches d'information sur les interférences et les interférences téléphoniques.

CAN ICES-3 (B)/NMB-3(B)

Modèles 1882, 1883, 1914 : Cet appareil fonctionne dans un spectre de bandes de 5150 à 5250 MHz est seulement pour une utilisation l'intérieur afin de réduire les interférences potentiellement nuisibles pour les systèmes de communication mobile par satellite à canal commun.

Ce produit est destiné à une utilisation à l'intérieur du Canada seulement.

**Exposition à de l'énergie de radiofréquence (RF)**

Modèles 1882, 1883, 1914 : cet appareil contient des émetteurs radio et a été conçu, fabriqué et testé pour respecter les exigences de la Federal Communications Commission (FCC), d'Innovation, Sciences et Développement économique Canada (ISDE) et de l'Union européenne en matière d'exposition RF et de débit d'absorption spécifique.

Modèle 1882, 1883 : Cet appareil doit être installé et utilisé à une distance minimale de 20 cm entre le radiateur et votre corps.

Les informations sur le taux d'absorption spécifique du produit (SAR) sont disponibles à l'adresse sar.microsoft.com.

Site Web de la FCC : https://www.fcc.gov/general/radio-frequency-safety-0

Site Web de la ISED : https://www.ic.gc.ca/eic/site/smt-gst.nsf/eng/sf01904.html

**Élimination des appareils électriques et électroniques et des piles usagées**

La présence de ce symbole sur le produit, ses piles ou son emballage signifie que vous ne devez jeter ni le produit, ni ses piles, avec vos ordures ménagères. Au lieu de cela, il vous incombe de les déposer dans un point de collecte adapté pour le recyclage des piles et des appareils électriques et électroniques. Cette collecte séparée et le recyclage aident à préserver les ressources naturelles et à limiter le risque de conséquences négatives pour la santé humaine et l'environnement en raison de la présence éventuelle de substances dangereuses dans les piles et les équipements électriques et électroniques, qui peut être causée par une élimination inadéquate. Pour plus de renseignements sur l'endroit où vous devez déposer vos piles et déchets électriques et électroniques, veuillez communiquer avec le bureau local de votre ville ou municipalité, votre service de collecte des ordures ménagères ou le magasin où vous avez acheté ce produit. Communiquez avec erecycle@microsoft.com pour en savoir plus sur les déchets électriques et électroniques et les piles usagées.

Ce produit peut contenir des piles au lithium, NiMH ou alcalines.

**DROITS D'AUTEUR**

Les informations et les opinions exprimées dans ce document, y compris les références aux URL et à d'autres sites Web, sont sous réserve de modifications sans préavis. Ce document ne vous confère aucun droit légal à l'égard de toute propriété intellectuelle de tout produit Microsoft. Vous pouvez copier, puis utiliser ce document à des fins de référence ou d'utilisation interne.

© Microsoft, 2023. Le logo Microsoft, Xbox, Xbox 360, Xbox One, Xbox Series X, Xbox Series S et le logo Xbox sont des marques de commerce du groupe de sociétés Microsoft. HDMI, le logo HDMI et High-Definition Multimedia Interface sont des marques de commerce ou des marques de commerce déposées d'HDMI Licensing LLC. Dolby, Dolby Vision, Dolby Atmos et le symbole double-D sont des marques de commerce déposées de Dolby Laboratories Licensing Corporation. Fabriqué avec l'autorisation sous licence de Dolby Laboratories. Fabriqué avec l'autorisation sous licence de DTS, Inc. DTS, le symbole, DTS et le symbole ensemble, DTS:X et le logo DTS:X sont des marques de commerce ou des marques de commerce déposées de DTS, Inc., aux États-Unis et/ou dans d'autres pays. © DTS, Inc. Tous droits réservés. Pour les consoles contenant un lecteur de disque optique Blu-Ray™ : Les logos et les mots servant de marque Blu-ray Disc™, Blu-ray™ et Ultra HD Blu-ray™ sont des marques de commerce de Blu-ray Disc Association.

HDMI® dts X® Dolby VISION·ATMOS

Xbox Series X

ULTRA HD™ Blu-ray

Pour obtenir des réponses aux questions courantes, à propos des étapes de dépannage et des informations pour contacter le service à la clientèle Xbox, visitez le site support.microsoft.com.

XBOX

# GUÍA DEL PRODUCTO, GARANTÍA LIMITADA Y CONTRATO DE LA CONSOLA XBOX

**DEBE ACEPTAR LA GARANTÍA LIMITADA Y EL CONTRATO DE HARDWARE Y EL CONTRATO DE SERVICIOS DE MICROSOFT (AMBOS CON ARBITRAJE VINCULANTE Y RENUNCIA A JUICIO COLECTIVO EN LOS ESTADOS UNIDOS), ASÍ COMO LOS TÉRMINOS DE LICENCIA DE SOFTWARE**

Al comprar o usar su Producto Microsoft, acepta lo siguiente:

- La Garantía Limitada y el Contrato del Fabricante de Hardware en support.microsoft.com/warranty. Lea el resumen que comienza en la página 25. **Si vive (o tiene una empresa con su lugar principal de negocios en) Estados Unidos, lea la cláusula sobre arbitraje vinculante y renuncia a juicio colectivo en aka.ms/hw-warr-arbitration-523, así como el resumen que comienza en la página 25. Afecta la forma en que se resuelven las disputas relacionadas con su Producto Microsoft, su precio, publicidad, marketing, comunicaciones, su transacción de compra, facturación o la Garantía Limitada y Contrato del Fabricante.**
- Contrato de Servicios de Microsoft disponible en microsoft.com/msa. Rige el uso del servicio en línea de Xbox y los juegos y apps de Microsoft Studio.
- Contrato de Licencia de Software disponible en xbox.com/slt.

Lea estos contratos. Si no los acepta, no configure ni use su producto Xbox (consola o accesorio). Devuelva el Producto Xbox a Microsoft o a su distribuidor para obtener un reembolso. Para obtener los manuales de producto de la consola y accesorios Xbox, vaya a xbox.com/support/manual. Su consola puede o no contener una unidad de disco óptica.

⚠ **Este símbolo identifica la información en materia de seguridad y salud de esta guía del producto.**

### ⚠ ADVERTENCIA: LEA LA INFORMACIÓN SOBRE SALUD Y SEGURIDAD

Los productos de Microsoft se han desarrollado para que sean seguros y eficaces. Lea en esta guía información importante sobre seguridad y salud del dispositivo y los términos de la garantía limitada que se aplica al dispositivo. Esta guía está diseñada para ayudarle a estar más cómodo y ser más productivo mientras usa este dispositivo. Si no se siguen las instrucciones y no se configura, usa y cuida este producto de forma adecuada, puede aumentar el riesgo de que se produzcan lesiones graves e incluso la muerte, o de que se causen daños a la propiedad.

Encontrará soporte técnico adicional en support.microsoft.com.

### AVISO: Lea las instrucciones de uso

Si no configura, usa y cuida adecuadamente este producto, puede aumentar el riesgo de daños a sus dispositivos. Lea esta guía y guarde todas las guías impresas para referencia futura.

### Configuración inicial y actualizaciones de la consola

Se necesita una conexión a Internet de banda ancha (1,5 Mbps de bajada y 768 Kbps de subida), una cuenta de Microsoft y un perfil de Xbox para la configuración inicial online, las descargas y las actualizaciones obligatorias (algunas son importantes) y algunas características (por ejemplo, la conservación de la configuración e información del juego). El streaming en 4K quiere una velocidad de descarga de 18 a 24 Mbps. Se aplican cargos del ISP (xbox.com/consoles/gettingstarted).

Para obtener respuestas a las preguntas sobre la configuración de la consola, los pasos para la solución de problemas y la información de contacto de Atención al cliente de Xbox, visite support.microsoft.com.

### ⚠ ADVERTENCIA: Alimentador de CA y seguridad del cable de alimentación

Seleccione y use siempre un alimentador de CA o cable de alimentación adecuado para su dispositivo. Si no se siguen las precauciones siguientes, se pueden producir lesiones graves o la muerte debido a una descarga eléctrica o incendio, o bien daños en el dispositivo.

Para seleccionar una fuente de alimentación adecuada para su dispositivo:

- Recomendamos que use unidades de alimentación (PSU) y cables de alimentación de CA originales de Microsoft. Con su dispositivo se incluyó una PSU o cable de alimentación de CA original de Microsoft. Las PSU o cables de alimentación originales de Microsoft también se pueden



M1148780-003_MNL.indd 19 14/8/23 11:43 pm
BLACK

comprar a un distribuidor autorizado por Microsoft y en https://store.microsoft.com/devices.

- Use únicamente la alimentación de CA suministrada por una toma de corriente estándar (red eléctrica). No use fuentes de alimentación no estándar, como generadores o inversores, aunque el voltaje y la frecuencia parezcan aceptables.
- Confirme que la toma de corriente proporciona el tipo de alimentación que se indica en el dispositivo (en cuanto a voltaje [V] y frecuencia [Hz]). Si no está seguro del tipo de alimentación eléctrica disponible en su casa, consulte a un electricista cualificado.
- No sobrecargue la toma de corriente, el alargador, el multiplicador ni otros receptáculos eléctricos. Confirme que su capacidad nominal admite la corriente total (en amperios [A]) que extrae el dispositivo y cualquier otro dispositivo que se encuentre en el mismo circuito.
- En los dispositivos en los que las pinzas de CA se pueden plegar para el almacenamiento, antes de enchufar el alimentador de CA a una toma de pared, asegúrese de que las pinzas se hayan extendido por completo.
- En los dispositivos con cables de alimentación con las pinzas de CA extraíbles y una fuente de alimentación universal, antes de enchufar el alimentador de CA a una toma de pared, asegúrese de que el conjunto de pinzas tenga la configuración adecuada para la toma de pared y de que encajen completamente en la fuente de alimentación.

### ⚠ PRECAUCIÓN: Seguridad de los cables

Los cables expuestos del dispositivo representan un posible peligro de tropiezo. Coloque todos los cables de modo que sea poco probable que personas o mascotas puedan tropezar o tirar de ellos por accidente cuando se desplacen por la zona. No permita que los niños jueguen con los cables. Para evitar daños en los cables:

- Coloque los cables de modo que se evite que se pisen o aplasten.
- Evite que los cables se enganchen o se retuerzan, especialmente cuando estén conectados a la toma de corriente, al alimentador o al dispositivo.
- No sacuda, anude, retuerza ni utilice indebidamente los cables de alimentación. No envuelva el cable de alimentación de manera muy ajustada, especialmente alrededor del bloque de alimentación. En cambio, envuélvalo en bobinas sueltas en lugar de en ángulos ajustados.
- Al colocar su dispositivo o PSU, asegúrese de que los cables no estén doblados estrechamente y que los conectores no estén presionados contra una pared o superficie dura.
- No exponga los cables de alimentación a fuentes de calor.
- No permita que mascotas o niños muerdan o mastiquen los cables de alimentación.
- Al desconectar el cable de alimentación, tire del enchufe, no del cable.
- Inspeccione los cables de alimentación y otros cables periódicamente. Si un cable de alimentación u otro cable se calienta, se deshilacha, se quiebra o sufre algún tipo de daño, deje de usarlo de inmediato. Recomendamos que reemplace el cable de alimentación u otro cable dañado por un cable de alimentación de repuesto original de Microsoft.
- Desconecte el cable de carga durante las tormentas eléctricas o si no se va a utilizar durante un largo período de tiempo.

### ⚠ ADVERTENCIA: Seguridad general de la batería

El dispositivo usa pilas desechables o baterías recargables. El uso indebido o mal uso de pilas desechables o baterías recargables puede causar lesiones, muerte, daños en la propiedad, y daños en el dispositivo o sus accesorios como resultado de fugas de líquido de baterías, incendio, sobrecalentamiento o explosión.

El líquido de la batería es corrosivo y puede ser tóxico. Puede causar quemaduras y provocar lesiones o incluso la muerte si se traga.

Para reducir el riesgo de lesiones al usar pilas desechables o baterías recargables:

- Mantenga las baterías fuera del alcance de los niños.
- Cargue las baterías recargables solamente con el cargador proporcionado con el dispositivo. El uso de un método de carga incorrecto puede producir un incendio o explosión.
- Retire inmediatamente las baterías viejas, débiles o agotadas del dispositivo. Recicle o deseche las baterías viejas, débiles o agotadas de acuerdo con las leyes o regulaciones locales, regionales y nacionales.
- Retire las baterías de su dispositivo antes de almacenarlo durante un largo periodo de tiempo.
- Evite el contacto con el líquido de la batería. Si una batería pierde líquido:
    - Evite que el líquido derramado entre en contacto con la piel, los ojos, la ropa u otras superficies. Si el líquido de la batería entra en contacto con la piel, ojos o la ropa, lave inmediatamente la zona afectada con agua y póngase en contacto con su médico o con otro proveedor de salud según corresponda.
    - Quite cuidadosamente todas las baterías al seguir en orden inverso las instrucciones de instalación de la batería que se proporcionan con el dispositivo.
    - Antes de insertar nuevas baterías, limpie detalladamente el compartimento de las baterías con un paño seco o siga las

recomendaciones del fabricante para su limpieza.

- Le recomendamos que use baterías aprobadas por Microsoft. Reemplace las pilas desechables o baterías recargables suministradas con su dispositivo por baterías del mismo tipo y clasificación nominal.
- No desensamble, aplaste abra, perfore, triture, provoque cortocircuitos de los contactos, exponga a temperaturas superiores a 40 °C (104 °F) ni deseche las baterías al fuego o agua.
- No mezcle baterías nuevas con viejas o baterías de distintos tipos (p. ej., de carbono-cinc y alcalinas).
- No permita que los objetos metálicos entren en contacto con los terminales de las baterías del dispositivo; pueden calentarse y causar quemaduras.
- No transporte ni coloque pilas o baterías juntas con otros objetos metálicos.
- No deje bajo la luz directa del sol dispositivos que funcionen con batería durante periodos prolongados.
- No sumerja las baterías en agua o permita que se mojen.
- No use baterías si se han mojado. No intente secar una pila o batería con un secador de pelo, en un horno convencional o en un horno de microondas.
- No conecte las baterías directamente a las tomas de corriente ni en rejillas de encendedor de cigarrillos del auto.
- No golpee, deseche ni pise las baterías ni las exponga a choques físicos fuertes.
- No modifique ni refaccione la batería, ni intente insertar objetos foráneos en ella. No sumerja la batería ni la exponga al agua u otros líquidos, fuego, explosiones u otros peligros.
- No recargue las baterías cerca del fuego o en condiciones de temperaturas extremadamente altas.
- Si deja caer el dispositivo o su batería, especialmente sobre una superficie dura, puede dañar el dispositivo y su batería. Le recomendamos que busque asistencia de un profesional para inspeccionar el dispositivo si cree que se ha dañado.
- Nunca use una batería dañada. Si la batería parece estar rayada o fragmentada, retírela inmediatamente y deséchela de la forma adecuada. El uso de una batería dañada puede provocar cortocircuitos, sobrecalentamiento y otros errores de funcionamiento de los componentes.

**⚠ ADVERTENCIA: Reemplazo de la batería y reparaciones del dispositivo (baterías reemplazables por el usuario)**

Las baterías de los dispositivos con baterías reemplazables por el usuario se pueden cambiar abriendo el receptáculo de la batería y siguiendo las instrucciones de reemplazo de la batería recogidas en la Guía de inicio rápido. Microsoft recomienda que solicite la ayuda de un profesional para todas las reparaciones de dispositivos y que tenga cuidado si lo hace usted mismo. La apertura o reparación del dispositivo podría provocar descarga eléctrica, daño en el dispositivo, incendio y riesgos de lesiones y otros peligros.

**⚠ ADVERTENCIA: Riesgo de las reparaciones**

La apertura o reparación del dispositivo podría provocar descarga eléctrica, daño en el dispositivo, incendio y riesgos de lesiones y otros peligros. Microsoft recomienda que solicite la ayuda de un profesional para reparar el dispositivo y que tenga cuidado si lo hace usted mismo.

**⚠ AVISO: Manipulación**

Manipule el dispositivo de Microsoft con cuidado. Está hecho de metal y plástico, y tiene componentes electrónicos sensibles en su interior. El dispositivo se puede dañar si se cae, quema, perfora o aplasta, o si entra en contacto con líquidos. Si sospecha que el dispositivo o la batería están dañados, deje de usar el dispositivo, ya que puede causar sobrecalentamiento o lesiones.

**⚠ AVISO: Compatibilidad con productos de otros fabricantes**

Es posible que algunos accesorios de terceros no sean compatibles con el dispositivo o que sean potencialmente falsos. El uso de accesorios, baterías y cargadores no compatibles o falsificados podría dañar el dispositivo y supone un riesgo de incendios, explosión o fallo de la batería, lo que podría provocar heridas graves, daños al dispositivo y otros perjuicios importantes.

**⚠ ADVERTENCIA: Limpieza**

El riesgo de incendio, descarga o daño al dispositivo Microsoft durante la limpieza podría reducirse tomando las precauciones siguientes:

- Desconecte todos los cables y apague el dispositivo antes de realizar la limpieza.
- Solo limpie la parte exterior del dispositivo.
- Limpie el dispositivo con un paño seco.
- Dispositivos con ventiladores, rejillas de ventilación, puertos o aberturas similares:
  - Limpie suavemente la superficie exterior del ventilador, las rejillas de

- ventilación u otra abertura para eliminar cualquier acumulación de polvo.
- No inserte objetos en el ventilador, las rejillas de ventilación, los puertos u otras aberturas.
- No intente limpiar los conectores mediante la inmersión en líquidos. Solo limpie y seque suavemente con un paño limpio.

### ⚠ ADVERTENCIA: Uso

Para reducir el riesgo de incendio, descarga eléctrica o daños en el dispositivo, no exponga el dispositivo a la lluvia, nieve ni otros tipos de humedad. No use el dispositivo cerca del agua o en una ubicación excesivamente húmeda (por ejemplo, cerca de una ducha, bañera, fregadero o pileta, o en un sótano húmedo). Para mantener el funcionamiento óptimo del dispositivo:

- No use el dispositivo cerca de fuentes de calor, alimentos, suciedad excesiva, aceite, productos químicos o bajo una fuerte luz solar directa.
- No coloque objetos encima del dispositivo.
- Use únicamente accesorios o aditamentos especificados por Microsoft.
- Dispositivos con ventiladores, rejillas de ventilación, puertos o aberturas similares:
  - No inserte objetos dentro del ventilador, rejillas de ventilación, puertos u otras aberturas.
  - No permita que se acumule polvo en el ventilador, rejillas de ventilación u otras aberturas.
  - No coloque el dispositivo en un espacio estrecho o apretado.
- No seque el dispositivo con un secador de pelo, una secadora de ropa,un horno convencional, una tostadora o un horno de microondas. Si el dispositivo se moja, limpie suavemente el exterior con un paño limpio y seco.
- No use aire comprimido.
- No use dispositivos de limpieza de cabezales de DVD.

### AVISO: Uso del disco

Para evitar atascar la unidad de disco y posiblemente dañar los discos o dispositivo:

- Siempre extraiga los discos antes de mover el dispositivo.
- No use nunca discos agrietados. Pueden romperse y atascarse o dañar las piezas internas dentro del dispositivo.
- Siempre vuelva a colocar los discos en sus contenedores de almacenamiento cuando no estén en la unidad de disco. No almacene discos a la luz directa del sol, cerca de una fuente de calor o en su Xbox Series X. Siempre manipule los discos por los bordes. Para limpiar los discos de videojuegos u otro tipo de discos:
  - Sostenga los discos por los bordes. No toque la superficie del disco con los dedos.
  - Limpie los discos con un paño suave, frotando ligeramente desde el centro hacia afuera.
  - No use solventes, ya que pueden dañar el disco. No utilice dispositivos de limpieza de discos.

### Evite el humo y el polvo

No use la consola en lugares con humo o polvo. El humo y el polvo pueden dañar la consola, especialmente la unidad de disco óptica.

### Objetos metálicos y adhesivos

No coloque elementos metálicos o adhesivos cerca o sobre la consola Xbox, ya que pueden interferir con el control, la conexión de red y los botones de expulsión y encendido/apagado.

Las imágenes fijas en los videojuegos pueden "quemarse" en algunas pantallas de TV, creando una sombra permanente. Consulte el manual del fabricante de su televisor antes de jugar.

### ⚠ ADVERTENCIA: Epilepsia fotosensitiva

Algunas personas pueden experimentar una convulsión cuando se exponen a luces o patrones parpadeantes en imágenes en movimiento o videojuegos. Incluso aquellas personas sin antecedentes de ataques o epilepsia pueden sufrir un trastorno no diagnosticado que puede provocar "ataques fotosensibles" al ver imágenes en movimiento o videojuegos.

Estos ataques pueden presentar síntomas variados, por ejemplo, mareo, visión alterada, tics nerviosos en los ojos o la cara, espasmos o temblor de brazos o piernas, desorientación, confusión o pérdida momentánea del conocimiento. Los ataques fotosensibles también pueden causar pérdida del conocimiento o convulsiones que pueden provocar lesiones por caídas y golpes contra objetos cercanos. Deje de jugar inmediatamente y consulte a un médico si experimenta alguno de estos síntomas. Los padres deben estar atentos o preguntar a sus hijos sobre los síntomas anteriores, ya que los niños y los adolescentes tienen más probabilidades que los adultos de experimentar estas convulsiones. El riesgo de ataques fotosensibles se puede reducir tomando las siguientes precauciones:

- Siéntese más lejos de la pantalla de video.
- Use una pantalla de video más pequeña.
- Juegue en una habitación bien iluminada.
- No juegue cuando tenga sueño o esté cansado.

Si usted o alguno de sus familiares tiene antecedentes de convulsiones o epilepsia, consulte a un médico antes de jugar.

**⚠ ADVERTENCIA: Trastornos musculoesqueléticos**

El uso de dispositivos de entrada electrónica puede estar vinculado a lesiones o trastornos graves. Cuando se usa una computadora, al igual que con muchas otras actividades, puede sufrir una incomodidad ocasional en las manos, brazos, hombros, cuello y otras partes del cuerpo. Sin embargo, si experimenta síntomas como, por ejemplo, incomodidad persistente o recurrente, dolor, dolor pulsátil, molestias, hormigueo, entumecimiento, sensación de quemazón o rigidez, NO IGNORE ESTAS SEÑALES DE ADVERTENCIA. CONSULTE CUANTO ANTES CON UN PROFESIONAL MÉDICO COMPETENTE, aunque los síntomas aparezcan cuando no trabaje con una computadora. Síntomas como los mencionados se pueden asociar con lesiones o trastornos dolorosos y que, en ocasiones, producen incapacidad permanente de los nervios, músculos, tendones y otras partes del cuerpo.

Entre estos trastornos musculoesqueléticos (TME) se incluyen síndrome del túnel carpiano, tendinitis, tenosinovitis y otros estados. Aunque los investigadores aún no han sabido responder muchas preguntas sobre los TME, existe un consenso general de que muchos factores pueden estar vinculados a su incidencia, incluidos: salud general, estrés y la forma de enfrentarse a este, estados físicos y médicos, y la forma en que una persona se coloca y usa su cuerpo durante el trabajo y otras actividades (incluido el uso de un teclado o un mouse). La cantidad de tiempo que una persona realiza una actividad también puede ser un factor.

Encontrará directrices que pueden ayudarlo a trabajar más cómodamente con su dispositivo y posiblemente reducir el riesgo de experimentar TME en https://support.microsoft.com y xbox.com/playhealthy (Guía de juego saludable).

**⚠ ADVERTENCIA: Peligro de asfixia**

Este dispositivo puede contener piezas pequeñas que pueden suponer un peligro de asfixia para niños de menos de 3 años. Mantenga las piezas pequeñas alejadas de los niños.

**⚠ ADVERTENCIA: Usar accesorios para videojuegos**

Asegúrese de que los niños que usan accesorios para videojuegos con su consola Xbox jueguen de una manera segura y dentro de sus limitaciones, y compruebe que saben cómo usar correctamente la consola y los accesorios.

**⚠ PRECAUCIÓN: Estabilidad del dispositivo**

No coloque el dispositivo en superficies desiguales o inestables. Asegúrese de sostenerlo de manera segura al transportarlo y no a través de un accesorio o cable. Si no sostiene el dispositivo de manera segura, este podría caerse o golpear a una persona u objeto, lo que podría dañar el dispositivo u otro objeto, o provocar lesiones.

**Establezca la posición de su Xbox**

Your console may be used in either vertical or horizontal position (note the small feet on the console that apply to each position). La consola puede usarse en posición vertical u horizontal (tenga en cuenta las patas pequeños en la consola que se aplican a cada posición). Al cambiar de posición, apague la consola (y si la consola contiene una unidad de disco óptico, extraiga los discos). Si necesita cambiar la ubicación de la consola, extraiga los discos, apague el sistema y quite todos los cables antes de mover la consola.

**Evite el sobrecalentamiento de la consola:**

- No bloquee ninguna abertura de ventilación de la consola. No coloque la consola sobre una cama, sofá u otra superficie blanda que pueda bloquear las aberturas. No coloque la consola en un espacio cerrado, como una estantería, un estante o un gabinete de equipo de música, a menos que el espacio esté bien ventilado.
- No coloque la consola cerca de fuentes de calor, como radiadores, registros de calor, estufas o amplificadores.
- Usar la consola Xbox en un entorno donde la temperatura externa varía significativa y rápidamente podría dañar la consola. Cuando se traslade a una ubicación con una diferencia de temperatura de 11ºC (20ºF) o más desde en comparación con la ubicación anterior, permita que la consola alcance la temperatura ambiente antes de encenderla. La temperatura de funcionamiento de la consola es de +5 ºC (+41 ºF) a +35 ºC (+95 ºF).

**⚠ PRECAUCIÓN: Seguridad de audición**

La exposición frecuente o prolongada a ruidos o sonidos fuertes cuando se utilizan cascos o auriculares puede causar una pérdida auditiva temporal o permanente. La susceptibilidad a la pérdida de audición y a otros posibles problemas de audición varía de una persona a otra. Además, el volumen de sonido producido por un dispositivo puede variar según la naturaleza del sonido, la configuración del dispositivo y los cascos o auriculares utilizados. Como resultado, no hay una configuración de volumen única que sea adecuada para todos o para cada combinación de sonido, configuración y equipo.

Aquí hay algunas recomendaciones de sentido común para minimizar la exposición a ruidos o sonidos fuertes cuando use cascos o auriculares con el

dispositivo:

- Minimice el tiempo de exposición a un sonido alto. Todo el sonido al que esté expuesto cada día se acumula. Con el volumen máximo, escuchar música u otro contenido en el dispositivo con cascos o auriculares puede dañar su audición de forma permanente en 15 minutos. Si también está expuesto a otros sonidos fuertes, escuchar a un volumen alto causará daños auditivos en menos tiempo.
- Cuanto más tiempo pase expuesto a un sonido alto, más probable es que se dañe su audición. Cuanto más alto es el sonido, menos tiempo se precisa para provocar daños en la audición.
- Baje siempre el volumen de su dispositivo antes de conectar cascos o auriculares al dispositivo. Ajuste el volumen lo suficientemente alto para escuchar claramente en un entorno tranquilo, no más alto.
- No suba el volumen una vez que empiece a escuchar. Sus oídos pueden adaptarse con el tiempo para que el volumen alto suene normal, pero el volumen alto podría dañar su audición.
- No suba el volumen para bloquear el ruido externo. La combinación de ruido externo y sonido de sus cascos o auriculares puede dañar su audición. Los auriculares sellados o con cancelación de ruido pueden reducir el ruido exterior para que no tenga que subir el volumen.
- Si no puede entender a alguien que se encuentra cerca y habla normalmente, baje el volumen. El sonido que ahoga el discurso normal puede dañar la audición. Incluso con auriculares sellados o con cancelación de ruido, debería ser capaz de oír hablar a las personas cercanas.
- Para minimizar el potencial de daños de audición, mantenga el volumen lo suficientemente bajo como para poder tener una conversación con personas cercanas.
- Los cascos y auriculares pueden atraer objetos peligrosos, como grapas y clips. Revise siempre los cascos o auriculares antes de usarlos.
- El uso de cascos o auriculares mientras maneja puede estar prohibido o restringido en su zona. Consulte las leyes y normativas locales para obtener más información.

Por último, tenga en cuenta los síntomas de la pérdida de audición. Conviene que un audiólogo le revise la audición periódicamente. Deje de usar cascos o auriculares con el dispositivo y revise su audición si:

- Sufre cualquier síntoma de pérdida de audición.
- Escucha un pitido en los oídos.
- Su voz suena ahogada, apagada o plana.

### ⚠ ADVERTENCIA: Exposición a la energía de radiofrecuencia (RF)

Los dispositivos que tienen transmisores de radio Wi-Fi y Bluetooth® se han diseñado, fabricado y probado para cumplir las directrices de la Comisión Federal de Comunicaciones (FCC), Industry Canada y normativas europeas relativas a la exposición a radiofrecuencia y la tasa de absorción específica.

Para garantizar que la exposición a la energía RF generada por las radios Wi-Fi y Bluetooth no supera los límites de exposición que establecen estas directrices, oriente el dispositivo con pantallas que modo que el lado de la pantalla no esté en contacto directo con su cuerpo, como colocar el lado de la pantalla boca abajo en el regazo o en la parte superior del cuerpo.

Puede encontrar información adicional sobre la seguridad de radiofrecuencia en el sitio web de la FCC en http://www.fcc.gov/oet/rfsafety y en el sitio web de Industry Canada en http://www.ic.gc.ca/eic/site/smt-gst.nsf/eng/sf01904.html.

### ⚠ ADVERTENCIA: Dispositivos médicos personales

Las emisiones de radiofrecuencias y los campos magnéticos de equipos electrónicos pueden afectar negativamente al funcionamiento de otros equipos electrónicos y provocar un funcionamiento defectuoso. Aunque el dispositivo se ha diseñado, probado y fabricado para cumplir con las normativas que regulan la emisión de radiofrecuencias en países o regiones como, por ejemplo, Estados Unidos, Canadá, la Unión Europea y Japón, los transmisores inalámbricos y los circuitos eléctricos del dispositivo pueden provocar interferencias no intencionadas en otros equipos electrónicos.

Las personas que usan marcapasos siempre deben tomar las siguientes precauciones:

- La American Heart Association recomienda mantener una separación mínima de 15 cm (6 pulgadas) entre un dispositivo inalámbrico y un marcapasos para evitar una posible interferencia con el marcapasos.
- Si usa su dispositivo móvil con una funda o soporte, seleccione uno sin piezas metálicas.
- No lleve su dispositivo en el bolsillo del pecho.
- Si por algún motivo sospecha que se están produciendo interferencias, apague de inmediato el dispositivo.

Si usa un dispositivo médico diferente que un marcapasos, consulte con el fabricante del dispositivo o con su médico para obtener información e instrucciones sobre el uso de otros dispositivos electrónicos cerca de su dispositivo médico.

### ⚠ AVISO: Dispositivos inalámbricos a bordo de una aeronave

Antes de abordar cualquier aeronave o empacar un dispositivo inalámbrico

en un equipaje que será despachado, quite las baterías del dispositivo inalámbrico (si se pueden extraer) o apague el dispositivo inalámbrico (si tiene un interruptor de encendido/apagado). Preste atención al anuncio durante el vuelo que le informa si puede usar su dispositivo durante el vuelo. El uso de tecnología inalámbrica depende de cada aerolínea.

**⚠ ADVERTENCIA: Interferencia de radiofrecuencia**

Aunque la seguridad y compatibilidad del dispositivo se ha probado, este dispositivo tiene una radio que puede afectar a otros equipos electrónicos o dispositivos médicos (como marcapasos) en determinadas circunstancias, por lo que se podría provocar un funcionamiento incorrecto y causar lesiones o incluso la muerte.

- Apague el dispositivo en cualquier ubicación donde así se indique.
- En un avión, siga todas las instrucciones de la tripulación. Apague el dispositivo o active el modo avión tal como lo indique la tripulación, incluso todos los dispositivos inalámbricos guardados en su equipaje. Consulte con el personal de la aerolínea sobre el uso de su dispositivo durante el vuelo.
- Siga todas las reglas del establecimiento y las instrucciones publicadas en zonas donde el uso de celulares o redes inalámbricas está prohibido.

## RESUMEN DEL CONTRATO Y LA GARANTÍA LIMITADA DE HARDWARE DEL FABRICANTE (CON ARBITRAJE VINCULANTE Y RENUNCIA A LA DEMANDA COLECTIVA EN LOS EE. UU.).

Microsoft garantiza que el Producto de Microsoft no funcionará mal en condiciones de uso normales durante **un año (90 días para los componentes de sustitución que se venden por separado, consolas Xbox reacondicionadas y todos los accesorios de Xbox, excepto el mando inalámbrico Elite serie 2)** a partir de la fecha de compra original a un revendedor autorizado. La garantía excluye el uso y desgaste normales, los daños cosméticos, los daños debido a causas externas, incluidas caídas, la exposición a líquidos, una ventilación inadecuada y el uso contrario a las instrucciones de Microsoft, ataques informáticos, virus u otro malware, y los daños causados por reparaciones o modificaciones por parte de alguien que no sea Microsoft o un proveedor de servicios autorizado por Microsoft, o usando las piezas de otra empresa. **Si su legislación local le ofrece alguna garantía implícita, incluidas las de comerciabilidad, su duración es la misma que la de esta garantía. Algunos estados o provincias no permiten limitaciones en cuanto a la duración de una garantía implícita, por lo que es posible que las limitaciones anteriores no sean de aplicación en su caso.** Para obtener el servicio de garantía, siga primero los consejos de solución de problemas que se ofrecen en support.microsoft.com. Si con esto no se resuelve el problema, siga el proceso en línea en support.microsoft.com/warranty. 1-800-MICROSO (642-7676) también proporciona información sobre cómo obtener el servicio.

Se aplican otras exclusiones y limitaciones. Lea toda el Contrato y garantía limitada en support.microsoft.com/warranty. Al comprar o usar el producto Microsoft, usted acepta sus términos.

**Si vive o, en el caso de una empresa, tiene su lugar principal de negocio en Estados Unidos, lea la cláusula de arbitraje vinculante y la renuncia a la demanda colectiva en la sección 11 del Contrato y garantía limitada en aka.ms/hw-warr-arbitration-523.** Afecta la forma en que se resuelven las disputas relacionadas con su producto Microsoft, su precio, publicidad, marketing y comunicación, transacción de compra, facturación o este Contrato y garantía limitada. Nos vincula a usted y a Microsoft. A continuación se describen algunas partes de la cláusula de arbitraje.

**Cualquier disputa que no se resuelva mediante una negociación informal o en un tribunal de reclamos menores solo se resolverá mediante un arbitraje vinculante individual conforme a la ley federal de arbitraje ante un árbitro neutral cuya decisión será definitiva, no ante un juez ni un jurado, y no en las demandas colectivas, los arbitrajes colectivos, las acciones generalesde abogados privados o donde alguien solicite una cesación pública o actúe en calidad de representante. No se pueden combinar procedimientos individuales sin el consentimiento de todas las partes.** La Asociación Americana de Arbitraje llevará a cabo el arbitraje en virtud de sus reglas de arbitraje comercial o de consumo. La sección 11 del Contrato y garantía limitada contiene los demás términos, instrucciones y formularios para notificar a Microsoft sobre una disputa o iniciar un arbitraje.

ES-US-XB-02-01

## INFORMACIÓN REGLAMENTARIA

- No está indicado para su uso en aplicaciones de maquinaria, médicas o industriales.
- Este producto debe usarse con equipos informáticos incluidos en la lista de NRTL (UL, CSA, ETL, etc.) o que se ajusten a la normativa IEC/EN 60950-1 o IEC/EN 62368-1 (con la marca CE).
- No se incluyen piezas reparables.
- Temperatura de funcionamiento: de 5°C (41°F) a 35°C (95°F).

**Clientes en Estados Unidos y Canadá**

**Declaración de conformidad del proveedor**

Modelos: 1882, 1883, 1914

Información de contacto: Microsoft Corporation, One Microsoft Way,

Redmond, WA 98052, EE. UU.

Correo electrónico: regcomp@microsoft.com

Este aparato digital de Clase B cumple con la Parte 15 de las normas de la Comisión federal de Comunicaciones (FCC) de EE. UU. e Innovation, Science and Economic Development Canada (ISED) sobre los estándares RSS exentos de licencia.

El funcionamiento se encuentra sujeto a las siguientes dos condiciones: (1) este dispositivo no debe causar interferencia, y (2) este dispositivo debe aceptar cualquier interferencia recibida, incluso la interferencia que pueda causar un funcionamiento no deseado.

**Nota: Cualquier cambio o modificación a este dispositivo no aprobado expresamente por Microsoft podría anular la autoridad del usuario para utilizar el dispositivo.**

**Reglamentos sobre interferencias de radio y televisión**

Los dispositivos de hardware de Microsoft pueden emitir energía de radiofrecuencia (RF). Si no se instala y usa estrictamente según las instrucciones que se indican en la documentación impresa o los archivos de ayuda en pantalla, el dispositivo puede provocar interferencias perjudiciales con otros dispositivos de radiocomunicaciones (por ejemplo, radios AM/FM, televisores, monitores de bebé, teléfonos inalámbricos, etc.). Sin embargo, no se garantiza que no se producirán interferencias de radiofrecuencias en una instalación concreta. Para determinar si el dispositivo de hardware está provocando interferencias en otros dispositivos de radiocomunicaciones, apague y desenchufe el dispositivo de la fuente de alimentación externa. Si la interferencia desaparece, es probable que el dispositivo sea la causa. Si este dispositivo de hardware provoca interferencias, pruebe las siguientes medidas para remediar la situación:

- Cambie la ubicación de la antena del otro dispositivo de radiocomunicaciones (por ejemplo, radios AM/FM, televisores, monitores de bebé, teléfonos inalámbricos, etc.) hasta que desaparezca la interferencia.
- Aleje el dispositivo de hardware de la radio o el televisor, o muévalo al otro lado de estos aparatos.
- Conecte el dispositivo a una toma de corriente diferente, de modo que el dispositivo de hardware y la radio o televisor se encuentren en circuitos diferentes, controlados por disyuntores o fusibles diferentes.
- Si fuera necesario, consulte con el distribuidor del dispositivo o un técnico experimentado en radio televisión para obtener sugerencias adicionales. Para obtener más información sobre los problemas de interferencias, visite el sitio web de la FCC en: http://www.fcc.gov/cgb/consumerfacts/interference.html. También puede llamar a la FCC al 1-888-CALL FCC para solicitar fichas técnicas sobre la interferencia y la interferencia telefónica.

CAN ICES-3 (B)/NMB-3(B)

Modelos 1882, 1883, 1914: el funcionamiento de este dispositivo en la banda 5150 a 5250 MHz es solo para uso en interiores para reducir el potencial de interferencias perjudiciales a sistemas de satélites móviles de canal compartido.

Este producto es solo para uso en interiores en Canadá.

**Exposición a la energía de radiofrecuencia (RF)**

Modelos 1882, 1883, 1914: este dispositivo contiene transmisores de radio y se ha diseñado, fabricado y probado para cumplir las directrices europeas, de la Comisión Federal de Comunicaciones (FCC) e Innovation, Science and Economic Development Canada (ISED) relativas a la exposición a radiofrecuencia y la tasa de absorción específica.

Modelo 1882, 1883: este equipo se debe instalar y usar con una distancia mínima de 20 cm entre el radiador y el cuerpo.

Hay información disponible sobre la Tasa de Absorción Específica (SAR) del producto en sar.microsoft.com.

Sitio web de la FCC: https://www.fcc.gov/general/radio-frequency-safety-0

Sitio web de ISED: https://www.ic.gc.ca/eic/site/smt-gst.nsf/eng/sf01904.html

**Desecho de las baterías y equipos eléctricos y electrónicos**

Este símbolo en el producto, sus baterías o su embalaje significa que el producto y las baterías que contiene no se deben desechar con los residuos domésticos. En cambio, es su responsabilidad entregar estos artículos a un punto de recolección adecuado para el reciclaje de las baterías y los equipos eléctricos y electrónicos. Esta recolección separada y reciclaje ayudarán a conservar los recursos naturales y a evitar posibles consecuencias negativas para la salud humana y el medio ambiente debido a la posible presencia de las sustancias peligrosas de las baterías y los equipos eléctricos y electrónicos, que podría producirse debido a un desecho inadecuado. Para obtener más información sobre dónde dejar sus baterías y los equipos eléctricos y electrónicos, póngase en contacto con su oficina municipal local, el servicio de desecho de residuos domésticos o la tienda en la que compró el producto. Póngase en contacto con erecycle@microsoft.com para obtener más información sobre los desechos de equipos eléctricos y electrónicos, así como el desecho de baterías.

Este producto puede usar baterías de litio, NiMH o alcalinas.

**COPYRIGHT**

La información y opiniones que se expresan en este documento, como las direcciones URL y otras referencias de sitio web de Internet, pueden cambiar sin previo aviso. Este documento no le otorga ningún derecho legal a ninguna propiedad intelectual de ningún producto de Microsoft. Puede copiar y usar este documento para fines internos y de referencia.

© 2023 Microsoft, el logotipo de Microsoft, Xbox, Xbox 360, Xbox One, Xbox Series X, Xbox Series S y los logotipos de Xbox son marcas comerciales del grupo de empresas de Microsoft. HDMI, el logotipo de HDMI y High-Definition Multimedia Interface son marcas comerciales o registradas de HDMI Licensing LLC. Dolby, Dolby Vision, Dolby Atmos y el símbolo de doble D son marcas comerciales de Dolby Laboratories Licensing Corporation. Fabricado bajo licencia de Dolby Laboratories. Fabricado bajo licencia de DTS, Inc. El símbolo, DTS y el símbolo juntos, DTS:X y el logotipo de DTS:X son marcas comerciales o marcas registradas de DTS, Inc. en los Estados Unidos u otros países o regiones. © DTS, Inc. Todos los derechos reservados. Para consolas que contienen una unidad de disco óptica Blu-ray™: Las marcas de palabra y los logotipos Blu-ray Disc™, Blu-ray™ y Ultra HD Blu-ray™ son marcas comerciales de Blu-ray Disc Association.

HDMI® dts:X® Dolby VISION·ATMOS

Xbox Series X

ULTRA HD™ Blu-ray

Para obtener respuestas a preguntas comunes, los pasos para la solución de problemas y la información de contacto de Atención al cliente de Xbox, visite support.microsoft.com.

Microsoft®

M1148780-003

# EXHIBIT 2

MICROSOFT DIELINE: M1152488
DESCRIPTION: RETAIL CARTON, LITHOLAMINATE, E-FLUTE, TOLEDO
MATERIAL AND GRADE: SEE SPEC.PDF FOR MATERIAL INFORMATION
REV:D DATE: 09-MAR-2021



# EXHIBIT 3

**IMPORTANT!** You must accept the Xbox Software License Terms (xbox.com/slt), Microsoft Services Agreement (microsoft.com/msa), and Warranty & Agreement (xbox.com/warranty). Features, online services, system requirements and settings may vary by device, region, may require paid subscription(s), and are subject to change or retirement over time. Customer support only available in those regions where Xbox is fully supported (xbox.com/regions). For full system requirements go to xbox.com/console-requirements. Manage your child's gaming: xbox.com/family-app.

**Display:** High definition requires minimum 720p. VRR, 4K120, and/or 8K require compatible display.

**Internet:** Broadband Internet (1.5 Mbps down/768 Kbps up), a Microsoft account, and Xbox profile required for initial online set-up, downloads/mandatory updates (some significant), and some features (including retention of gameplay settings and information). 4K streaming requires 18-24 Mbps download speed. ISP fees apply (xbox.com/consoles/gettingstarted).

****Xbox Game Pass and Xbox Live Gold:** Online multiplayer on Xbox consoles for many games requires Xbox Game Pass Ultimate or Xbox Live Gold (memberships sold separately); see your games for multiplayer requirements. Xbox Game Pass titles and number vary over time and by region. See xbox.com/gamepass and xbox.com/livegold.

**Compatibility:** Look for games and accessories that are compatible with Xbox Series X. Works with supported Xbox One accessories. Select Xbox 360 games and most Xbox One games are backward compatible and playable with download; content and feature availability varies, and multiplayer between Xbox 360 and later consoles is not supported (xbox.com/game-compatibility). Controller is compatible with headsets using a 3.5mm plug (sold separately) (xbox.com/compatibleheadsets).

**Storage:** System software uses significant storage; less internal storage will be available to users (xbox.com/console-storage). Updates, games, services and other downloads may require additional storage, internet speed, hardware and/or fees. Gameplay from external storage requires use of a Designed for Xbox storage expansion card (sold separately). 1 TB = 1 trillion bytes.

**Wireless:** Dual band 2.4 GHz and 5 GHz spectrums, compatible with IEEE 802.11a/b/g/n/ac networks.

**Technologies:** DTS HD Master Audio 7.1 and DTS:X (including DTS Headphone:X) only available in supported Blu-ray discs and apps, and require app downloads to enable. DTS:X (including DTS Headphone:X) may require an additional purchase through such app. DolbyVision HDR on Xbox requires a compatible display. Dolby Atmos for Headphones requires an additional purchase from Microsoft Store.

HDMI, the HDMI logo and High-Definition Multimedia Interface are trademarks or registered trademarks of HDMI LA. Dolby, Dolby Vision, Dolby Atmos, and the double-D symbol are registered trademarks of Dolby Laboratories Licensing Corporation. Manufactured under license from Dolby Laboratories. Manufactured under license from DTS, Inc. DTS, the Symbol, DTS and the Symbol together, DTS:X, and the DTS:X logo are registered trademarks or trademarks of DTS, Inc. in the United States and/or other countries. © DTS, Inc. All Rights Reserved. Blu-ray Disc™, Blu-ray™, Ultra HD Blu-ray™ word marks and logos are trademarks of the Blu-ray Disc Association.

# EXHIBIT 4

**MANUFACTURER'S LIMITED HARDWARE WARRANTY & AGREEMENT**

This Manufacturer's Limited Hardware Warranty & Agreement ("Warranty") is an agreement between you and the applicable Microsoft contracting entity identified at the bottom of this Warranty ("Microsoft").

**BY PURCHASING OR USING YOUR MICROSOFT PRODUCT, YOU AGREE TO THIS WARRANTY. PLEASE READ AND SAVE A COPY FOR YOUR RECORDS. IF YOU DO NOT ACCEPT THIS WARRANTY, DO NOT USE YOUR MICROSOFT PRODUCT AND RETURN IT UNUSED TO YOUR RESELLER, OR MICROSOFT, FOR A REFUND. IF YOU RETURN IT, THIS WARRANTY WILL GOVERN WHAT OCCURS BEFORE YOUR RETURN.**

**RELATION TO CONSUMER LAW.** THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS AND IS IN ADDITION TO, NOT IN PLACE OF, ANY RIGHTS YOU MAY HAVE UNDER CONSUMER OR OTHER LAWS APPLICABLE TO YOU. YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE OR BY PROVINCE OR COUNTRY. OTHER THAN AS PERMITTED BY LAW, MICROSOFT DOES NOT EXCLUDE, LIMIT, OR SUSPEND OTHER RIGHTS YOU MAY HAVE, INCLUDING THOSE THAT MAY ARISE FROM THE NONCOMFORMITY OF A SALES CONTRACT.

**CONSENT TO BINDING ARBITRATION AND CLASS ACTION WAIVER.** IF YOU LIVE IN (OR ARE A BUSINESS WITH YOUR PRINCIPAL PLACE OF BUSINESS IN) THE UNITED STATES, PLEASE READ THE BINDING ARBITRATION CLAUSE AND CLASS ACTION WAIVER IN SECTION 11. IT AFFECTS HOW DISPUTES CONCERNING YOUR MICROSOFT PRODUCT, ITS PRICE, MARKETING, OR COMMUNICATIONS, YOUR PURCHASE TRANSACTION, BILLING, OR THIS WARRANTY & AGREEMENT ARE RESOLVED.

**1. <u>Definitions</u>**

(a) "Microsoft Product" means a genuine Microsoft hardware product, or a replacement part sold separately, purchased from Microsoft or an authorized reseller. Some Microsoft hardware products have their own limited warranties instead of this one.

(b) "Normal Use Conditions" means ordinary consumer use under normal conditions according to the instruction manual, technical specifications, and any other support documentation provided by Microsoft for the Microsoft Product.

**2. <u>Duration</u>**

Without prejudice to any legal (statutory) rights to which you may be entitled under your local law, this Warranty lasts for **one year** from the date of original purchase from Microsoft or an authorized reseller, unless a different time appears below.

| Duration | Product Name |
|---|---|
| 90 Days | All Xbox accessories (except Xbox Elite Wireless Controller Series 2 and Xbox Wireless Headset—1 year); refurbished Xbox consoles; replacement components sold separately |
| 2 Years | HoloLens 2 Industrial Edition only |

For consumers in California, this Warranty starts on the date the Microsoft Product is delivered to you.

**3. <u>Territory</u>**

This Warranty is valid only in the United States and Canada.

**4. <u>Warranty</u>**

(a) Microsoft warrants that the Microsoft Product will not malfunction due to a defect in materials or workmanship under Normal Use Conditions.

(b) Subject to your legal (statutory) rights under your local law (which may include the Province of Quebec), this Warranty is the only guarantee, warranty, or condition Microsoft gives for your Microsoft Product. No one else may give any guarantee, warranty, or condition on Microsoft's behalf.

(c) IF YOUR LOCAL LAW GIVES YOU ANY IMPLIED WARRANTY, INCLUDING AN IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ITS DURATION IS THE SAME AS THIS WARRANTY. SOME STATES, PROVINCES (WHICH MAY INCLUDE THE PROVINCE OF QUEBEC), OR COUNTRIES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

**5. How to Get Warranty Service**

Prior to providing warranty service, Microsoft or its agents may require you to provide proof of purchase for the Microsoft Product.

(a) Before starting the warranty process, please use the troubleshooting tips at support.microsoft.com.

(b) If the troubleshooting tips do not resolve your problem, then follow the steps to get service at support.microsoft.com/warranty.

(c) **Back up your Data or Applications and Delete Confidential Information.** Before sending your Microsoft Product to Microsoft for service, be sure to:

i. KEEP A COPY OF ANY DATA OR APPLICATIONS YOU WANT TO SAVE. MICROSOFT IS NOT RESPONSIBLE FOR YOUR DATA OR APPLICATIONS AND WILL ERASE THEM; AND

ii. DELETE ANYTHING YOU CONSIDER CONFIDENTIAL. MICROSOFT IS NOT RESPONSIBLE FOR THE CONFIDENTIALITY OF YOUR INFORMATION IF YOU LEAVE THAT CONFIDENTIAL INFORMATION ON YOUR DEVICE.

Warranty service may be available only in the country where you purchased the Microsoft Product. If warranty service is unavailable to you in the country where the device is located when warranty service is requested, Microsoft may offer you other support options for an additional charge.

**6. Microsoft's Responsibility**

(a) If Microsoft determines that the Microsoft Product malfunctioned under Normal Use Conditions during the warranty period due to a defect in materials or workmanship, Microsoft will (at its option) repair or replace it or the defective part or refund the purchase price in exchange for the return of the Microsoft Product, unless a mandatory provision of your local law provides otherwise. Unless a mandatory provision of your local law provides otherwise, repair may use new or refurbished parts and replacement may be with a new or refurbished unit. When replacing the unit, Microsoft may use either the same unit model or, if unavailable, the model nearest to the original model's form, functionality, performance, and color, in Microsoft's sole discretion. The Microsoft Product or all parts of your Microsoft Product that Microsoft has replaced become Microsoft's property.

(b) Unless a mandatory provision of your local law provides otherwise (which may include the Province of Quebec), after repair or replacement, your Microsoft Product will be covered by this Warranty for the longer of the remainder of your original warranty period or 90 days after Microsoft ships it to you.

(c) UNLESS A MANDATORY PROVISION OF YOUR LOCAL LAW PROVIDES OTHERWISE, MICROSOFT'S RESPONSIBILITY TO REPAIR OR REPLACE YOUR MICROSOFT PRODUCT, OR TO REFUND THE PURCHASE PRICE, IS YOUR EXCLUSIVE REMEDY.

(d) Subject to your local law (which may include the Province of Quebec), if your Microsoft Product malfunctions after one year (or other time in Section 2) from the date of original purchase or if your Microsoft Product is otherwise excluded from this Warranty, Microsoft may charge you a fee for its efforts (whether successful or not) to diagnose and service any problems with it.

7. **Warranty Exclusions**

To the extent permitted by your local law, Microsoft is not responsible, and this Warranty does not apply (and Microsoft may not offer service even for a fee) to:

(a) a Microsoft Product not purchased from Microsoft or an authorized reseller;
(b) damage caused by use with products, applications, or services not manufactured, licensed, or supplied by Microsoft (including, for example, games and accessories not manufactured or licensed by Microsoft, and "pirated" games);
(c) a Microsoft Product that has had its serial or IMEI number altered or removed;
(d) damage caused by any external cause (including, for example, by being dropped, exposed to liquid, or used with inadequate ventilation);
(e) damage caused by use not in accordance with the user manual, technical specifications, or any other instruction Microsoft provided;
(f) damage caused by repairs or modifications done by someone other than Microsoft or a Microsoft authorized service provider, or damage caused by using another company's parts;
(g) scratches, dents, other cosmetic damage, or damage reasonably expected as a result of normal wear and tear;
(h) damage caused by hacking, cracking, viruses or other malware, or by unauthorized access to services, accounts, computer systems, or networks; or
(i) a Microsoft Product that has had its software or hardware modified to alter its functionality or capabilities using malicious code, malware, bots, worms, trojans, backdoors, exploits, cheats, fraud, hacks, hidden diagnostics, or other mechanisms:

i. to disable security or content-protection mechanisms;
ii. to give the user an unfair advantage or degrade other users' online experience;
iii. to deceive or defraud Microsoft or others; or
iv. that may harm the product or our systems.

This Warranty applies only if your Microsoft Product is used with the operating system Microsoft preinstalled in your Microsoft Product, or any later version of that operating system.

This Warranty does not apply to (a) consumable parts that diminish over time, such as reduced charging capacity of the battery resulting from its natural end-of-product life, unless the failure occurred due to a defect in materials or workmanship, or (b) a SIM card or any network or system on which the Microsoft Product operates.

This Warranty does not apply to any software distributed by Microsoft with the Microsoft Product.

Microsoft does not guarantee that your use of the Microsoft Product will be uninterrupted, timely, secure, or error-free, or that data loss will not occur.

8. **EXCLUSION OF CERTAIN DAMAGES AND LIMITATION OF LIABILITY**

UNLESS OTHERWISE PROVIDED UNDER YOUR LOCAL LAW (WHICH MAY INCLUDE THE PROVINCE OF QUEBEC), MICROSOFT IS NOT RESPONSIBLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES; ANY LOSS OF DATA, PRIVACY, CONFIDENTIALITY, OR PROFITS; OR ANY

INABILITY TO USE YOUR MICROSOFT PRODUCT. THESE EXCLUSIONS APPLY EVEN IF MICROSOFT HAS BEEN ADVISED OF THE POSSIBILITY OF THESE DAMAGES, AND EVEN IF ANY REMEDY FAILS OF ITS ESSENTIAL PURPOSE. SOME STATES, PROVINCES, AND COUNTRIES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

TO THE EXTENT PERMITTED BY YOUR LOCAL LAW, IF YOU HAVE ANY BASIS FOR A REMEDY BEYOND REPAIR, REPLACEMENT, OR REFUND—SEE SECTION 6(c), MICROSOFT'S LIABILITY TO YOU CAN BE NO MORE THAN THE PURCHASE PRICE PAID FOR THE MICROSOFT PRODUCT (AS APPLICABLE).

9. **Additional Terms**

All parts of this Warranty apply to the maximum extent permitted by your local law or unless prohibited by your local law. If a court or arbitrator holds that Microsoft cannot enforce a part of this Warranty as written, those parts shall be deemed replaced with similar terms to the extent enforceable under the relevant law (or where a local court or arbitrator will not amend this Warranty, such part will be severed), but the rest of this Warranty won't change. Section 11(f) says what happens if parts of Section 11 (Arbitration and Class Action Waiver) are found to be unenforceable. Section 11(f) prevails over this section if inconsistent with it.

10. **Choice of Law**

If you live in (or, if a business, your principal place of business is in) the United States, the laws of the State where you live (or, if a business, where your principal place of business is located) govern the interpretation of this Warranty, claims for breach of it, and all other claims (including consumer protection, unfair competition, implied warranty, and tort claims), regardless of conflict of laws principles, except that the Federal Arbitration Act governs all provisions relating to arbitration.

If you live in (or, if a business, your principal place of business is in) Canada, the laws of the Province where you live (or, if a business, where your principal place of business is located) govern the interpretation of this Warranty, claims for breach of it, and all other claims (including consumer protection, unfair competition, implied warranty, and tort claims), regardless of conflict of laws principles.

**11. BINDING ARBITRATION AND CLASS ACTION WAIVER IF YOU LIVE IN (OR, IF A BUSINESS, YOUR PRINCIPAL PLACE OF BUSINESS IS IN) THE UNITED STATES**

We hope we never have a dispute, but if we do, you and we agree to try for 60 days, upon receipt of a Notice of Dispute, to resolve it informally. If we can't, you and we agree to **binding individual arbitration before the American Arbitration Association ("AAA") under the Federal Arbitration Act ("FAA"), and not to sue in court in front of a judge or jury.** Instead, a neutral arbitrator will decide and the arbitrator's decision will be final except for a limited right of review under the FAA. **Class action lawsuits, class-wide arbitrations, private attorney-general actions, requests for public injunctions, and any other proceeding or request for relief where someone acts in a representative capacity aren't allowed. Nor is combining individual proceedings without the consent of all parties.** "We," "our," and "us" includes Microsoft and Microsoft's affiliates.

(a) **Disputes Covered—Everything Except IP.** The term "dispute" is as broad as it can be. It includes any claim or controversy between you and us concerning the Microsoft Product, its price, advertising, marketing, communications, your purchase transaction, billing, or this Warranty, under any legal theory including contract, warranty, tort, statute, or regulation, **except disputes relating to the enforcement or validity of your, your licensors', our, or our licensors' intellectual property rights.**

(b) **Send a Notice of Dispute Before Arbitration.** If you have a dispute that our customer service representatives can't resolve and you wish to pursue arbitration, you must first send an individualized Notice of Dispute to **Microsoft Corporation, ATTN: CELA Arbitration, One Microsoft Way, Redmond, WA 98052-6399, or submit the form electronically**. The Notice of Dispute form is available at http://go.microsoft.com/fwlink/?LinkId=245499. Complete that form in full, with all the information it requires. We'll do the same if we have a dispute with you. This Notice of Dispute is a prerequisite to initiating any arbitration. Any applicable statute of limitations will be tolled from the date of a properly submitted individualized Notice of Dispute through the first date on which an arbitration may properly be filed under this Section 11.

(c) **Small Claims Court Option.** Instead of sending a Notice of Dispute, either you or we may sue the other party in small claims court seeking only individualized relief, so long as the action meets the small claims court's requirements and remains an individual action seeking individualized relief. The small claims court must be in your county of residence (or, if a business, your principal place of business).

(d) **Arbitration Procedure.** The AAA will conduct any arbitration under its Commercial Arbitration Rules (or if you are an individual and use the Microsoft Product for personal or household use, or if the value of the dispute is less than $75,000 whether or not you are an individual or how you use the Microsoft Product, its Consumer Arbitration Rules). The AAA's Mass Arbitration Supplementary Rules, as modified by this Section 11, will apply in Related Cases (discussed below). For more information, see www.adr.org. **This Warranty governs to the extent it conflicts with any applicable AAA rules.** To initiate an arbitration, submit the Demand for Arbitration form available at http://go.microsoft.com/fwlink/?LinkId=245497 to the AAA and mail a copy to us. The form must contain information that is specific to you and your claim. In a dispute involving $25,000 or less, any hearing will be telephonic or by videoconference unless the arbitrator finds good cause to hold an in-person hearing instead. Any in-person hearing will take place in your county of residence (or, if a business, your principal place of business). The arbitrator may award the same damages to you individually as a court could. **The arbitrator may award declaratory or injunctive relief only to you individually to satisfy your individual claim, but not relief that would affect non-parties.**

The arbitrator rules on all issues except that a court has exclusive authority: (i) to decide arbitrability, as well as formation, existence, scope, validity, and enforceability of this arbitration agreement; (ii) to decide whether the parties have complied with the pre-arbitration requirements (including the individualized Notice of Dispute and Demand for Arbitration forms); (iii) to enforce the prohibition on class, representative, private attorney-general, or combined actions or proceedings, or public injunctive relief; and (iv) to enjoin an arbitration from proceeding if it does not comply with this Warranty.

If your Notice of Dispute involves claims similar to those of at least 24 other customers, and if you and those other customers are represented by the same lawyers, or by lawyers who are coordinating with each other, you and we agree that these claims will be "Related Cases." You and we agree that the AAA's Mass Arbitration Supplementary Rules in effect when the Demand for Arbitration is filed, as modified by this Section 11, will apply to Related Cases. Related Cases may only be filed in batches of up to 50 individual arbitrations at a time, and those individual arbitrations will be resolved in the following manner: (i) for the first batch, each side may select up to 25 of these Related Cases to be filed and resolved in individual arbitrations under this Section 11; (ii) none of the other Related Cases may be filed or prosecuted in arbitration until the first batch of up to 50 individual arbitrations is resolved; and (iii) if, after that first batch, the parties are unable to informally resolve the remaining Related Cases, a second batch of Related

Cases may be filed, where each side may select up to 25 of the Related Cases to be resolved in individual arbitrations under this Section 11. This process of batched individual arbitrations will continue until the parties resolve all Related Cases informally or through individual arbitrations. A court has exclusive authority to enforce this paragraph, including whether it applies to a given set of claims, and to enjoin the filing or prosecution of arbitrations that do not comply with this paragraph.

(e) **Arbitration Fees and Payments.** The AAA rules will govern payment of filing fees and the AAA's and arbitrator's fees and expenses.

In addition, if the dispute is not part of the Related Cases described above, the dispute involves less than $75,000, and before initiating arbitration you complied with all pre-arbitration requirements in this Warranty, then (1) we will promptly reimburse your filing fees and pay the AAA's and arbitrator's fees and expenses; and (2) if, at the conclusion of the arbitration, the arbitrator awards you more than our last written offer made before the arbitrator was appointed, we will pay you: (i) the amount of the award or $1,000 (whichever is more); and (ii) any reasonable attorney's fees you incurred; and any reasonable expenses (including expert witness fees and costs) that your attorney accrued in connection with your individual arbitration.

(f) **Severability.** If, after exhaustion of all appeals, a court finds any part of this Section 11 unenforceable as to any claim or request for a remedy, then the parties agree to arbitrate all claims and remedies subject to arbitration before litigating in court any remaining claims or remedies (such as a request for a public injunction remedy, in which case the arbitrator issues an award on liability and individual relief before a court considers that request). Otherwise, if any other part of Section 11 is found to be unenforceable, the remainder will remain in effect (with an arbitration award issued before any court proceeding begins).

**Microsoft Contact Information**

| Region/Country of Purchase | Microsoft Contracting Entity | Address |
|---|---|---|
| United States | Microsoft Corporation | One Microsoft Way, Redmond WA 98052 |
| Canada | Microsoft Canada Inc. | 4400-81 Bay St., Toronto, Ontario M5J 0E7 |