The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TREVOR HASTINGS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | No. 2:26-CV-02537-JLR<br><br>**DECLARATION OF JULIAMARIE ABBOTT IN SUPPORT OF MICROSOFT'S MOTION TO COMPEL ARBITRATION AND STAY CASE** |



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

I, Juliamarie Abbott, declare as follows:

1. ***Qualifications of Declarant.*** I am a Director of Gaming Safety Operations at Xbox. I first joined Microsoft's Xbox Safety Team as a vendor in 2014 and transitioned into a full-time position in the same role in 2019. In my current role, I supervise four teams responsible for Xbox gaming operations and safety. I am also familiar with the system and process through which Xbox users create an Xbox account and accept the Microsoft Services Agreement ("MSA"). I make this declaration based on my personal knowledge and experience, discussions with appropriate personnel, and Microsoft's records kept in the ordinary course of business, which I have reviewed. Except where otherwise stated, I have personal knowledge of the following facts, all of which I believe to be true and correct. I am in all ways competent to give this declaration.

2. ***Xbox Live.*** Xbox Live is an online gaming service provided by Microsoft for use with Microsoft Xbox consoles. Subscribers to Xbox Live can connect their Xbox consoles to the Internet to play interactive video games with other Xbox Live subscribers, among other things. Subscribers connect Xbox consoles to televisions or other devices with a viewing screen to play games. To subscribe to Xbox Live and use Xbox Live services, a user must first create a Microsoft account or sign into an existing Microsoft account by providing the email address associated with that Microsoft account. Once the user creates or signs in to a Microsoft account, the user may create an Xbox Live profile within that account, which together are sometimes referred to as an "Xbox Live account." An Xbox Live account must be linked to a Microsoft account, and only one Xbox account may be linked to any given Microsoft account. Users may create a new Microsoft account and an associated Xbox account using an Xbox console, the Xbox app, or an Internet browser.

3. ***Microsoft's account data.*** As part of its regular course of business, Microsoft obtains and stores Microsoft account data. This data may be provided by users when creating their Microsoft account such as, for example, the user's name, their date of birth, and the email address used to create their Microsoft account. Other data Microsoft obtains includes, but is not



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

limited to, the date a user creates their account, the date or dates a user has clicked to agree to the MSA, and the date or dates Microsoft sends email notices to the user of MSA updates. This data is stored in multiple repositories and multiple unique queries are required to pull and review this data.

4. ***Plaintiff's Xbox Live Account.*** I understand that Plaintiff's counsel provided Plaintiff's email address, which was provided to me. I searched for that email address in Microsoft's internal records. That email address is associated with an Xbox Live account registered to a customer named Trevor Hastings and created on November 27, 2007. That Xbox Live account was first associated with an Xbox Series X console in August 2025.

5. ***Xbox Live Terms of Use.*** Before August 1, 2015, Xbox Live users were required to agree to the Xbox Live Terms of Use ("TOU"), which governed the relationship between Microsoft and Xbox Live users at the time, before they could access and use Xbox Live services. Attached to this declaration as **Exhibit 1** is a true and correct copy of the November 2007 Terms of Use, in effect when Plaintiff created his account.

a. ***Xbox Live TOU Acceptance Via the Console.*** If a subscriber decided to accept the Xbox Live TOU while using an Xbox console, the subscriber was required to click "Accept" on a screen that displayed the Xbox Live TOU. In this way, the subscriber had the opportunity to review the full Xbox Live TOU before deciding whether to click "Accept." If the subscriber clicked "Decline," or failed to click either "Accept" or "Decline," Microsoft would not process the registration and the subscriber could not access Xbox Live.

b. ***Xbox Live TOU Acceptance via Personal Computer.*** If the subscriber decided to accept the terms of the Xbox Live TOU while using a personal computer, on the other hand, the subscriber was required to check a box next to the text "I accept the Xbox Live Terms of Use agreement" *and* click "I Accept" on a screen displaying the Xbox Live TOU. Once again, the subscriber had the opportunity to review the full Xbox Live TOU before deciding whether to check the box and click "I Accept." If the



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

subscriber using a personal computer clicked "Cancel," or failed to click the box next to "I accept the Xbox Live Terms of Use agreement," and/or failed to click "I Accept" or instead clicked "Cancel," Microsoft would not process the subscription and the subscriber could not access Xbox Live.

c. ***TOU Updates.*** When Microsoft released new versions of the TOU, existing users automatically were required to accept the new TOU when they next logged into Xbox Live; if they failed to accept the TOU, they could not access or use the Xbox Live service. The acceptance process was the same as described above for new subscriptions: in each instance of a revised TOU, the subscriber had the opportunity to review the revised TOU on the same page as the acceptance button before clicking "I Accept."

6. ***Xbox Live TOU Arbitration Provisions***. The December 2011 updated Xbox Live TOU included an arbitration agreement, providing for individual arbitration of disputes with Microsoft. Attached to this declaration as **Exhibit 2** is a true and correct copy of the December 2011 TOU, which includes the arbitration agreement in Section 18.1. As usual, Xbox Live users were notified of the December 2011 updated terms and required to agree via their personal computer or Xbox console in order to continue accessing the Xbox Live service. Every version of the Xbox Live TOU after December 2011 contained an arbitration agreement and class action waiver.

7. ***Microsoft Services Agreement.*** Effective August 1, 2015, the MSA replaced the Xbox Live TOU as the agreement governing the use of Xbox Live and Xbox Live accounts. I am attaching as **Exhibit 3** a true and correct copy of the August 1, 2015, MSA. Like the TOU before it, the August 1, 2015, MSA contained an arbitration agreement and class action waiver, as well as a conspicuous notice in capitalized letters on the first page alerting customers to the arbitration agreement and identifying where customers may find the arbitration terms (Section 15 of the MSA). Xbox Live subscribers could not access or use the Xbox Live service after August 1, 2015, unless and until they first logged into their accounts and affirmatively accepted the MSA.



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Xbox Live subscribers could agree to the MSA either through their Xbox consoles or their personal computers through the same processes described in Paragraph 5, above. In either scenario, the subscriber had the opportunity to review the full MSA, including the agreement to arbitrate, before deciding whether to click "I Accept" and proceed. As with the Xbox Live TOU in earlier years, a subscriber could not access or use an Xbox Live account or access Xbox Live services without first accepting the MSA.

8. ***Plaintiff's Post-MSA Access to Xbox Live.*** Xbox Live subscribers could not access or use the Xbox Live service after August 1, 2015, unless and until they first logged into their accounts and affirmatively accepted the MSA. The user of the Xbox account associated with Plaintiff's email address played a game on October 17, 2015 at 10:21:14 PM GMT, which occurred after the Xbox Live Terms of Use were replaced by the Microsoft Services Agreement. The user of that Xbox account could not have played that game on October 17, 2015, without first having agreed to the 2015 Microsoft Services Agreement. Microsoft's records show this account remains open and was used as recently as July 17, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on August 20, 2026 at Redmond, WA.

Signed by:
Juliamarie Abbott
2D54F1AA5573438...

Juliamarie Abbott



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# EXHIBIT 1

Xbox LIVE Terms of Use and Privacy Statement

Last updated: November 2007

1. THIS IS A CONTRACT BETWEEN YOU AND MICROSOFT
This is a contract between you and Microsoft Corporation (located at One Microsoft Way, Redmond, WA 98052-6399 United States) or, based on where you live, a Microsoft Corporation affiliate. We will refer to ourselves in this contract as with "Microsoft", "we" or "our." You are an individual person. You must be at least 18 years old and have attained the age of majority in the province, state or country in which you live. The facts you give us must be complete and correct. A printable version of the most current form of this contract is posted on the Xbox.com web site (http://www.xbox.com/live).

This contract covers your use of this service via an original Xbox console, an Xbox 360 console or a personal computer as applicable, and includes any other related services for which you choose to sign up (for example, specific game subscriptions), content and other media (for example, items downloaded from Xbox LIVE Marketplace), software, machines, support, papers, updates or upgrades. We refer to these all as the "Service."

The Service is offered to you conditioned on your acceptance without modification of these terms, conditions, and notices contained herein. By selecting "ACCEPT" below, you are attaching your electronic signature to and agreeing to this contract. You understand that if you do not agree to this contract, you should select "DECLINE", discontinue your registration and refrain from using Xbox LIVE.

Please note that this contract limits our liability and we do not provide warranties for the Service. The contract also limits your remedies. These terms are in Sections 15 and 16 and we urge you to read the terms carefully.

2. ADDITIONAL TERMS
Certain games, content offerings, features, or events available via this Service may contain additional terms, codes of conduct or guidelines that govern use of those games or features or participation in those events (for example, sweepstakes and tournaments). If any terms in this contract conflict with any terms and contained within any particular game, content offering, feature or event, then the terms in this contract shall control. Any dealings with third parties or participation in promotions, sweepstakes and tournaments, and any other terms, conditions, warranties or representations associated with such dealings are solely between you and the third party. We do not endorse and will not be responsible or liable for any aspect of any such dealings.
Some Service features and related services may also be available to you on

http://www.xbox.com/live or Xbox LIVE game-related web sites, and are also subject to the terms and conditions of the applicable web site.

3. HOW AND WHEN YOU MAY USE THE SERVICE
We provide the Service for your personal use. You may not use the Service for commercial purposes or in a way that is against the law. You also may not use it in a way that harms us or our affiliates, resellers, distributors, service providers, partners and/or suppliers (collectively, the "Microsoft Parties"), or any customer of a Microsoft Party. Some examples of harmful activity that we do not permit include: (i) trying to gain access to any account, computers, hardware or networks related to this Service without authorization; (ii) disrupting accounts, computers, hardware or networks related to the Service; (iii) obtaining or trying to obtain any data through any means from the Service, except if we intend to provide or make it available to you; (iv) using the Service or related hardware to obtain any data to design, develop or update unauthorized software that you use or provide to others to access or use in connection with the Service; (v) charging others to use the Service either directly or indirectly; (vi) using or distributing unauthorized cheats, macros or scripts; (vii) exploiting any bug, or making unauthorized modifications to any software or data, in the Service or particular game to gain unfair advantage in a game.

We may tell you about other specific harmful uses in a code of conduct or other notice available through the Service. We have, however, no duty to do so. You will obey any codes of conduct or other notices we provide.
You may start using the Service right after you finish the sign-up process. No withdrawal right or "cooling-off" period applies to the Service, except if the law requires a "cooling-off" period even when your use of a service starts right away.

4. YOU ARE RESPONSIBLE FOR YOUR SERVICE ACCOUNT
You are responsible for all activity under your Service account. You are responsible for keeping confidential any password for your Service account. We may allow you to have additional persons use your Service account and/or have additional member accounts associated to your Service account. We refer to these as "associated accounts." We may limit who may use your Service account or any associated accounts. You must tell us right away about anyone using your account without your consent, or any security breach that relates to the Service.

5. ASSOCIATED ACCOUNT USERS
If you are the user of an associated account, then the holder of the Service account has full control over your associated account. This control includes the right to end the Service, close or alter your associated account at any time, and to request and receive usage information related to your associated account. Any data related to your associated

account is collected and delivered to the holder of the Service account and Microsoft. As an associated account user, this contract applies to you except for the following sections: Section 4 (You Are Responsible for Your Service Account), Section 6 (Charges and Billing); Section 19 (Your Cancellation of Service), and Section 25 (Our Notices to You; Consent Regarding Electronic Information).

You represent that you are the parent or legal guardian of each minor that you allow to use your Service account or associated account. You acknowledge that you are aware that some features of the Service and some content available through the service may contain or expose users to material that is unsuitable for minors, and you agree to supervise usage by minors whom you permit to use the Service. The Service accessed through an original Xbox console is not intended for children under 13. Microsoft offers Family Settings on Xbox 360 that help you limit access to material that may be unsuitable for minors. By applying Family Settings to an associated account at sign-up, you may, among other things, prevent any user of an associated account from making additional purchases, and prevent any user from having access to voice and video chat, which will eliminate the ability of such user to communicate with other users. You may view or revise your Family Settings in the Xbox Dashboard in the System area. If you are interested in learning more about Family Settings, information is available athttp://www.xbox.com/support/familysettings/default.htm. You remain responsible for any material to which a user of your subscription either gains or is denied access as a result of your use or non-use of the Family Settings.

6. CHARGES AND BILLING

6.1 Not Applicable to Some Situations. If you pay us for the Service (either currently or in the future) and/or for additional items and services (e.g., games, downloads, Service upgrades, or other premium features) available for purchase via the Service (collectively for purposes of this Section 6, "Other Items"), and you pay with a designated payment instrument such as a credit card ("Payment Method"), then the terms of this Section 6 apply to you. This Section will also apply to you if your Service is renewed with your Payment Method following the expiration of any current Service term. In some cases, designation of a Payment Method is required when you sign up for the Service or Other Items. Certain Other Items may be provided for a fee paid to a company other than Microsoft, in which case the terms applicable to charges and billing are as set forth by the other company.

6.2 Payment. By entering a designated Payment Method when you sign up or any time after, you will create an online account (your "Billing Account"). You confirm that you are authorized to use the Payment Method. You will pay Microsoft all charges at the prices then in effect for all purchases made using your Billing Account, and you authorize Microsoft to

charge, and you agree to pay using, your designated Payment Method. You will pay for all purchases in advance.

We may charge a different amount from what you approved. If we do, we will tell you the amount and the date of the charge at least 10 days before we make the charge. If your purchase consists of a subscription, we may bill you for more than one of your prior billing periods together. We will not bill you more than once in any billing period for each subscription you purchase. Other purchases (such as a one-time download) will be billed when the purchase is made.

You may tell us to stop using your Payment Method by calling Xbox Customer Support. If you do so, however, we may cancel your Service and/or any Other Items to which you are subscribed. Your notice to us will not affect charges we submit to your Billing Account before we could reasonably act on your request. You must keep all information in your Billing Account accurate and current. You may change your Payment Method at any time. You can access and make changes to your Billing Account in the Account Management section of the Xbox Dashboard, or if you access your Service via an Xbox 360 console, at https://billing.microsoft.com.

6.3 Trial Period Offers. You may have received a limited time of free Service or some other trial period offer for Other Items. If you are participating in any such trial, then unless the terms of the particular subscription state otherwise, you must cancel the applicable Service or Other Item by the end of the trial period to avoid incurring applicable charges to your Payment Method. If you do not cancel the applicable Service or Other Item by the end of the trial period, then you hereby authorize Microsoft to charge your Payment Method. If you do not have a Billing Account, then the applicable subscription will expire at the end of your trial period. However, if you are participating in any Xbox LIVE Gold Membership trial period on an Xbox 360 console, your subscription will continue but will downgrade to a free Xbox LIVE Silver Membership at the end of your Gold membership trial period, regardless of whether you have a Billing Account. In this case, to maintain your Gold membership level, you must either set your Gold membership to automatically renew with a charge to your Payment Method, or you must enter a new Xbox LIVE prepaid card.

6.4 Prices and Price Increases. Prices for the Service and Other Items exclude all taxes and telecommunication charges, unless expressly stated otherwise. To the maximum extent permitted by law, these taxes and charges are your responsibility. Currency exchange settlements are based on your agreement with your Payment Method provider. We may change the pricing of the Service and Other Items from time to time. We will tell you before any change. If there is a specific time length and price for your Service or Other Item offer, then that price will remain in force for that time. Your use of the Service or Other Item after

that time, however, will be charged at the new price. If your Service or Other Item is on a period basis (for example, monthly), with no specific time period, then any price change will start when we say. If you do not agree to these changes, then you must cancel and stop using the Service or Other Item before the changes are in force. If you cancel your Service or Other Item, then unless the terms of your subscription state otherwise, your Service or Other Item ends immediately.

6.5 Subscription Renewal. If you sign up for a Service or Other Item that is a monthly subscription, then unless the terms of that subscription state otherwise, your subscription will automatically and continuously renew from month to month and if it is a subscription that requires payment of a fee, your Payment Method will be charged unless you cancel your subscription prior to the end of that month. If you are subscribed for longer subscription periods (e.g., 3, 6 or 12 months) then unless the terms of that subscription state otherwise, your subscription will automatically and continuously renew for such period and if it is a subscription that requires the payment of a fee, your Payment Method will be charged at prices then in effect. In some cases relating to Service offers or Other Items available on Xbox 360 consoles, you may have the option to create or renew a subscription with a prepaid card instead of your Payment Method. Your Service may be cancelled at the end of your subscription term if you do not have a Billing Account or have not elected to auto-renew your subscription with a charge to your Payment Method, and/or have not entered a prepaid card for purposes of renewing your Service. If you sign up for an Xbox LIVE Gold Membership on an Xbox 360 console using a prepaid card, your subscription will continue but will downgrade to a free Xbox LIVE Silver Membership at the end of your pre-paid Gold membership period, regardless of whether you have a Billing Account. In this case, to maintain your Gold membership, you must set your account to automatically renew with a charge to your Payment Method or you must enter a new prepaid card. If you modify your Service from an original Xbox console to an Xbox 360 console, your Service will automatically renew annually at the then-current annual subscription price following the end of your current Service term (regardless of whether that current Service term is an annual or monthly term).

6.6 Refund Policies. Except as stated otherwise, or as otherwise provided by applicable law, all charges are non-refundable. If you signed up for an annual Service and paid the annual fee with your Payment Method, we may provide you a full refund of the annual fee if you cancel within the first 60 days of your Service. Additional information about refunds is available at http://www.xbox.com/live/accounts/default.htm.

6.7 Billing Statements. Charges on your Billing Account will be summarized for you in e-mail receipt(s) sent to the e-mail address you provided at initial Service sign-up. You agree

that such e-mail receipts are the only statement of your Billing Account that Microsoft needs to provide to you. IT IS YOUR RESPONSIBILITY TO PRINT OR SAVE A COPY OF EACH EMAIL RECEIPT AND TO RETAIN COPIES FOR YOUR RECORDS. If you request a paper copy, we may charge you a retrieval fee. To request a paper copy of an e-mail receipt, call Xbox Customer Support. We will only provide paper copies for the past 120 days. Your inability to view or receive e-mail (e.g. due to your e-mail filter settings) does not extend, or relieve you of, your obligation to pay any amounts owing to Microsoft.
If you sign up to the Service via an Xbox 360 console or personal computer, or modify your Service from an original Xbox console to an Xbox 360 console, then we will also provide you with an online billing statement. Go to https://billing.microsoft.com to view, print or request a paper copy of this statement. If you request a paper copy, we may charge you a retrieval fee. We will only provide paper copies for the past 120 days.

6.8 Errors. If we make an error on your bill, we will correct it promptly after you tell us and we investigate the charge. You must tell us within 120 days after an error first appears on your bill. You release us from all liability and claims of loss resulting from any error that you do not report to us within 120 days after the error first appears on your online statement. If you do not tell us within this time, we will not be required to correct the error. We can correct billing errors at any time.

6.9 Late Payments. We may assess a late charge if you do not pay on time. You must pay these late charges when we bill you for them. The late charge will be the lesser of 1% of the unpaid amount each month or the maximum rate that is permitted by law. We may use a third party to collect past due amounts. These costs include reasonable attorneys' fees and other legal fees and costs. We may suspend of cancel your Service if you fail to pay any amounts due on time.

6.10 Internet Access Service. You are responsible for paying the fees charged by your internet access provider. These fees are in addition to the fees you pay us for the Service.

7. MICROSOFT POINTS
If you are using the Service on an Xbox 360 console or personal computer, you can participate in the Microsoft Points service. Microsoft Points is a service under which you can acquire Points and redeem those Points for certain online services and digital goods. You can see how many Points you have by checking your Points balance at https://billing.microsoft.com. You can obtain selected services or digital goods that we elect to offer in exchange for Points. You can do this by redeeming your Points as indicated in the particular messaging you see for those offers.

You can acquire Points in a variety of ways. For example, you can purchase Points, or certain services may give you Points for using the service or specific features of the service (also known as "reward Points"). You can earn reward Points only for actions you actually complete. You are responsible for any tax consequences that may result from your participation in the Points service.

When you obtain Points, you have obtained a limited license to a digital good. Points have no monetary value. You may not obtain any cash or money in exchange for Points, regardless of how you acquired those Points. Points are not your personal property. Your only recourse for using Points is to obtain the specific online services or digital goods that we offer for Points redemption. We may further restrict your Points redemption offers based on your country of residence. We encourage you to redeem your Points. The existence of a particular offer available for Points redemption is not a commitment by us to maintain or continue to make such offers in the future. The scope, variety and type of online services and digital goods that you may obtain by redeeming Points can change at any time. We have no obligation to continue making offers available for Points redemption.

Reward Points may expire at any time, as set forth in the messaging related to that reward Points promotion. We may cancel, suspend or otherwise limit your access to your Points balance if we suspect fraudulent, abusive or unlawful activity on your Points balance. Once we delete Points from a balance, we will not reinstate them, except at our discretion. When we cancel, suspend or otherwise limit access to your Points balance, your right to use your Points balance immediately ceases. We will use reasonable efforts to investigate Points balances that are subject to access limitations and to reach a final decision on the limitations promptly. In addition, we may limit your use of the Points service, including applying limits to: the number of Points you may have credited to your Points balance at one time, the number of Points you may redeem within a given time period (for example, one day), and the number of reward Points you may obtain per promotion.
If we post Points to your balance for an activity that is subsequently voided, canceled or involves a returned item, then we will remove those Points from your balance. You must ensure that we properly post your Points to your Points balance. If you believe that you have validly acquired Points that we have not posted to your Points balance, then you must contact us within 12 months after the date you claimed to have acquired those Points and we may require reasonable documentation to support your claim.

8. USE OF COMMUNICATION FACILITIES
Your use of the Service is subject to the Code of Conduct. You also agree not to do any of the following while being connected to the Service:
-Defame, abuse, harass, stalk, threaten, or otherwise violate the legal rights (such as rights

of privacy and publicity) of others.
-Publish, distribute, or disseminate any inappropriate, profane, defamatory, infringing, obscene, indecent, or unlawful topic, name, material, file or information.
-Publish, distribute or disseminate any topic, name, material, file or information that incites, advocates, promotes, depicts, constitutes or expresses child pornography, profanity, hatred, bigotry, racism, illegal drug use, gratuitous or graphic violence or criminal or fraudulent activity.
-Create a Gamertag or use text other profile fields that may offend other members. This includes comments that look, sound like, stand for, hint at, abbreviate, or insinuate any of the following: profane words/phrases, sexually explicit language, sexual innuendo, hate speech (including but not limited to racial, ethnic, or religious slurs), illegal drugs/controlled substances, or illegal activities.
-Use the Service or any material or information which is made available through the Service in any manner that infringes any copyright, trademark, patent, trade secret, or other proprietary right of any party.
-Upload files that contain viruses, Trojan horses, worms, time bombs, cancelbots, corrupted files, or any other similar software or programs that may damage the operation of another's original Xbox or Xbox 360 console or other property of another.
-Download or use any material sent or provided by another user of the Service that you know, or reasonably should know, cannot be legally distributed in such manner.
-Advertise or offer to sell or buy any goods or services for any non-personal purpose.
-Use the Service to send, either directly or indirectly, any unsolicited bulk messages or unsolicited commercial communications.
-Use the Service to participate in pyramid schemes or chain letters.
-Harvest or otherwise collect information about others, including e-mail addresses, without their consent.
-Create a false identity for the purpose of misleading others.
-Falsify or delete any author attributions, legal or other proper notices or proprietary designations or labels of the origin or source of software or other material contained in a file that is transferred.
-Make false complaints or provide false feedback about other users of the Service.
-Use, download, or otherwise copy, or provide to a third party (whether or not for a fee) any (i) directory of users of the Service, (ii) information about users of the Service, or (iii) Service usage information.
-Interfere with or disrupt networks connected to the Service or violate the regulations, policies, or procedures of such networks.
-View, intercept, or attempt to intercept private communications not intended for you.

-Violate any relevant law or posted guidelines or codes relating to the use of the Service.
-Provide or offer to provide services for the provision of gambling or wagering.

9. MATERIALS YOU POST OR PROVIDE; COMMUNICATIONS MONITORING
You may be able to submit, post, transmit and share, with us or other users, images, or other materials for use in connection with the Service (each, a "submission"). We do not claim ownership of these submissions. However, by posting or otherwise providing your submission, you are granting to the public permission to use, copy, distribute, display, perform and modify your submission, each for personal and noncommercial use, and each in connection with the Service, and to publish your name, gamertag, or other information you supply in connection with the submission. You also give the public permission to grant this permission to other persons. If the submission is a photograph or other digital image, you also expressly waive any and all rights of privacy and publicity with respect to the image. This section only applies for legally permissible and authorized content, and to the extent that use and publishing of legal content does not breach the law. We will not pay you for your submission. We may refuse to transfer, or we may remove your submission at any time. For each submission, you must have all rights necessary for you to grant the permissions in this section.
You should not expect any level of privacy concerning your use of the live communication features of the Service. These communications may be monitored; however, we cannot monitor the entire Service and make no attempt to do so. You understand that these communications can be recorded and used by others. Some games may utilize game managers and hosts. Game managers and hosts are not authorized Microsoft spokespersons, and their views do not necessarily reflect those of Microsoft.
We do not routinely monitor your use of the messaging features of the Service. However, to the maximum extent permitted by law, we may monitor your messages and may disclose information about you, including contents of messages, if we deem it necessary to: (1) conform to legal requirements or respond to legal process, (2) ensure your compliance with this contract, or (3) protect the rights, property, or interests of Microsoft, its employees, its customers or the public.

10. SOFTWARE; INTELLECTUAL PROPERTY
We and our suppliers grant you a personal, non-exclusive, revocable license to use the software and associated content (e.g., text, images, video, graphics, music, sound) made available to you on this Service only for and during the authorized use of this Service and/or the game or other product to which the software and content relate. You may not copy, download, modify or create derivative works, publish, transmit, sell or attempt to sell or transfer, or otherwise use or exploit any software or associated content unless we or our suppliers have expressly allowed you to do so. Some software and associated content you

may choose to download may be accompanied by an end user license agreement ("EULA") or may indicate specific authorized uses or restrictions (such as the Special Video Content described in Section 11 below), in which case the EULA or those other rights and restrictions will apply.

Copyright and other intellectual property laws and treaties protect the software and content associated with this Service. We or our suppliers own the title, copyright, and other intellectual property rights in the software and content. Such software and content is licensed and not sold, and we and our suppliers reserve all other rights to the software and content not granted herein. You do not have ownership rights to any software or other content made available or accessible on the Service, regardless of how such software and content is used or downloaded.

Except as otherwise set forth herein, the licenses granted you under this section will end on the date your Service ends. We may disable such software after the date the Service terminates. We may automatically check your version of such software and may automatically download upgrades to such software to your computer in order to update, enhance and further develop the Service.

The software is subject to United States export laws and regulations. You must comply with all domestic and international export laws and regulations that apply to the software. These laws include restrictions on destinations, end users and end use. For additional information, see www.microsoft.com/exporting.

11. Special Video Content

11.1 Special Video Content - General Terms.

We may offer certain video content ("Special Video Content") on the Service on (i) a limited time-based video-on-demand basis ("VOD Content") or (ii) an unlimited time, retained license basis ("Retained Rights Content") for your use only via Xbox 360 consoles. The price points and formats for all Special Video Content shall be set forth on the applicable areas of the Service from which the Special Video Content will be made available (the "Special Video Content Pages"). Each license of Special Video Content obtained through the Service is subject to the additional terms and conditions of this Section 11. To the extent that the terms contained in the other Sections of this contract conflict with the terms of this Section 11, the terms of this Section 11 control with respect to any license you obtain for the Special Video Content. Special Video Content may not be available in all territories in which the Service is available. We reserve the right not to offer VOD Content or Retained Rights Content, or both, in any such territory. Except as expressly stated in this Section11, you may not reproduce, distribute, perform, display, create derivative works from or otherwise use the Special Video Content. You may not modify, reverse engineer, reverse compile, decompile or otherwise attempt to derive the source code of any element of the

Special Video Content. You may not attempt to circumvent any copyright protection technology or alter or remove any copyright management information contained in any Special Video Content. All rights to the Special Video Content not expressly granted in this Section 11 are specifically reserved to Microsoft and/or its licensors. Any license you obtain for Special Video Content shall be subject to termination upon the cancellation of the Service in the manner provided in Section 18 below.

11.2 VOD Content
Upon payment of the required fees, we shall grant you a personal, non-exclusive, non-transferable, limited right and license, subject to the terms of this contract, to view and privately display in your residence, for non-commercial purposes, solely on an Xbox 360 console, any VOD Content you obtain via the Service. The initial license to each item of VOD Content is limited in its term and duration to fourteen (14) days from its original date and time of download or twenty-four (24) hours from the start of its initial display and viewing, whichever occurs first (the "VOD Viewing Time"), unless otherwise specified as being limited to a shorter term at the time of purchase. Once a license to an item of VOD Content is obtained, a copy of such VOD Content will be saved to your Xbox 360 console for the VOD Viewing Time. Upon the expiration of the VOD Viewing Time, you will no longer be able to view the VOD Content without obtaining an additional license (provided an additional license is offered on the Service at such time). You may not copy or move the VOD Content from its originally stored location.

11.3 Retained Rights Content
Upon payment of the required fees, we shall grant you, a personal, non-exclusive, non-transferable, limited right and license, subject to the terms of this contract, to view and privately display in your residence, for non-commercial purposes, solely on an Xbox 360 console, any Retained Rights Content you obtain via the Service only for and during your authorized use of the Service. Once a license to an item of Retained Rights Content is obtained, a copy of such Retained Rights Content will be saved to your Xbox 360 console. You shall not be permitted to copy or move the Retained Rights Content from its originally stored location. Although you are not permitted to copy or move the Retained Rights Content from its originally stored location, you will be permitted to download any previously obtained Retained Rights Content from the Service to another Xbox 360 console (a "Roaming Xbox 360 console"), for no additional cost, by logging into the Service, confirming your valid license for the Retained Rights Content, and following any further instructions we may provide for downloading to a Roaming Xbox 360 console. You shall only be permitted to download and playback such Retained Rights Content for as long as you are logged into the Service via such Roaming Xbox 360 console. You may not copy or

move the Retained Rights Content from any Roaming Xbox 360 Console to which it has been downloaded.

12. MICROSOFT AUTHENTICATION NETWORK
We may provide you with credentials on our authentication network to use with the Service. Our authentication network is a multi-purpose authentication Web service that makes it easy for you to sign in to Web sites. You may not use any software or hardware that reduces the number of users directly accessing or using the authentication network (sometimes called "multiplexing" or "pooling" software or hardware). You are solely responsible for any dealings with third parties (including advertisers) who use our authentication network, including the delivery of and payment for goods and services. This contract applies to you whenever you access or use the credentials you obtained with the Service. When you use our authentication network to gain access to any site or service, the terms and conditions for that site or service may also apply to you. Please refer to the terms of use for each site or service that you visit. We may cancel or suspend your access to our authentication network for inactivity, which we define as failing to sign in to our authentication network for an extended period, as determined by us. When we cancel your credentials, your right to use our authentication network immediately ceases, and we may also cancel your Service.

13. PERFORMANCE AND USAGE INFORMATION
13.1 Performance Data. We may automatically upload performance data for evaluating the Service, the software associated with the Service, and/or the console you use to connect to the Service. Such data may include console hardware and operating performance data, and network performance and service quality data. Any software or hardware errors, which may occur while you are connected to Xbox LIVE or offline, may be uploaded and reported. All such data may be stored with the console's unique identifier, and may also be associated with other personally identifiable information. This data will only be used to improve the Xbox and the Xbox LIVE customer experience.

13.2 Usage Data. Additionally, in order to evaluate and enable the features and functions of the Xbox LIVE service, such as leaderboards, achievements, tournaments and gamer profile sharing, you grant Microsoft Parties permission to use, track, store, copy, distribute, broadcast, transmit, publicly display and perform, and reproduce your game scores, your game play sessions, presence on the Service, rankings, statistics, gamer profile, your submissions, and other usage information with or without attribution to your gamertag, and without notice or compensation to you of any kind.

14. SERVICE OPERATION AND EQUIPMENT
The Service may only be accessed with an original Xbox, an Xbox 360 console, a personal computer or by logging into your account via Xbox.com. You agree that you are using

authorized software and hardware to access the Service, and that your software and hardware have not been modified in any unauthorized way (e.g., authorized repairs, upgrades and downloads). Any attempt to disassemble, decompile, create derivative works of, reverse engineer, modify, further sublicense, distribute or use for other purposes either the hardware or software associated with an original Xbox or Xbox 360 console or the Service, is strictly prohibited and may result in cancellation of your account and/or your ability to access the Service, and the pursuit of other legal remedies by Microsoft. Microsoft may take any legal action it deems appropriate against users who violate Microsoft's systems or network security or this contract or any additional terms as described in Section 2 above, and such users may also incur criminal and/or civil liability.

Microsoft reserves complete and sole discretion with respect to the operation of the Service. Microsoft may, among other things: (a) restrict or limit access to the Service; (b) retrieve information from the original Xbox, Xbox 360 console, personal computer and any connected peripheral device used to log onto the Service as necessary to operate and protect the security of the Service, and to enforce this Agreement; and (c) upgrade, modify, withdraw, suspend, or discontinue any functionality or feature of the Service or any game from time to time without notice, which may involve the automatic download of related software directly to your original Xbox, Xbox 360 console or personal computer, and which software may prevent you from accessing the Service, playing pirated games, or using unauthorized peripheral devices.

15. HOW WE MAY CHANGE THIS CONTRACT

If we change this contract, then we will tell you at least 30 days before the change is in force. We will tell you of the change by e-mail or online posting. We may also use other ways that we believe will reach you. If you do not agree to such changes, then you must cancel and stop using the Service before the changes are in force. If you do not stop using the Service, then your use of the Service will continue under the changed contract.

16. WE MAKE NO WARRANTY

We provide the Service "as-is," "with all faults" and "as available." The Microsoft Parties give no express warranties, guarantees or conditions. You may have additional consumer rights under your local laws that this contract cannot change. To the extent permitted by law, we exclude the implied warranties of merchantability, fitness for a particular purpose, workmanlike effort and non-infringement.

17. LIABILITY LIMITATION; YOUR EXCLUSIVE REMEDY

You can recover from the Microsoft Parties only direct damages up to an amount equal to your Service fee for one month. You cannot recover any other damages, including consequential, lost profits, special, indirect or incidental damages.

This limitation applies to:
-any matter related to the Service,
-any matter related to content (including code) on third party Internet sites, third party programs or third party conduct,
-any matter related to viruses or other disabling features that affect your access to or use of the Service,
-any matter related to incompatibility between the Service and other services, software and hardware,
-any matter related to delays or failures you may have in initiating, conducting or completing any transmissions or transactions in connection with the Service in an accurate or timely manner, and
-claims for breach of contract, breach of warranty, guarantee or condition, strict liability, negligence, or other tort to the extent permitted by applicable law.
It also applies even if:
-this remedy does not fully compensate you for any losses, or fails of its essential purpose; or
-Microsoft knew or should have known about the possibility of damages.
Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you. They also may not apply to you because your province or country may not allow the exclusion or limitation of incidental, consequential or other damages.

18. CHANGES TO THE SERVICE; OUR CANCELLATION OF THE SERVICE
We may change the Service or delete or discontinue features, games or other content at any time and for any reason. We may cancel or suspend your Service at any time. Our cancellation or suspension may be without cause and/or without notice. Upon Service cancellation, your right to use the Service stops right away. Once the Service is cancelled or suspended, any data you have stored on the Service may not be retrieved later. Our cancellation of the Service will not alter your obligation to pay all charges made to your Billing Account. If we cancel the Service in its entirety without cause, then we will refund to you, on a pro-rata basis the amount of your payment to Microsoft corresponding to the portion of your Service remaining right before such cancellation.

19. YOUR CANCELLATION OF SERVICE
You may cancel the Service at any time, with or without cause, upon notice to us by calling Xbox LIVE Customer Service. Contact information for your region can be found at http://www.xbox.com/support/contact. If you are participating in any trial period offer, you must cancel the Service by the end of the trial period to avoid incurring charges. Certain Service offers may require cancellation charges, and you will pay all such cancellation

charges as specified in the materials describing such offer. Cancellation of the Service by you will not alter your obligation to pay all charges made to your Billing Account.

20. CHOICE OF LAW AND LOCATION FOR RESOLVING DISPUTES

If this contract is with Microsoft Corporation, then claims for breach of this contract will be subject to the laws of the State of Washington, without reference to conflict of laws principles. If this contract is with a Microsoft affiliate, claims for breach of this contract will be subject to the laws of the place of incorporation for such Microsoft affiliate, without reference to conflict of laws principles. All other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort, will be subject to the laws of your state of residence in the United States, or, if you reside outside the United States, under the laws of the country to which we direct your Service.

If this contract is with Microsoft Corporation, you consent to the exclusive jurisdiction and venue of state or federal courts in King County, Washington, USA for all disputes relating to this contract or the Service. If this contract is with a Microsoft affiliate, you consent to the exclusive jurisdiction and venue of the courts located in the place of incorporation for such Microsoft affiliate for all disputes relating to this contract or the Service. You cannot revoke this consent.

21. INTERPRETING THE CONTRACT

All parts of this contract apply to the maximum extent permitted by law. A court may hold that we cannot enforce a part of this contract as written. If this happens, then we will replace that part with terms that most closely match the intent of the part that we cannot enforce. The rest of this contract will not change. Except as expressly stated herein, this is the entire contract between us regarding your use of the Service, and it supersedes any prior contract or statements regarding your use of the Service. If you have confidentiality obligations related to the Service, those obligations remain in force (for example, you may have been a beta tester). The section titles in the contract do not limit the other terms of this contract.

22. ASSIGNMENT

We may assign this contract, in whole or in part, at any time with or without notice to you. You may not assign this contract, or any part of it, to any other party. Any attempt by you to do so is void. Instead, you may cancel your Service. The other party may then establish a Service account and enter into a contract with us.

23. CLAIMS MUST BE FILED WITHIN ONE YEAR

Any claim related to this contract or the Service must be brought within one year. The one-year period begins on the date when the claim first could be filed. If it is not filed, then that

claim is permanently barred. This applies to you and your successors. It also applies to us and our successors and assigns.

24. YOUR NOTICES TO US
You may notify us by postal mail. Send postal mail notices to Microsoft at Microsoft Corporation Attention: Xbox LIVE Customer Service, One Microsoft Way, Redmond, WA 98052-6399, USA.

25. OUR NOTICES TO YOU; CONSENT REGARDING ELECTRONIC INFORMATION
This contract is in electronic form. There may be other information regarding the Service that the law requires us to send to you. We may send you this information in electronic form. You have the right to withdraw this consent, but if you do, we may cancel your Service. We may provide required information to you (1) via e-mail at the e-mail address you specified when you signed up for your Service; (2) by access to a Microsoft web site that will be designated in an e-mail notice sent to you at the time the information is available; or (3) by access to a Microsoft web site that will be generally designated in advance for such purpose. Notices provided to you via e-mail will be deemed given and received on the transmission date of such e-mail. If you would like a copy of this information or this contract in paper form, you may request one from us. To do so, or to withdraw your consent, call Xbox Customer Support. You must make a request for a paper copy within 120 days after we first provided it to you. If you do not, we may not provide you a paper copy. We may charge a reasonable fee for providing such paper copies.
As long as you access and use the Service, you agree that you will have, or have access to, the necessary software and hardware to receive such notices. If you do not consent to receive any notices electronically, you must stop using the Service.

26. COPYRIGHT AND TRADEMARK NOTICES
All contents of Xbox LIVE are: Copyright © 2005 Microsoft Corporation and/or its suppliers, One Microsoft Way, Redmond, Washington 98052-6399 U.S.A. All rights reserved. Microsoft, Xbox, Xbox 360, Xbox LIVE, the Xbox logos and/or other Microsoft products and services referenced herein may also be either trademarks or registered trademarks of Microsoft. The names of actual companies and products mentioned herein may be the trademarks of their respective owners.

27. NOTICES AND PROCEDURE FOR MAKING CLAIMS OF COPYRIGHT INFRINGEMENT
Pursuant to Title 17, United States Code, Section 512(c)(2), notifications of claimed copyright infringement should be sent to Service Provider's Designated Agent. ALL INQUIRIES NOT RELEVANT TO THE FOLLOWING PROCEDURE WILL RECEIVE NO RESPONSE. Please refer to the Notice and Procedure for Making Claims of Copyright Infringement atwww.microsoft.com/info/cpyrtInfrg.htm for further instructions.

28. LANGUAGE
It is the express wish of the parties that this Agreement and all related documents have been drawn up in English. C'est la volonté expresse des parties que la présente convention ainsi que les documents qui s'y rattachent soient rédigés en anglais.

Microsoft Online Privacy Statement

(last updated: January 2006)

view the privacy notice highlights
Microsoft is committed to protecting your privacy. Please read the Microsoft Online Privacy Statement below and also any supplemental information listed to the right for additional details about particular Microsoft sites and services that you may use.

This Microsoft Online Privacy Statement applies to data collected by Microsoft through the majority of its Web sites and services, as well as its offline product support services. It does not apply to those Microsoft sites, services and products that do not display or link to this statement or that have their own privacy statements.

Collection of Your Personal Information
In order to access some Microsoft services, you will be asked to sign in with an e-mail address and password, which we refer to as your credentials. In most cases, these credentials will be part of the Microsoft Passport Network, which means you can use the same credentials to sign in to many different Microsoft sites and services, as well as those of select Microsoft partners. By signing in on one Microsoft site or service, you may be automatically signed into other Microsoft sites and services. If you access our services via a mobile phone, you may also use your telephone number and a PIN as an alternative credential to your username and password. As part of creating your credentials, you may also be requested to provide questions and secret answers, which we use to help verify your identity and assist in resetting your password, as well as an alternate email address. Some services may require added security, and in these cases, you may be asked to create an additional security key. Finally, a unique ID number will be assigned to your credentials which will be used to identify your credentials and associated information.

At some Microsoft sites, we ask you to provide personal information, such as your e-mail address, name, home or work address or telephone number. We may also collect demographic information, such as your ZIP code, age, gender, preferences, interests and favorites. If you choose to make a purchase or sign up for a paid subscription service, we will ask for additional information, such as your credit card number and billing address, that is used to create a Microsoft billing account.

We may collect information about your visit, including the pages you view, the links you click and other actions taken in connection with Microsoft sites and services. We also collect certain standard information that your browser sends to every website you visit, such as your IP address, browser type and language, access times and referring Web site addresses.

When you receive newsletters or promotional e-mail from Microsoft, we may use web beacons (described below), customized links or similar technologies to determine whether the e-mail has been opened and which links you click in order to provide you more focused e-mail communications or other information.

In order to offer you a more consistent and personalized experience in your interactions with Microsoft, information collected through one Microsoft service may be combined with information obtained through other Microsoft services. We may also supplement the information we collect with information obtained from other companies. For example, we may use services from other companies that enable us to derive a general geographic area based on your IP address in order to customize certain services to your geographic area.

Use of Your Personal Information

Microsoft collects and uses your personal information to operate and improve its sites and deliver the services or carry out the transactions you have requested. These uses may include providing you with more effective customer service; making the sites or services easier to use by eliminating the need for you to repeatedly enter the same information; performing research and analysis aimed at improving our products, services and technologies; and displaying content and advertising that are customized to your interests and preferences.

We also use your personal information to communicate with you. We may send certain mandatory service communications such as welcome letters, billing reminders, information on technical service issues, and security announcements. Some Microsoft services, such as MSN Hotmail, may send periodic member letters that are considered part of the service. We may also occasionally send you product surveys or promotional mailings to inform you of other products or services available from Microsoft and its affiliates.

Personal information collected on Microsoft sites and services may be stored and processed in the United States or any other country in which Microsoft or its affiliates, subsidiaries or agents maintain facilities, and by using a Microsoft site or service, you consent to any such transfer of information outside of your country. Microsoft abides by the

safe harbor framework as set forth by the U.S. Department of Commerce regarding the collection, use, and retention of data from the European Union.

Sharing of Your Personal Information
Except as described in this statement, we will not disclose your personal information outside of Microsoft and its controlled subsidiaries and affiliates without your consent. Some Microsoft sites allow you to choose to share your personal information with select Microsoft partners so that they can contact you about their products, services or offers. Other sites, such as MSN, do not share your contact information with third parties for marketing purposes, but instead may give you a choice as to whether you wish to receive communications from Microsoft on behalf of external business partners about a partner's particular offering (without transferring your personal information to the third party). See the Communication Preferences section below for more information.

Some Microsoft services may be co-branded and offered in conjunction with another company. If you register for or use such services, both Microsoft and the other company may receive information collected in conjunction with the co-branded services.

We occasionally hire other companies to provide limited services on our behalf, such as handling the processing and delivery of mailings, providing customer support, hosting websites, processing transactions, or performing statistical analysis of our services. Those companies will be permitted to obtain only the personal information they need to deliver the service. They are required to maintain the confidentiality of the information and are prohibited from using it for any other purpose.

We may access and/or disclose your personal information if we believe such action is necessary to: (a) comply with the law or legal process served on Microsoft; (b) protect and defend the rights or property of Microsoft (including the enforcement of our agreements); or (c) act in urgent circumstances to protect the personal safety of users of Microsoft services or members of the public.

Accessing Your Personal Information
You may have the ability to view or edit your personal information online. In order to help prevent your personal information from being viewed by others, you will be required to sign in with your credentials (e-mail address and password). The appropriate method(s) for accessing your personal information will depend on which sites or services you have used.

Microsoft.com - You can access and update your profile on microsoft.com by visiting the Microsoft.com Profile Center.
Microsoft Billing and Account Services - If you have a Microsoft Billing account, you can add to or update your information at the Microsoft Billing website by clicking on the

"Personal Information" or "Billing Information" links.
Microsoft Connect - If you are a registered user of Microsoft Connect, you can access and edit your personal information by clicking Manage Your Connect Profile at the Microsoft Connect website.
MSN & Windows Live - If you have used MSN or Windows Live services, you can update your profile information, change your password, view the unique ID associated with your credentials, or close certain accounts by visiting MSN / Windows Live Account Services.
MSN Public Profile - If you have created a public profile on MSN, you may also edit or delete information in your public profile by going to the MSN Member Directory.
MSN Keyword Advertising - If you buy MSN Keyword advertising, you can review and edit your personal information at the MSN adCenter website.
Microsoft Partner Programs - If you are registered with Microsoft Partner Programs, you can review and edit your profile by clicking Manage Your Account on the Partner Program website.
Xbox - If you are an Xbox Live or Xbox.com user, you can access and edit your personal information on the My Xbox page on Xbox.com or on your console by selecting Privacy Settings under Edit Gamer Profile on Xbox 360, or selecting the Info Sharing option in Account Management for the Original Xbox Live dashboard.
Some Microsoft sites or services may collect personal information that is not accessible via the links above. However, in such cases, you may be able to access that information through alternative means of access described by the service. Or you can write us by using our Web form and we will contact you within 30 days regarding your request.

Communication Preferences
You can stop the delivery of future promotional e-mail from Microsoft sites and services by following the specific instructions in the e-mail you receive.

You may also have the option of proactively making choices about the communications you receive from particular Microsoft sites or services by visiting and signing into the following pages:

The Microsoft.com Profile Center allows you to choose whether you wish to receive marketing communications from Microsoft.com, to select whether Microsoft.com may share your contact information with selected third parties, and to subscribe or unsubscribe to newsletters about our products and services.
The MSN & Windows Live Communications Preferences page allows you to choose whether you wish to receive marketing material from MSN or Windows Live. You may subscribe and unsubscribe to MSN Newsletters by going to the MSN Newsletters website.
If you have an Xbox.com or Xbox Live account, you can set your contact preferences and

choose whether to share your contact information with Xbox partners on the My Xbox page on Xbox.com or on your console by selecting Privacy Settings under Edit Gamer Profile on Xbox 360, or selecting the Info Sharing option in Account Management for the Original Xbox Live dashboard..

If you are registered with Microsoft Partner Programs, you can set your contact preferences or choose to share your contact information with other Microsoft partners by clicking Manage Your Account on the Partner Program website.

These communication choices do not apply to mandatory service communications that are considered part of certain Microsoft services, which you may receive periodically unless you cancel the service.

Security of Your Personal Information

Microsoft is committed to protecting the security of your personal information. We use a variety of security technologies and procedures to help protect your personal information from unauthorized access, use, or disclosure. For example, we store the personal information you provide on computer systems with limited access, which are located in controlled facilities. When we transmit highly confidential information (such as a credit card number or password) over the Internet, we protect it through the use of encryption, such as the Secure Socket Layer (SSL) protocol.

If a password is used to help protect your accounts and personal information, it is your responsibility to keep your password confidential. Do not share this information with anyone. If you are sharing a computer with anyone you should always choose to log out before leaving a site or service to protect access to your information from subsequent users.

Collection and Use of Children's Personal Information

Many Microsoft sites and services are intended for general audiences and do not knowingly collect any personal information from children. When a Microsoft site does collect age information, and users identify themselves as under 13, the site will either block such users from providing personal information, or will seek to obtain consent from parents for the collection, use and sharing of their children's personal information. We will not knowingly ask children under the age of 13 to provide more information than is reasonably necessary to provide our services.

Please note that if you grant consent for your child to use Microsoft services, this will include such general audience communication services as e-mail, instant messaging, and online groups, and your child will be able to communicate with, and disclose personal information to, other users of all ages. Parents can change or revoke the consent choices previously made, and review, edit or request the deletion of their children's personal

information. For example, on MSN and Windows Live, parents can visit Account Services, and click on "Permission for kids." If we change this privacy statement in a way that expands the collection, use or disclosure of children's personal information to which a parent has previously consented, the parent will be notified and we will be required to obtain the parent's additional consent.

If you have an MSN Premium, MSN Plus, or MSN 9 Dial-Up account, you can choose to set up MSN Parental Controls for the other users of that account. Please read the supplemental information for MSN Premium for further information. We also offer an area that is specifically designed for children at http://kids.msn.com/ which has a special privacy statement that informs children and parents about the MSN Kids area, describes the additional privacy protections provided in this area, and provides children with tips on how to protect themselves online.

We encourage you to talk with your children about communicating with strangers and disclosing personal information online. You and your child can visit our online safety resources for additional information about using the Internet safely.

Use of Cookies
Microsoft Web sites use "cookies" to enable you to sign in to our services and to help personalize your online experience. A cookie is a small text file that is placed on your hard disk by a Web page server. Cookies contain information that can later be read by a web server in the domain that issued the cookie to you. Cookies cannot be used to run programs or deliver viruses to your computer.

Microsoft Web sites use cookies to store your preferences and other information on your computer in order to save you time by eliminating the need to repeatedly enter the same information and to display your personalized content and appropriate advertising on your later visits to these sites.

When you sign in to a site using your credentials, the Microsoft Passport Network stores your unique ID number, and the time you signed in, in an encrypted cookie on your hard disk. This cookie allows you to move from page to page at the site without having to sign in again on each page. When you sign out, these cookies are deleted from your computer. The Passport Network also uses cookies to improve the sign in experience. For example, your e-mail address may be stored in a cookie that will remain on your computer after you sign out. This cookie allows your e-mail address to be pre-populated, so that you will only need to type your password the next time you sign in. If you are using a public computer or do not otherwise want this information to be stored, you can select the appropriate radio button on the sign-in page, and this cookie will not be used.

You have the ability to accept or decline cookies. Most Web browsers automatically accept cookies, but you can usually modify your browser setting to decline cookies if you prefer. If you choose to decline cookies, you may not be able to sign in or use other interactive features of Microsoft sites and services that depend on cookies.

Use of Web Beacons
Microsoft Web pages may contain electronic images known as Web beacons - sometimes called single-pixel gifs - that may be used to assist in delivering cookies on our sites and allow us to count users who have visited those pages and to deliver co-branded services. We may include Web beacons in promotional e-mail messages or our newsletters in order to determine whether messages have been opened and acted upon.

Microsoft may also employ Web beacons from third parties in order to help us compile aggregated statistics and determine the effectiveness of our promotional campaigns. We prohibit Web beacons on our sites from being used by third parties to collect or access your personal information.

Finally, we may work with other companies that advertise on Microsoft sites to place Web beacons on their sites in order to allow us to develop statistics on how often clicking on an advertisement on a Microsoft site results in a purchase or other action on the advertiser's site.

Use of Third Party Ad Networks
The majority of the online banner advertisements you see on Microsoft Web pages are displayed by Microsoft. However, we allow other companies, called third-party ad servers or ad networks, to display advertisements on Microsoft Web pages. Some of these ad networks may place a persistent cookie on your computer in order to recognize your computer each time they send you an online advertisement. In this way, ad networks may compile information about where you, or others who are using your computer, saw their advertisements and determine which ads are clicked on. This information allows an ad network to deliver targeted advertisements that they believe will be of most interest to you. Microsoft does not have access to the cookies that may be placed by the third-party ad servers or ad networks.

Microsoft maintains relationships with a number of the third-party ad networks currently operating such as: Avenue A; BlueStreak; DoubleClick; Mediaplex; Pointroll; RealMedia; TangoZebra; and Unicast. Those ad networks that use persistent cookies may offer you a way to opt out of ad targeting. You may find more information at the Web site of either the individual ad network or the Network Advertising Initiative.

Controlling "Spam" or Unsolicited E-mail

Microsoft is concerned about controlling unsolicited commercial e-mail, or "spam." Microsoft has a strict Anti-Spam Policy prohibiting the use of a Hotmail or other MSN e-mail account to send spam. Microsoft will not sell, lease or rent its e-mail subscriber lists to third parties. While Microsoft continues to actively review and implement new technology, such as expanded filtering features, there is no currently available technology that will totally prevent the sending and receiving of unsolicited e-mail. Using tools such as the Inbox Protector and being cautious about the sharing of your e-mail address while online will help reduce the amount of unsolicited e-mail you receive.

TRUSTe Certification

Microsoft is a member of the TRUSTe Privacy Program. TRUSTe is an independent, non-profit organization whose mission is to build trust and confidence in the Internet by promoting the use of fair information practices. Because we want to demonstrate our commitment to your privacy, we have agreed to disclose our information practices and have our privacy practices reviewed for compliance by TRUSTe. The TRUSTe program covers only information that is collected through Microsoft's Web sites, and does not cover information that may be collected through software downloaded from such sites.

Enforcement of This Privacy Statement

If you have questions regarding this statement, you should first contact us by using our Web form. If you do not receive acknowledgement of your inquiry or your inquiry has not been satisfactorily addressed, you should then contact http://www.truste.org/consumers/watchdog_complaint.php. TRUSTe will serve as a liaison with Microsoft to resolve your concerns.

Changes to This Privacy Statement

We will occasionally update this privacy statement to reflect changes in our services and customer feedback. When we post changes to this Statement, we will revise the "last updated" date at the top of this statement. If there are material changes to this statement or in how Microsoft will use your personal information, we will notify you either by prominently posting a notice of such changes prior to implementing the change or by directly sending you a notification. We encourage you to periodically review this statement to be informed of how Microsoft is protecting your information.

Contacting Us

Microsoft welcomes your comments regarding this privacy statement. If you have questions about this statement or believe that we have not adhered to it, please contact us by using our Web form.

Microsoft Privacy, Microsoft Corporation, One Microsoft Way, Redmond, Washington 98052 - 425-882-8080

To find the Microsoft subsidiary in your country or region, see http://www.microsoft.com/worldwide/.

© 2007 Microsoft Corporation. All rights reserved. Anti-Spam Policy

Note that this page is a supplement to the Microsoft Online Privacy Statement. In order to understand the data collection and use practices relevant for a particular site or service, you should read both the Microsoft Online Privacy Statement and any applicable supplement.

Xbox LIVE, Games for Windows - LIVE and Xbox.com Privacy Supplement

last updated: March 2007

Gamertags and Nicknames

When you create a LIVE account for use with Xbox or Games for Windows, you will be asked to create a gamertag. You also may be allowed to pick separate nicknames to use in-game. These gamertags and nicknames will be shown to other players when you are signed in to the LIVE service for use with Xbox or Games for Windows (the "Service") and may be displayed with your game stats and presence status as displayed in-game, via Windows Live Messenger and/or on the Web. Since these names may be publicly displayed, you should not use your personal information when creating them. You may also have the opportunity to add attachments such as of photos, graphics, text, or audio to your stats information. If you do this, those attachments will be able to be viewed or heard by other users of the service.

Service Statistics

We may collect information about your usage of the Service. This information can include such activities as: times you sign-in to and sign-off from the Service; games that you have played on the Service; content you purchase on the Service; and game score statistics. If you use an Xbox 360 console that includes a storage device (hard drive or memory unit), and if you play offline or have never signed-in to the Service, usage data will be stored on the storage device of your Xbox console and sent to Microsoft the next time you sign in to the Service. However, in the Xbox LIVE Dashboard, you can delete this information from your storage device prior to connecting to the Service, or block it from being displayed to

other users. When your Xbox is connected to the Internet, Microsoft is able to identify which Xbox console and which version of the Xbox Dashboard you are currently using. In addition, when accessing the Service via a personal computer, Microsoft will collect information about the LIVE software version you are using. This information is used specifically for the purpose of alerting Microsoft to provide you with appropriate auto-updates and to protect the security of the Service.

Anti-Cheating

In order to create a fair gaming experience for all users by detecting cheating, Microsoft will periodically collect the following information about your computer when you sign on to the Service via a personal computer for Games for Windows: your IP address, operating system and LIVE software version and other non-personally identifiable operating system and driver state information. In addition, Microsoft may also collect information about other software running on your computer that, based on Microsoft's analysis, is suspected to be software used for cheating and cheat reports generated by the LIVE software consisting of identification of suspected cheating software, your LIVE-enabled game software's product key, network performance data associated with your use of the Service and between you and other users of LIVE-enabled games, and crash information about the LIVE software. Microsoft will use this information to protect the security of the Service and may take enforcement action against your LIVE account; however, we will not use this information in any way which disables any other software running on your computer

Online Presence

If you are a subscriber of the Service, your gamertag, nicknames and statistics such as high scores will be visible to other subscribers through the Service, via Windows Live Messenger and on the Xbox.com Web site. Other data such as your gamer picture, motto, country, additional statistics, such as the games you play, and your online presence, may be available to other subscribers; however you can opt-out of sharing this data, or limit it to those on your friends list. If you use Xbox 360 or your personal computer, your gamertag will be automatically linked with your authentication network credentials so that when you sign into Xbox.com, Bungie.net, or other related gaming sites, your experience will be personalized and you will have access to additional features. If you use the original Xbox, you will have the opportunity to manually link your gamertag to your authentication network credentials in the My Xbox section of the Web site. The linkage between your gamertag and Windows LIVE ID may be also shared with 3rd party game sites in order for those sites to provide you with a personalized experience when you sign in.

Accessing your Information

Whether you access the Service from an Xbox console or via your personal computer, you can view or edit your personal information, or change your contact and data sharing preferences, at any time on the My Xbox page on Xbox.com. You may also update your information by selecting Privacy Settings under Edit Gamer Profile for an Xbox 360, or selecting the Info Sharing option in Account Management for the Original Xbox LIVE Dashboard. You can cancel your account to the Service by calling Customer Support at 1-800-4MY-XBOX.

Family Settings and Parental Consent

If you have children that use the Service, you can choose to set up child accounts during account creation using the Family Settings features. Children's usage information, such as games played, download history, and friends list, may be made available to the owner of the parent account associated with the child. Owners of the associated parent accounts can use the default settings for child accounts or can customize the level of restrictions for each child account.

Children under the age of 13 cannot create an account for the Service without parental consent. Account creation, which enables the use of the Service and certain Xbox.com features, will require the owner of the associated parent account to consent to the collection of information about the child. This will involve the collection and verification of a credit card number in order to help determine that the owner of that parent account is an adult. Under Family Settings in the Xbox LIVE Dashboard or via Xbox.com for the personal computer, parents can change or revoke the consent choices previously made, and review, edit or request the deletion of their children's personal information. We will not knowingly ask children under the age of 13 to provide more information than is reasonably necessary to provide our services. If we change this privacy statement in a way that expands the collection, use or disclosure of a child's personal information for which the parent has previously consented, the parent will be notified and we will obtain the parent's additional consent prior to implementing the change with respect to that child.
© 2007 Microsoft Corporation. All rights reserved.



©2007 Microsoft Corporation. All Rights Reserved

# EXHIBIT 2

# Xbox LIVE Terms of Use

Updated November 2011
Effective December 2011

Related Links

- Xbox.com Terms of Use
- Code of Conduct

Thank you for choosing Microsoft!

**Please note we do not provide warranties for the Service. This contract also limits our liability. These terms are in Sections 15 and 16. We ask that you read them carefully.**

**IF YOU LIVE IN THE UNITED STATES, SECTION 18.1 AND ITS SUBSECTIONS, CONTAIN A BINDING ARBITRATION CLAUSE AND CLASS ACTION WAIVER. THEY AFFECT YOUR RIGHTS CONCERNING THE RESOLUTION OF ANY "DISPUTE" (AS DEFINED IN SECTION 18.1.1 ) BETWEEN YOU AND MICROSOFT. PLEASE READ IT.**

Please read this contract carefully. This contract governs your use of Xbox LIVE, Games for Windows Live, Zune, and Windows Phone Marketplace services or software that display or link to this contract (including marketplace services provided under the brand of a Windows Phone device manufacturer), including services or software that allow you to stream, download, view or use certain digital content, such as music, video, games, mobile applications and other content that Microsoft makes available from time to time (the "Service"). The Service may be accessed from the Xbox 360 console, a personal computer, Windows Phone 7.x mobile phone, portable media player, other devices authorized by Microsoft (each an "Authorized Device"), or the World Wide Web. Microsoft may update this contract by posting new terms and conditions. If you do not agree to the changes, you must stop using the Service. Your continued use of the Service is your acceptance of the changed contract, except that Section 18.1.11 permits you to reject changes to Section 18.1 (arbitration agreement) within 30 days of the change. If you use or receive software from us as part of the Service, its use is governed by one of two sets of license terms: If you're presented with a license for the software, the terms of that license apply; if no license is presented to you, the terms of this contract apply. You can view the most current version of this contract by clicking the "Terms of Use" link at the bottom of the web page. Your use of certain parts of the Service may be subject to additional guidelines, posted notices or codes of conduct. These are incorporated by reference into this contract.

**1. What the Contract Covers.**

This is a contract between you and the Microsoft company listed in Section 19 ("Microsoft," "we," "us," or "our") for use of the Service. Sections 1-5 and 8-20 apply across the Service. Sections 6 and 7 only apply if the Service involves payments to or from Microsoft. Sections 21-23 only apply if you use the Services identified in those Sections. Some of these Services may not be fully available in your country or region or on your device.

By creating an account or otherwise accepting this contract, you represent that you are at least 18 years old or have reached the age of "majority" where you live. Your parent or legal guardian must set up an account on your behalf and accept this contract if you are under 18 or have not reached the age of "majority". You can use your Windows Live ID to register for the Service. A Windows Live ID will be automatically created for you if you do not have one. However, an automatically created Windows Live ID will only function with the Service. If you wish to use it for other Microsoft services, you must also agree to the applicable terms of use or terms of service for a general-purpose Windows Live ID.

**2. Additional Terms.**

Certain games, content offerings, features, services or events (for example, sweepstakes and tournaments) that are available via the Service ("Third-Party Features") may contain additional terms, codes of conduct, or guidelines that govern your use of those Third-Party Features ( collectively "Additional Terms"). Any dealings between you and such a third party are solely

between you and the third party. Except as otherwise provided herein, the Additional Terms govern your use of the Third-Party Features. We do not endorse and are not responsible or liable for any aspect of any such dealings. Moreover, the Additional Terms do not apply to the Service or to your legal relationship with Microsoft. The terms in this contract limiting our liability also apply to your use of Third-Party Features to the extent that such terms are not covered in the Additional Terms. Nothing in any Additional Terms increases our liability or changes your relationship with us. Certain Third-Party Features may not be available for use by people under a certain age. Please review the privacy controls provided by Third-Party Features and be aware that those controls affect how you share your personal information when using that Third-Party Feature.

**3. Using the Service.**

You must comply with this contract, all applicable laws, and the Microsoft Anti-spam Policy ( http://go.microsoft.com/fwlink/?LinkId=117951) when using the Service. You must also obey any policies, codes of conduct and notices we provide, including the Code of Conduct ( http://www.xbox.com/legal/codeofconduct and its successors) ("Code of Conduct"). You agree that the Service is only for your personal use, and you will not use the Service, any content available on the Service, or your account, for any commercial purpose. You may be unable to use the Service outside the country associated with your account ("Territory").

You must not use the Service to harm others or the Service. For example, you must not:

- use the Service to harm, threaten, or harass another person, organization, or Microsoft;
- damage, disable, overburden, or impair the Service (or any network or Authorized Device connected to the Service);
- resell or redistribute any part of the Service or access to the Service;
- use or attempt to use any unauthorized means to modify, reroute, or gain access to the Service;
- use any automated process or service (such as a bot, a spider, periodic caching of information stored by Microsoft, or metasearching) to access or use the Service, or to copy or scrape data from the Service;
- obtain (or try to obtain) any data from the Service or related hardware, except the data that we intend to make available to you; or
- use the Service or related hardware to design, develop, or update unauthorized software.

**4. Your Service Account, Associated Accounts and Accounts from Third Parties.**

Except as provided in this Section, only you may use your Service account. You must keep your accounts and passwords confidential and not authorize any third party to access or use the Service on your behalf unless we provide an approved mechanism for that. You must contact Customer Support immediately if you suspect misuse of your accounts or any security breach in the Service. For some parts of the Service, you may be able to set up additional accounts that are dependent on your account ("associated accounts"). You are responsible for all activity that takes place with your Service account and any associated accounts. We may limit who may use your Service account or any associated accounts or the number of devices from which you may access the Service.

If you allow or enable a minor to use your Service account or an associated account, then:

- You represent that you are the parent or legal guardian of such minor;
- You acknowledge that some features of the Service, and some content available through the Service, may contain or expose users to material that is unsuitable for minors. You agree to supervise usage by minors whom you permit or enable to use the Service. The Service is not intended for use by children under 13 without adult supervision;
- You acknowledge that we offer "Parental Controls" to help you restrict purchases and limit access to material that may be unsuitable for minors. For example, we offer "Family Settings" on the Xbox 360 console and on the Service. You may view or revise your Parental Controls by logging into your account on http://www.xbox.com. Additional information about Parental Controls is available at http://www.xbox.com/support; and
- You are responsible for any material that a user of your Service account accesses or is denied access to (including as a result of your use or non-use of Parental Controls). You acknowledge that use of Parental Controls is not a substitute for your personal supervision of minors that use your Service account.

If you use an associated account, you acknowledge that the holder of the Service account has full control over your associated account. This control includes the right to: (i) end the Service; (ii) close or alter your associated account at any time; (iii) access and modify Parental Controls for your associated account; and (iv) receive notices from us. In some cases, this control also includes the control of purchasing options from your associated account and the ability to request and receive device and Service usage information related to your associated account. We collect profile, usage and activity data related to your associated account and deliver it to the

Service account holder. If you are an associated account user, this contract applies to your use of the Service, except for the following Sections: 4 (excluding this paragraph); 6 (If You Pay Microsoft); and Section 18.6 (Notices to Parties).

**5. Internet Access May Be Required.**

To access the Service by means of a cellular data connection on a portable device (such as a Windows Phone), you will need a data access plan from your wireless carrier. In order to access the Service via WiFi or Internet connection, you will need a compatible device, software, browser and Internet access. You may incur charges related to Internet access and data transfer for such uses. Microsoft may change the requirements for accessing the Service from time to time and you are responsible for adhering to the requirements. If you do not agree with the changes, you must cancel and stop using the Service.

**6. Payment.**

**6.1 Charges.**

If there is a charge associated with a Service, you agree to pay that charge. Prices for the Service exclude all applicable taxes and currency exchange settlements, unless stated otherwise. You may still incur charges incidental to using the Service even if the service itself is free. For example, charges for Internet access, text messaging, or other data transmission. You are solely responsible for the payment of such taxes or other charges related to your use of the Service.

**6.2. Your Billing Account.**

You must provide a payment method at the time you sign up for a Service. You can access and modify your billing account information (including changing your payment method) on the Billing and Account Management website (https://billing.microsoft.com). You agree to keep your billing account information current at all times. We may cancel your Service if we do not receive payment from you. Changes made to your billing account will not affect charges we submit to your billing account before we reasonably could act on your request.

**6.3. Billing.**

By providing Microsoft with a payment method, you: (i) represent that you are authorized to use the payment method that you provided; (ii) authorize Microsoft to charge you for the Service using your payment method; and (iii) authorize Microsoft to charge you for any paid feature of the Service that you choose to sign up for or use while this contract is in force. We may bill you: (a) in advance; (b) at the time of purchase; (c) shortly after purchase; or (d) on a recurring basis for subscription Services. We may charge you up to the amount you've approved. We will notify you in advance of any prices changes for recurring subscription Services. We may bill you for more than one of your prior billing periods at the same time.

**6.4 Automatic Renewal.**

We may automatically renew your Service (provided that automatic renewals are allowed in your country) at the then current price for the Service. We will inform you by e-mail prior to the renewal and remind you that your designated payment method will be billed. We will also provide you with instructions on how to cancel the Service. You must cancel the Service (see Section 6.10 below) prior to the renewal date to avoid being billed for the renewal.

**6.5. Online Statement and Errors.**

We will provide you with an online billing statement on the Billing and Account Management website (https://billing.microsoft.com), where you can view and print your statement. If we make an error on your bill, you must tell us within 120 days after the error first appears on your bill. We will then promptly investigate the charge. Subject to applicable laws, if you do not tell us within that time, you release us from all liability and claims of loss resulting from the error and we will not be required to fix the error or provide a refund. If we identify a billing error, we will either fix that error within 60 days or notify you that the correction will take longer.

**6.6. Cooling Off Period.**

We may begin to provide the Service immediately when you request a Service from us. There is no cancellation or "cooling off" period, except if required by law. You may cancel the Service as provided in Section 6.10.

**6.7. Trial Period Offers.**

If you are participating in any trial period offer, you must cancel the Service by the end of the trial period to avoid incurring new charges unless we notify you otherwise. If you do not cancel your Service and we have told you the service will convert to a paid subscription at the end of the trial period, you authorize us to charge you for the Service.

**6.8. Price Changes.**

We reserve the right to change our prices at any time. We will notify you at least 30 days in advance if we change the price of the Service. Any price change will be effective at the next renewal or billing period for your Service. If you do not agree to the price change, you must cancel and stop using the Service before the price change takes effect. If you cancel, your Service ends at the end of your current service period or, if we bill your account on a periodic basis, at the end of the period in which you canceled.

**6.9. Refund Policies.**

All sales are final and nonrefundable unless otherwise provided by law or by a particular Service offer.

**6.10. Canceling the Service.**

You may cancel the Service at any time, with or without cause. Go to the Billing and Account Management website (https://billing.microsoft.com) for information and direction on how to cancel your Service. You should also review the offer describing the Service as: (i) you may not receive a refund at the time of cancellation; (ii) you may be required to pay cancellation fees; and (iii) you may be required to pay all charges made to your account for the Service prior to the date of cancellation.

**6.11. Late Payments.**

To the extent permitted by law, you must pay for all reasonable costs we incur to collect any past due amounts, including reasonable attorneys' fees and other legal fees and costs. **We reserve the right to suspend or cancel the Service if we do not receive an on time, full payment from you.**

**6.12. Internet Access Service.**

If the Service doesn't include Internet access, you're responsible for paying the fees charged by your Internet access provider. Those fees are in addition to the fees you pay us for the Service.

The rest of this Section 6.12 applies only if your Service includes Internet access. This Service may not be available in your country or region. If you use a dial-up modem, you may incur toll, roaming, or other access charges, depending on the number you are calling and from where you are calling. You should check with your local telephone company first to determine if the number you plan to use will incur such charges. You may still incur charges, depending on your local provider, calling location, and phone plan even if we suggest a phone number for you to call. We will not reimburse you for such charges.

**7. Payments to You.**

Your right to any payment due under a Service depends on your promptly providing us with all information we require to properly make the payment. Subject to applicable laws, you must provide us with the information we request before your right to receive the payment accrues. You are responsible for the accuracy of the information you provide and for any taxes and charges you may incur. You must also comply with any other conditions we place on your right to any payment. If you receive a payment in error, we may reverse or seek return of the payment. You will cooperate with us in our efforts to do this. We may also reduce your account balance without notice to adjust for the previous overpayment.

**8. Available Content.**

The Service may consist of specific content, features and functions that vary depending on your Territory and the type of device from which you access the Service. For example, the Service may include access to music, video, games, or mobile applications that are available in certain countries or for certain devices only.

Some content available in the Service may be unavailable from time to time or may only be offered for a limited time due to contractual or other limitations. As such, you may not be able to re-download or re-stream certain content that you have purchased. We have no obligation to provide a re-download or replacement of any content previously purchased. To the extent we receive information from the content owners indicating the date their content will be unavailable, we will endeavor to share this information with you.

Your ability to access the Service and obtain certain content is restricted to your Territory. If you change your account to a different Territory, you may not be able to re-download or re-stream content that was available to you in your previous Territory. You may be required to purchase and pay for content in your new Territory even though you have already paid for that content in the previous Territory.

**9. Your Content.**

We do not claim ownership of the content you provide on the Service. Your content remains your content. We do not control, verify, or endorse the content that you and others make available on the Service.

You control who may access your content. If you share content in public areas of the Service or in shared areas available to others you have chosen, then anyone you have shared content with may use that content. When you give others access to your content on the Service, you grant them free, nonexclusive permission to use, reproduce, distribute, display, transmit, and communicate to the public the content solely in connection with the Service and other products and services made available by Microsoft. If the submission is a photograph or other digital image, you also expressly waive any and all rights of privacy and publicity with respect to the image. If you do not want others to have those rights, do not use the Service to share your content.

You understand that Microsoft may need, and you hereby grant to Microsoft and its affiliates, resellers, distributors, service providers, partners, and/or suppliers the right, to use, modify, adapt, reproduce, distribute, publish and display content posted on the Service. These include your name, gamertag, motto, avatar, or other information you supply in connection with the content. These rights apply solely to the extent necessary to provide the Service.

You must respect the rights of artists, authors, inventors and creators. Content may be protected by copyright. People appearing in content may have a right to control the use of their image. If you share content on the Service in a way that infringes others' copyrights, other intellectual property or proprietary rights, or publicity or privacy rights, you are breaching this contract (and violating other rights and possibly the law). You represent and warrant that you have all the rights necessary for you to grant the rights in this Section and that the use of the content does not violate any law. We will not pay you for your content. We may refuse to publish your content for any or no reason. We may remove your content from the Service at any time and for any reason, including if: (i) you breach this contract; (ii) the content exceeds limits on storage or file size; or (iii) we cancel or suspend the Service.

**You are responsible for backing up the data and content that you store on the Service. We may permanently delete your data from our servers if the Service is suspended or canceled. We do not have any obligation to return data to you after the Service is suspended or canceled. If data is stored with an expiration date, we may also delete the data as of that date. Data that is deleted may be irretrievable.**

**10. Online Forums.**

The Xbox LIVE Forums, Games for Windows Live Forums, and the Zune Forums (each an "Online Forum" and collectively the "Online Forums") are sites available at: http://forums.xbox.com, http://forums.xbox.com/gfw/default.aspx and http://answers.microsoft.com/zune, respectively. The Online Forums are where users can get help and support with certain Authorized Devices and related software and services. You can browse the Online Forums without signing in. But you must sign into your Service account to post a message or reply to one. Anything that you post to the Online Forums is public. All posts you make to the Online Forums must comply with the Code of Conduct and the other terms of

this contract. Any post that does not comply may be removed by Microsoft and result in, among other things, termination or suspension of your rights to use the Service. Although we have no obligation to screen, edit, monitor or remove any of the content posted by users in the Online Forums or elsewhere on or through the Service, we reserve the right to do so without notice in our sole discretion. You can report abuse or violations of the Code of Conduct in an Online Forum by clicking on the "report" button and completing the web form. We are not responsible or liable for any statements, representations or content provided by users in the Online Forums or elsewhere in connection with the Service. Your use of Online Forums and the Service is at your own risk.

**11. Privacy.**

We collect certain information about you to operate and provide the Service. We may also automatically upload information about your computer, your use of the Service, and Service performance as part of the Service. We use and protect that information as described in the Microsoft Online Privacy Statement (http://go.microsoft.com/fwlink/?LinkId=81184), the Windows Phone 7 Privacy Statement (http://go.microsoft.com/fwlink/?LinkId=187032), and their successors. In particular, we may access or disclose information about you, including the content of your communications, in order to: (a) comply with the law or respond to lawful requests or legal process; (b) protect the rights or property of Microsoft or our customers, including the enforcement of our agreements or policies governing your use of the Service; and (c) act on a good faith belief that such access or disclosure is necessary to protect the personal safety of Microsoft employees, customers, or the public.

We may use technology or other means to protect the Service, protect our customers, or stop you from breaching this contract. These means may include, for example, filtering to stop spam or increase security. These means may interfere with your use of the Service and hinder or interrupt your use of the Service. We reserve the right to enforce and verify compliance with any part of this contract. This includes Microsoft's right to cooperate with any legal process relating to your use of the Service, and a third party claim that your use of the Service is unlawful or infringes such third party's rights.

Personal information collected by Microsoft may be stored and processed in the United States or any other country or region in which Microsoft or its affiliates, subsidiaries, or service providers maintain facilities. You consent to any such transfer of information outside of your country or region. Microsoft abides by the safe harbor framework as set forth by the U.S. Department of Commerce regarding the collection, use, and retention of data from the European Union, European Economic Area and Switzerland.

We may collect certain information about Service performance, your Authorized Device, and your use of the Service and Authorized Device to provide you the Service and improve the Service and Authorized Devices. We may automatically upload this information from your Authorized Device. Such data may include Xbox console hardware and operating performance data, unique identifiers on game discs, network performance data, and Service quality data. If you use the Xbox console with Kinect, we may also collect data about the way in which you interact with the console and the Service to improve Microsoft products and services. Any software or hardware errors which occur while you are connected to the Service or are offline may be uploaded and reported. All such data may be stored with the Xbox console's unique identifier, and may be associated with other personally identifiable information. You may read about this data collection in more detail in the Microsoft Online Privacy Statement at http://go.microsoft.com/fwlink/?LinkId=81184.

**12. Intellectual Property.**

We may automatically check your version of the software. We may also automatically download upgrades to the software to your Authorized Device to update, enhance, and further develop the Service.

Any software or content (e.g., text, images, video, graphics, music, sound, or games) (for purposes of this Section 12, we refer to all of these, as applicable, as "Software") we provide as part of the Service is licensed and not sold. We reserve all other rights not expressly granted in this contract. The Software license ends when your Service ends unless we notify you otherwise. You must then uninstall the Software, or we may disable it. You must not work around any technical limitations in the Software.

Microsoft Products and Services are subject to United States export laws and regulations. You must comply with all domestic and international export laws and regulations that apply to the

products and services. These laws include restrictions on destinations, end users and end use. For additional information, see http://www.microsoft.com/exporting. If you use the Software to access content that has been protected with Microsoft Digital Rights Management (DRM), the Software may automatically request media usage rights from an online rights server and download and install DRM updates in order to let you play the content. See the DRM information in the Microsoft Silverlight Privacy Statement (http://go.microsoft.com/fwlink/?LinkId=178857) for more information.

**13. Microsoft Points.**

Microsoft Points is a Service under which you can acquire Points and redeem those Points for certain online services and digital products. You can see how many Points you have by checking your Points balance at https://billing.microsoft.com. You can obtain selected Services or digital products that we offer in exchange for Points. You can do this by redeeming your Points as described in the messaging for those offers.

You can acquire Points in a variety of ways. For example, you can purchase Points, or certain Services may give you Points for using the Service or specific features of the Service (also known as "Promotion Points"). You can earn Promotion Points only for actions you actually complete. You are responsible for any taxes that may result from your participation in the Points Service.

When you obtain Points, you have obtained a limited license to a digital product. Points have no monetary value. You may not exchange Points for cash or money, regardless of how you acquired those Points. Points are not your personal property. Your only recourse for using Points is to obtain the specific online Services or digital products that we offer for Points redemption. Points are sold in a few denominations only. Unused Points are not refundable. We may further restrict our Points redemption offers based on your country of residence. We encourage you to redeem your Points. Points redemption offers may be limited in time and scope. The scope, variety, and type of online Services and digital products offered can change at any time. We have no obligation to continue making offers available for Points redemption.

Promotion Points may expire at any time, as set forth in the messages related to that promotion. We may cancel, suspend, or otherwise limit your access to your Points if we suspect fraudulent, abusive, or unlawful activity. Once we delete Points from a balance, we will not reinstate them, except at our discretion. When we cancel, suspend, or otherwise limit access to your Points, your right to use your Points immediately ceases. We will use reasonable efforts to investigate Points that are subject to access limitations and to reach a final decision on the limitations promptly. In addition, we may limit your use of the Points service. This includes applying limits to: (i) the number of Points you may have credited to your Points balance at one time; (ii) the number of Points you may redeem within a given time period (for example, one day); and (iii) the number of Promotion Points you may obtain in a single event.

If we post Points to your balance for activity that is subsequently voided, canceled or that involves a returned item, we will remove those Points from your balance. You must ensure that we properly post your Points to your Points balance. If you believe that you have validly acquired Points that we have not posted to your Points balance, subject to applicable laws, we will not post these Points unless you contact us within 12 months after the date you claim to have acquired those Points. We may require reasonable documentation to support your claim.

**14. Service Operation and Equipment.**

You may only access the Service with an Authorized Device or by logging into your account via the World Wide Web. You agree that: (i) you are using only authorized software and hardware to access the Service; (ii) your software and hardware have not been modified in any unauthorized way (e.g., through unauthorized repairs, unauthorized upgrades, or unauthorized downloads); and (iii) we have the right to send data, applications or other content to any software or hardware that you are using to access the Service for the express purpose of detecting an unauthorized modification. You must not attempt to disassemble, decompile, create derivative works of, reverse engineer, modify, further sublicense, distribute, or use for other purposes the Service, any game, application, or other content available or accessible through the Service, or any hardware associated with the Service or with an Authorized Device. If you do so, we may cancel your account and your ability to access the Service, and pursue other legal remedies. We may take any legal action we deems appropriate against users who violate our systems or network security, this contract or any additional terms incorporated or referenced in this contract. Such users may also incur criminal or civil liability.

We reserve complete and sole discretion with respect to the operation of the Service. We may, among other things: (i) restrict or limit access to the Service; (ii) retrieve information from the Authorized Device and any connected peripheral device used to log onto the Service as necessary to operate and protect the security of the Service, and to enforce this contract; and (iii) upgrade, modify, withdraw, suspend, or discontinue any functionality or feature of the Service, any game or other content available or accessible through the Service, or any hardware or software associated with the Service or with an Authorized Device, from time to time without notice. We may do so by the automatic download of related software directly to your Authorized Device, including software that prevents you from accessing the Service, playing pirated games, or using unauthorized hardware peripheral devices.

**15. WE MAKE NO WARRANTY.**

**We provide the Service "as-is," "with all faults," and "as available." We do not guarantee the suitability, reliability, availability, accuracy or timeliness of information available from the Service, or that the Service will be uninterrupted, secure, error-free or that data loss will not occur. You acknowledge that computer and telecommunications systems are not fault-free and occasional periods of downtime will occur. We give no express warranties, guarantees, or conditions. We disclaim all warranties with regard to the Service, including any implied warranties (e.g., those of merchantability, fitness for a particular purpose, workmanlike effort, title and non-infringement). You may have additional consumer rights under your local laws that this contract cannot change.**

**15A. Australian Consumer Guarantees**

If you live in Australia, there are consumer guarantees which are implied under the Australian Consumer Law which will apply to the goods and services supplied to you as part of the Services. Clause 15 above is modified by the inclusion of those guarantees.

For such of the Service that comprises services (rather than goods) should we breach any of these consumer guarantees your remedy is limited to receiving the supply of the service again, or the payment of the cost of having the services supplied again.

For such of the Service that comprises goods (which includes computer software) the following applies:

Our goods come with guarantees that cannot be excluded under the Australian Consumer Law. You are entitled to a replacement or refund for a major failure and compensation for any other reasonably foreseeable loss or damage. You are also entitled to have the goods repaired or replaced if the goods fail to be of acceptable quality and the failure does not amount to a major failure.

In the case of software, the repair of goods may not be practicable, and a replacement will be provided if this is the case. For any warranty or consumer guarantee issue, please contact the Xbox Call Centre at (02) 8031-8186 (if you are in Sydney) or 1800 555 741.

**16. LIABILITY LIMITATION.**

**You can recover from us for all successful claims only direct damages up to a total amount equal to your Service fee for one month. You cannot recover any other damages, including consequential, special, indirect, incidental, or punitive damages and lost profits.**

This limitation applies to anything related to this contract, for example:

- the Service;
- loss of data;
- your content, third party content (including code), third party programs, or third party conduct;
- viruses or other disabling features that affect your access to or use of the Service;
- incompatibility between the Service and other services, software, or hardware;
- delays or failures you may have in initiating, conducting, or completing any transmissions or transactions in connection with the Service in an accurate or timely manner; and
- claims for breach of contract; breach of warranty, guarantee, or condition; misrepresentation; omission; strict liability; negligence; or other tort.

It also applies even if this remedy does not fully compensate you for any losses, fails of its essential purpose or we knew or should have known about the possibility of the damages.

**Nothing in these terms except the agreement to arbitrate and class action waiver in Section 18.1 will affect the statutory rights of any consumer. Nothing in these terms will exclude or restrict liability for death or personal injury arising from our negligence, fraud, gross negligence or willful intent. Some or all of these limitations or exclusions may not apply to you if your state, province, or country does not allow the exclusion or limitation of incidental, consequential or other damages.**

**17. Changes to the Service; If We Cancel the Service.**

We may change the Service or delete features of the Service at any time for any reason. If you do not agree to these changes, then you must cancel and stop using the Service.

A particular feature may be a pre-release version - a beta, for example - and may not work correctly or in the way a final version might work. We may significantly change the final version or decide not to release a final version.

We may cancel or suspend your use of the Service at any time without notice and for any reason. Upon Service cancellation, your right to use the Service stops right away. Your ability to access and use Third-Party Features also stops right away. Our cancellation of the Service will not change your obligation to pay all charges made to your billing account. If we cancel the Service in its entirety without cause, then we will refund to you on a pro-rata basis the amount of your payment for the portion of your Service remaining at the time of cancellation. Sections 6 (for amounts incurred before termination), Section 11, Sections 15-18 and those Sections of this contract that by their terms apply after termination of this contract will survive any termination of this contract. If you have confidentiality obligations related to the Service, those obligations remain in force (for example, you may have been a beta tester).

**18. General Legal Terms, Including Binding Arbitration.**

**18.1. BINDING ARBITRATION CLAUSE AND CLASS ACTION WAIVER FOR U.S. RESIDENTS. PLEASE READ THIS SECTION CAREFULLY. IT AFFECTS YOUR LEGAL RIGHTS CONCERNING ANY DISPUTES BETWEEN YOU AND MICROSOFT IF YOU LIVE IN THE UNITED STATES FOR PURPOSES OF SECTION 18.1 AND ITS SUBSECTIONS, "MICROSOFT" MEANS MICROSOFT CORPORATION AND ITS SUBSIDIARIES, AFFILIATES, OFFICERS, DIRECTORS, EMPLOYEES, AND AGENTS.**

**18.1.1. DISPUTE.** As used in this contract, "Dispute" means any dispute, claim, demand, action, proceeding, or other controversy between you and Microsoft concerning the Service and your or Microsoft's obligations and performance under this contract or with respect to the Service, whether based in contract, warranty, tort (including, without limitation, fraud, misrepresentation, fraudulent inducement, concealment, omission, negligence, conversion, trespass, strict liability, and product liability), statute (including, without limitation, consumer protection and unfair competition statutes), regulation, ordinance, or any other legal or equitable basis or theory. "Dispute" will be given the broadest possible meaning allowable under law.

**18.1.2. INFORMAL NEGOTIATION OF DISPUTES.** You and Microsoft agree to attempt in good faith to resolve any Dispute before commencing arbitration. Unless you and Microsoft otherwise agree in writing, the time for informal negotiation will be 60 days from the date on which you or Microsoft mails a notice of the Dispute ("Notice of Dispute") as specified in Section 18.1.3. You and Microsoft agree that neither will commence arbitration before the end of the time for informal negotiation.

**18.1.3. NOTICE OF DISPUTE.** If you give a Notice of Dispute to Microsoft, you must send by U.S. Mail to **Microsoft Corporation, ATTN: LCA ARBITRATION, One Microsoft Way, Redmond, WA 98052-6399**, a written statement setting forth (a) your name, address, and contact information, (b) your Windows Live ID or gamertag, if you have one, (c) the facts giving rise to the Dispute, and (d) the relief you seek. **A form is available at** www.xbox.com/notice**.** If Microsoft gives a Notice of Dispute to you, we will send by U.S. Mail to your billing address if we have it, or otherwise to your e-mail address, a written statement setting forth (a) Microsoft's contact information for purposes of efforts to resolve the Dispute, (b) the facts giving rise to the Dispute, and (c) the relief Microsoft seeks.

**18.1.4. BINDING ARBITRATION. IF YOU LIVE IN THE UNITED STATES, YOU AND MICROSOFT AGREE THAT IF YOU AND MICROSOFT DO NOT RESOLVE ANY DISPUTE BY INFORMAL NEGOTIATION UNDER SECTION 18.1.2 ABOVE, ANY EFFORT TO RESOLVE THE DISPUTE WILL BE CONDUCTED EXCLUSIVELY BY BINDING ARBITRATION IN ACCORDANCE WITH THE ARBITRATION PROCEDURES IN SECTION**

**18.1.7 BELOW. YOU UNDERSTAND AND ACKNOWLEDGE THAT BY AGREEING TO BINDING ARBITRATION, YOU ARE GIVING UP THE RIGHT TO LITIGATE (OR PARTICIPATE IN AS A PARTY OR CLASS MEMBER) ALL DISPUTES IN COURT BEFORE A JUDGE OR JURY. INSTEAD, YOU UNDERSTAND AND AGREE THAT ALL DISPUTES WILL BE RESOLVED BEFORE A NEUTRAL ARBITRATOR, WHOSE AWARD (DECISION) WILL BE BINDING AND FINAL, EXCEPT FOR A LIMITED RIGHT OF APPEAL UNDER THE FEDERAL ARBITRATION ACT. ANY COURT WITH JURISDICTION OVER THE PARTIES MAY ENFORCE THE ARBITRATOR'S AWARD.**

**THE ONLY DISPUTES NOT COVERED BY THE AGREEMENT IN SECTION 18.1 TO NEGOTIATE INFORMALLY AND ARBITRATE ARE DISPUTES ENFORCING, PROTECTING, OR CONCERNING THE VALIDITY OF ANY OF YOUR OR MICROSOFT'S (OR ANY OF YOUR OR MICROSOFT'S LICENSORS') INTELLECTUAL PROPERTY RIGHTS.**

**18.1.5. AVAILABILITY OF SMALL CLAIMS COURT. Notwithstanding Section 18.1.4 , you have the right to litigate any Dispute in small claims court, if all requirements of the small claims court, including any limitations on jurisdiction and the amount at issue in the Dispute, are satisfied. Notwithstanding Section 19, you agree to bring a Dispute in small claims court only in your county of residence or King County, Washington .**

**18.1.6. CLASS ACTION WAIVER. YOU AND MICROSOFT AGREE THAT ANY PROCEEDINGS TO RESOLVE OR LITIGATE ANY DISPUTE, WHETHER IN ARBITRATION, IN COURT, OR OTHERWISE, WILL BE CONDUCTED SOLELY ON AN INDIVIDUAL BASIS, AND THAT NEITHER YOU NOR MICROSOFT WILL SEEK TO HAVE ANY DISPUTE HEARD AS A CLASS ACTION, A REPRESENTATIVE ACTION, A COLLECTIVE ACTION, A PRIVATE ATTORNEY-GENERAL ACTION, OR IN ANY PROCEEDING IN WHICH YOU OR MICROSOFT ACTS OR PROPOSES TO ACT IN A REPRESENTATIVE CAPACITY. YOU AND MICROSOFT FURTHER AGREE THAT NO ARBITRATION OR PROCEEDING WILL BE JOINED, CONSOLIDATED, OR COMBINED WITH ANOTHER ARBITRATION OR PROCEEDING WITHOUT THE PRIOR WRITTEN CONSENT OF YOU, MICROSOFT, AND ALL PARTIES TO ANY SUCH ARBITRATION OR PROECCEDING.**

**18.1.7. ARBITRATION PROCEDURE. The arbitration of any Dispute will be conducted by, and according to the rules and procedures of, the American Arbitration Association (the "AAA"). Information about the AAA, and how to commence arbitration before it, is available at www.adr.org or by calling 1-800-778-7879. A form is available at** www.xbox.com/arbitration**. The Commercial Arbitration Rules of the AAA will govern the arbitration. If you are an individual consumer and use the Service for personal or household use, or if the value of the Dispute is $75,000 or less, the Supplementary Procedures for Consumer-Related Disputes of the AAA will also apply. If the AAA rules or procedures conflict with the provisions of this contract, the provisions of this contract will govern. You may request a telephonic or in-person hearing by following the AAA rules and procedures. Where the value of a Dispute is $10,000 or less, any hearing will be telephonic unless the arbitrator finds good cause to hold an in-person hearing instead. The arbitrator has the power to make any award of damages to the individual party asserting a claim that would be available to a court of law. The arbitrator may award declaratory or injunctive relief only in favor of the individual party asserting a claim, and only to the extent required to provide relief on that party's individual claim.**

**18.1.8. ARBITRATION LOCATION.** You agree to commence arbitration only in your county of residence or in King County, Washington. Microsoft agrees to commence arbitration only in your county of residence.

**18.1.9. COSTS AND ATTORNEY'S FEES.** In a dispute involving $75,000 or less, Microsoft will promptly reimburse your filing fees, and pay the AAA administrative fees and the arbitrator's fees and expenses, incurred in any arbitration you commence against Microsoft unless the arbitrator finds it frivolous or brought for an improper purpose. Microsoft will pay all filing and AAA administrative fees, and the arbitrator's fees and expenses, incurred in any arbitration Microsoft commences against you. If a Dispute involving $75,000 or less proceeds to an award at the arbitration after you reject the last written settlement offer Microsoft made before the arbitrator was appointed ("Microsoft's Last Written Offer"), and the arbitrator makes an award in your favor greater than Microsoft's Last Written Offer, Microsoft will pay you the greater of the award or $1,000, plus twice your reasonable attorney's fees, if any, and reimburse any expenses (including expert witness fees and costs) that your attorney reasonably accrues for investigating, preparing, and pursuing your claim in arbitration, as determined by the arbitrator or agreed to by you and Microsoft. In any arbitration you commence, Microsoft will seek its AAA administrative

fees or arbitrator's fees and expenses, or your filing fees it reimbursed, only if the arbitrator finds the arbitration frivolous or brought for an improper purpose. Microsoft will not seek its attorney's fees or expenses from you. In a Dispute involving more than $75,000, the AAA rules will govern payment of filing and AAA administrative fees and arbitrator's fees and expenses. Fees and expenses are not counted in determining how much a Dispute involves.

**18.1.10. IF CLASS ACTION WAIVER ILLEGAL OR UNENFORCEABLE.** If the class action waiver (which includes a waiver of private attorney-general actions) in Section 18.1.6 is found to be illegal or unenforceable as to all or some parts of a Dispute, whether by judicial, legislative, or other action, then Section 18.1 and its subsections will not apply to those parts. Instead, those parts of the Dispute will be severed and proceed in a court of law, with the remaining parts proceeding in arbitration. The definition of "Dispute" in Section 18.1.1 will still apply to this contract. You and Microsoft irrevocably consent to the exclusive jurisdiction and venue of the state or federal courts in King County, Washington, USA, for all proceedings in court under this Section 18.1.10.

**18.1.11. YOUR RIGHT TO REJECT CHANGES TO ARBITRATION AGREEMENT.** Notwithstanding anything to the contrary in this contract, Microsoft agrees that if it makes any change to Section 18.1 (other than a change to the notice address in Section 18.1.3) while you are authorized to use the Service, you may reject the change by sending us written notice within 30 days of the change by U.S. Mail to the address in Section 18.1.3. By rejecting the change, you agree that you will informally negotiate and arbitrate any Dispute between us in accordance with the most recent version of Section 18.1 before the change you rejected.

**18.1.12. SEVERABILITY.** If any provision of Section 18.1 and its subsections, other than Section 18.1.6 (class action waiver), is found to be illegal or unenforceable, that provision will be severed from Section 18.1, but the remainder of Section 18.1 will remain in full force and effect. Section 18.1.10 says what happens if Section 18.1.6 (class action waiver) is found to be illegal or unenforceable.

**18.1.13. SURVIVAL OF PROVISIONS.** The provisions of Section 18.1 will survive termination of the contract or the provision of the Service to you.

**18.2. Interpreting the Contract.** All parts of this contract apply to the maximum extent permitted by law. A court may hold that we cannot enforce a part of this contract as written. If this happens, we will replace that part with terms that most closely match the intent of the part that we cannot enforce. The rest of this contract won't change. Sections 18.1.10 and 18.1.12 say what happens if parts of Section 18.1 (arbitration and class action waiver) are found to be illegal or unenforceable. Sections 18.1.10 and 18.1.12 prevail over this Section 18.2 if inconsistent with this Section 18.2. This is the entire contract between you and us regarding your use of the Service. It supersedes any prior contract or oral or written statements regarding your use of the Service. The Section titles in this contract do not limit the other terms of this contract. If you are accessing the Service within Germany, the agreement located at http://www.xbox.com/de-DE/legal/LiveTOU applies instead of this contract.

**18.3. Assignment and Transfer.** Microsoft may assign, transfer, sell, rent or lend or otherwise dispose our rights and obligations under this contract, in whole or part, at any time without notice to you. You may not assign this contract or any part of it, or any rights to use the Service or any part of the Service, either temporarily or permanently, to any other party. Any attempt to do so is void.

**18.4. No Third Party Beneficiaries; Microsoft Affiliates.** This contract is solely for your and our benefit, except for certain Sections of this contract which are for the benefit of Microsoft's affiliates and owners of content available through the Service. As a result, Microsoft's affiliates and owners of content available through the Service are entitled to enforce this contract. Except as stated above, this contract does not create any enforceable rights by anyone other than you and Microsoft and permitted successors.

**18.5. No Waiver.** We enforce this contract, the Code of Conduct and other user content and conduct rules set forth in this contract, and exercise our rights and remedies at our sole discretion. If we fail to enforce such rules, rights, or remedies in some instances it is not a waiver of our right to do so in other instances. These rules do not create any private right of action for you or any third party or any reasonable expectation that the Service will not contain any content that is prohibited by such rules.

**18.6. Claims and Disputes Must Be Filed Within One Year in Arbitration or Court.** To the extent permitted by law, any claim or Dispute (see Section 18.1.1 for definition of Dispute)

arising out of or relating to this contract or the Service must be filed within one year (i) in an arbitration proceeding under Section 18.1, (ii) in small claims court, or (iii) in court if Section 18.1 permits the Dispute to be filed in court instead of arbitration. The one-year period begins on the date when the claim or Dispute first could be filed. Any claim or Dispute that is not filed in an arbitration proceeding or court within that time is permanently barred. This Section applies to you and your successors and assigns. It also applies to us and our successors and assigns.

**18.7. Notices to Parties.** You may notify us as stated in customer support for the Service. We do not accept e-mail notices. This contract is in electronic form. We may send you information about the Service, additional information, and information the law requires us to provide in electronic form. We may provide required information to you: (i) by e-mail at the address you specified when you signed up for the Service; (ii) by access to a Microsoft web site we identify; or (iii) by access to a pre-designated Microsoft web site. Notices e-mailed to you will be deemed given and received when the e-mail is sent. As long as you can access and use the Service, you will be able to receive such notices. If you do not consent to receive any notices electronically, you must stop using the Service.

**18.8. Other Notices.**

**Copyright and Trademark Notices.** All contents of the Service except user-generated and third party content are Copyright © 2011 Microsoft and/or its suppliers, One Microsoft Way, Redmond, Washington 98052-6399 U.S.A. All rights reserved. We or our suppliers own the title, copyright and other intellectual property rights in the Service, software, and content. Microsoft, Windows, Windows Live, Windows logo, MSN, MSN logo (butterfly), Bing, Xbox, Xbox 360, Xbox LIVE, Kinect, the Xbox logos and other Microsoft products and services may also be either trademarks or registered trademarks of Microsoft in the United States and other countries. The names of actual companies and products mentioned in this contract may be the trademarks of their respective owners. Any rights not expressly granted in this contract are reserved. Certain software used in certain Microsoft web site servers is based in part on the work of the Independent JPEG Group. Copyright © 1991-1996 Thomas G. Lane. All rights reserved. "gnuplot" software which may be used in certain Microsoft web site servers is copyright © 1986-1993 Thomas Williams, Colin Kelley. All rights reserved.

**Notices and Procedure for Making Claims of Copyright Infringement.** Notifications of claimed copyright infringement should be sent to Microsoft's Designated Agent pursuant to Title 17, United States Code, Section 512(c)(2). **WE WILL NOT RESPOND TO INQUIRIES THAT ARE NOT RELEVANT TO THE FOLLOWING PROCEDURE. For details and contact information see Notice and Procedure for Making Claims of Copyright Infringement at** http://www.microsoft.com/info/cpyrtInfrg.htm .

**Financial Notice.** Microsoft is not a broker/dealer or registered investment advisor under U.S. federal securities law or securities laws of other jurisdictions. Microsoft does not advise individuals as to the advisability of investing in, purchasing, or selling securities or other financial products or services. Nothing contained in the Service constitutes an offer or solicitation to buy or sell any security. Neither Microsoft nor its licensors of stock quotes or index data endorse or recommend any particular financial products or services. Nothing contained in the Service is intended to constitute professional advice, including but not limited to, investment or tax advice.

**Notice about the H.264/AVC Visual Standard and the VC-1 Video Standard.** Software provided with the Service may include H.264/MPEG-4 AVC and/or VC-1 decoding technology. MPEG LA, L.L.C. requires this notice:

THIS PRODUCT IS LICENSED UNDER THE AVC AND THE VC-1 PATENT PORTFOLIO LICENSES FOR THE PERSONAL AND NON-COMMERCIAL USE OF A CONSUMER TO (A) ENCODE VIDEO IN COMPLIANCE WITH THE ABOVE STANDARDS ("VIDEO STANDARDS") AND/OR (B) DECODE AVC AND VC-1 VIDEO THAT WAS ENCODED BY A CONSUMER ENGAGED IN A PERSONAL AND NON-COMMERCIAL ACTIVITY AND/OR WAS OBTAINED FROM A VIDEO PROVIDER LICENSED TO PROVIDE SUCH VIDEO. NONE OF THE LICENSES EXTEND TO ANY OTHER PRODUCT REGARDLESS OF WHETHER SUCH PRODUCT IS INCLUDED WITH THIS SOFTWARE IN A SINGLE ARTICLE. NO LICENSE IS GRANTED OR SHALL BE IMPLIED FOR ANY OTHER USE. ADDITIONAL INFORMATION MAY BE OBTAINED FROM MPEG LA, L.L.C. SEE http://www.mpegla.com

For clarification purposes only, this notice does not limit or inhibit the use of the software provided under this contract for normal business uses that are personal to that business which do not include: (i) redistribution of the software to third parties; or (ii) creation of content with the VIDEO STANDARDS compliant technologies for distribution to third parties.

**19. Choice of Law and Location for Resolving Disputes.**

If you live in **the United States**, you are contracting with Microsoft Corp., One Microsoft Way, Redmond, WA 98052, USA. The laws of the state where you live govern the interpretation of this contract, claims for breach of it, and all other claims (including consumer protection, unfair competition, and tort claims), regardless of conflict of law principles. You and we irrevocably consent to the exclusive jurisdiction and venue of the state or federal courts in King County, Washington, for all Disputes arising out of or relating to this contract or the Service that are heard in court (not arbitration and not small claims court).

If you live in **Canada**, you are contracting with Microsoft Corp., One Microsoft Way, Redmond, WA 98052, USA. The laws of the province where you live govern the interpretation of this contract, claims for breach of it, and all other claims (including consumer protection, unfair competition, and tort claims), regardless of choice of law principles. You and we irrevocably consent to the exclusive jurisdiction and venue of the courts in Ontario for all Disputes arising out of or relating to this contract or the Service.

If you live in **North or South America Outside the United States and Canada**, you are contracting with Microsoft Corp., One Microsoft Way, Redmond, WA 98052, USA. Washington State law governs the interpretation of this contract and applies to claims for breach of it, regardless of choice of law principles. All other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort, will be subject to the laws of the country to which we direct your service.

If you live in **Europe**, you are contracting with Microsoft Luxembourg S.à.r.l., 20 Rue Eugene Ruppert, Immeuble Laccolith, 1st Floor, L-2543 Luxembourg. All claims, including claims regarding consumer protection laws, unfair competition laws, and in tort, will be subject to the laws of Luxembourg or of the country in which you reside. With respect to jurisdiction, you may choose the responsible court in Luxembourg or in the country in which you reside for all Disputes arising out of or relating to this contract or the Service.

If you live in the **Middle East or Africa**, you are contracting with Microsoft Luxembourg S.à.r.l., 20 Rue Eugene Ruppert, Immeuble Laccolith, 1st Floor, L-2543 Luxembourg. The laws of Luxembourg govern the interpretation of this contract and apply to claims for breach of it, regardless of conflict of laws principles. All other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort, will be subject to the laws of the country to which we direct your Service. You and we irrevocably agree to the exclusive jurisdiction and venue of the Luxembourg courts for all Disputes arising out of or relating to this contract or the Service.

If you live in **Asia** or the **South Pacific (other than the countries called out below)**, you are contracting with Microsoft Regional Sales Corp. ("MRS"). MRS is a corporation organized under the laws of the State of Nevada, USA. MRS has a branch in Singapore located at 438B Alexandra Road, #04-09/12, Block B, Alexandra Technopark, Singapore, 119968. The laws of Washington govern this contract. Any Dispute arising out of or related to this contract or the Service will be referred to and finally resolved by arbitration in Singapore according to the Arbitration Rules of the Singapore International Arbitration Center (SIAC. These rules are incorporated by reference into this clause. The tribunal will consist of one arbitrator appointed by the Chairman of SIAC. The language of arbitration will be English. The decision of the arbitrator will be final, binding, and incontestable. The decision may be used as a basis for judgment in any country or region.

If you live in **China**, you are contracting with Microsoft Corp., One Microsoft Way, Redmond, WA 98052, USA. Washington State law governs this contract, regardless of conflict of laws principles. The jurisdiction of the state or federal courts in King County, Washington, USA, is nonexclusive.

If you live in **Japan**, you are contracting with Microsoft Japan Co., Ltd (MSKK), Shinagawa Grand Central Tower, 2-16-3 Konan Minato-ku, Tokyo 108-0075. The laws of Japan govern this contract and any matters arising out of or relating to it. You and we irrevocably agree to the exclusive original jurisdiction and venue of the Tokyo District Court for all Disputes arising out of or relating to this contract or the Service.

If you live in **Korea**, you are contracting with Microsoft Korea, Inc., 6th Floor, POSCO Center, 892 Daechi-Dong, Kangnam-Gu, Seoul, 135-777, Korea. The laws of the Republic of Korea govern this contract. You and we irrevocably agree to exclusive original jurisdiction and venue of the Seoul District Court for all Disputes arising out of or relating to this contract or the Service.

If you live in **Taiwan**, you are contracting with Microsoft Taiwan Corp., 8F, No 7 Sungren Road, Shinyi Chiu, Taipei, Taiwan 110. The laws of Taiwan govern this contract. You and we irrevocably designate the Taipei District Court as the court of first instance having jurisdiction over all Disputes arising out of or in connection with this contract or the Service.

**20. Support.**

We do not offer customer support for the Service unless provided otherwise in this contract or the materials we publish in connection with a particular component of the Service. For more information on customer support, please go to http://www.xbox.com/support.

**21. Xbox LIVE and Games for Windows LIVE.**

The following additional terms apply to Xbox LIVE and Games for Windows Live:

**21.1. Additional Privacy Terms for Xbox LIVE and Games for Windows Live.** We require certain permissions in order for you to evaluate and for us to enable the features and functions of the Xbox LIVE/Games for Windows Live Service. These features and functions include leaderboards, live-hosted gameplay, achievements, tournaments, and gamer profile sharing. If you evaluate or we enable these features and functions, you grant Microsoft and its affiliates, resellers, distributors, service providers, partners, and/or suppliers (each, a "Microsoft party") the following permissions: Microsoft parties may use, track, store, copy, distribute, broadcast, transmit, publicly display and perform, and reproduce: (i) your game scores; (ii) your game play sessions; (iii) your presence on the Xbox LIVE/Games for Windows Live Service; (iv) the time that you spend on or within particular portions of the Xbox LIVE/Games for Windows Live Service; (v) portions of the Xbox LIVE/Games for Windows Live Service that are displayed on your monitor or screen and the duration of that display; (vi) rankings, statistics, gamer profiles, avatars, and content that you may submit; and (vii) other usage information. These permissions apply with or without attribution to you, your gamertag or avatar. We may use these permissions without notice or compensation to you of any kind. To avoid any confusion, we have the right to make information pertaining to your use of, and gameplay on, Xbox LIVE available through Games for Windows Live, and vice versa.

You should not expect any level of privacy concerning your use of the live communication features (for example, voice chat, video and communications in live-hosted gameplay sessions) offered through the Xbox LIVE/Games for Windows Live Service. We may monitor these communications to the extent permitted by law. However, we cannot monitor the entire Service and make no attempt to do so. You understand that others can record and use these communications. Communications in live-hosted gameplay sessions may also be broadcast to others. Some games may use game managers and hosts. Game managers and hosts are not authorized Microsoft spokespersons. Their views do not necessarily reflect those of Microsoft.

When you use Voice Search, all voice commands are sent to Microsoft and stored to provide the Voice Search Service and improve Microsoft products. If you use Voice Search, you consent to Microsoft recording and collecting your voice input to provide the Voice Search Service and improve Microsoft products. We will treat any voice input according to the Microsoft Online Privacy Statement (http://go.microsoft.com/fwlink/?LinkId=81184).

**22. Zune.**

The following additional terms apply to Zune:

**22.1 Zune Pass Subscription.** You can choose to sign up for a Zune Pass subscription if available in your Territory. The Zune Pass allows you to stream or download as many songs as you want from the Zune Service on a subscription basis for a flat monthly fee. If you do not pay your subscription fee or your Zune Pass subscription terminates for any other reason, you will no longer have access to any content you downloaded under your Zune Pass subscription.

**22.2 Non-Commercial Use.** Music and video content may only be used for personal, non-commercial use and may not be used as a musical "ringer" or ringtone for a mobile phone without the prior written consent of the copyright owner.

**22.3 Content Usage Rules for Music and Music Video.** All music and music video content you purchase, rent or acquire on a subscription basis from the Zune Service in your Territory is subject to this contract and any other applicable terms and conditions. These include: (i) limitations imposed by copyright owners; (ii) use of digital rights management (DRM) technology; and (iii) the usage rules, located at http://www.xbox.com/usagerules.

**22.4. Storage.** Any burning or exporting capabilities (if applicable) are solely an accommodation to you. They do not constitute a grant or waiver (or other limitation or implication) of any rights of the copyright owners of any audio or video content, sound recording, underlying musical composition or artwork embodied in any purchased content.

**22.5. Video Content (Film or Television).** We may offer video content in your Territory ("Video Content") for download, streaming or both, on: (i) a limited time-based video-on-demand basis ("VOD Content"); or (ii) a retained license basis ("Retained Rights Content"). You may only stream Video Content to the extent this feature is authorized under the Service. Resolution of Video Content purchased in high definition may vary depending on the content you chose, the device or hardware that you use, and the bandwidth of your Internet connection.

**22.5.1. VOD Content.** Notwithstanding anything to the contrary in this contract, we grant you a personal, non-exclusive, non-transferable, limited right and license to view and privately display the VOD Content in your Territory for personal, non-commercial purposes only via an Authorized Device. This limited right and license is subject to the terms of this contract and the usage rules, located at http://www.xbox.com/usagerules and is effective on payment of the required fees.

**22.5.2. Retained Rights Content.** Notwithstanding anything to the contrary in this contract, we grant you, a personal, non-exclusive, non-transferable, limited right and license to view and privately display any Retained Rights Content you obtain via the Service in your Territory. This limited right and license is: (i) subject to the terms of this contract; (ii) for personal, non-commercial purposes only, for and during your authorized use of the Zune Service; and (iii) effective on payment of the required fees. Once you obtain a license to an item of Retained Rights Content, you may download or stream a copy of it to one or more Authorized Devices, as set forth in the usage rules, located at http://www.xbox.com/usagerules.

**23. Windows Phone 7.x.**

The Service available in your Territory may enable you to browse, search, download and purchase applications for your Windows® Phone running a version 7.x of the Windows Phone operating system ("Windows Phone Applications").

We will identify the provider of each Windows Phone Application. It may be Microsoft ("Microsoft applications") or a third party ("Third Party applications"). Your use of Windows Phone Applications is governed by the Standard Application License Terms at the end of these Terms of Use. If a Third Party application provides you with separate terms those apply instead.

We are not a party to the license between you and a Third Party application provider. Except in the country(s) listed in Section 22.3 below, we act as an agent of the application provider in providing any Third Party application to you. Regardless of whether Microsoft acts as an agent or reseller, we do not license any Microsoft intellectual property to you as part of any Third Party application made available through the Service, and we are not responsible, unless otherwise required by law, for:

- the Third Party application;
- your use of the Third Party application;
- the content of the Third Party application;
- customer support for the Third Party application; or
- any warranties or claims relating to the Third Party application.

**23.1. Removing or Disabling Windows Phone Applications** . We may disable the Windows Phone applications contained in your service account for any reason. We may also remove any Windows Phone application or disable copies of any Windows Phone application on your Marketplace enabled device in order to protect the Service, application providers, wireless carriers over whose network you access the Service or any other affected or potentially affected parties.

**23.2. Privacy Policy for Windows Phone Applications** . The privacy policies that apply to Third Party applications will be provided to you with such Third Party applications, and Microsoft's Terms of Use and privacy policies will not apply to your use of a Third Party application.

**Standard Windows Phone Application License Terms**

STANDARD APPLICATION LICENSE TERMS (UPDATED JUNE 2011)

WINDOWS PHONE APPLICATIONS

These license terms are an agreement between Application Provider and you. Please read them. They apply to the software application you download from the Windows Phone Marketplace ("Application"), unless the Application comes with separate terms ("Third Party License"). In that case, the terms of the Third Party License will apply. This agreement also applies to any updates and supplements for the Application, unless other terms accompany those items. If so, those terms apply.

BY DOWNLOADING OR USING THE APPLICATION, YOU ACCEPT THESE TERMS. IF YOU DO NOT ACCEPT THEM, DO NOT DOWNLOAD OR USE THE APPLICATION.

Except for the foregoing, if the Application enables access to any Internet-based services, your use of those services will be subject to the separately-provided terms of use.

In this agreement "Application Provider" means the entity licensing the Application to you, as identified in the Windows Phone Marketplace. If the Application is provided by Microsoft, then the Application Provider is Microsoft (or based on where you live, one of its affiliates).

If you comply with these license terms, you have the rights below.

INSTALLATION AND USE RIGHTS.

Installation and Use. You may install and use one copy of the Application on up to five (5) mobile devices you personally own or control and which are affiliated with the Windows Live ID associated with your Windows Phone Marketplace account. You may not install or use a copy of the Application on a device you do not own or control.

INTERNET-BASED SERVICES. Application Provider may provide Internet-based services with the Application. In addition to the following, your use of such services is subject to the terms provided to you by the Application Provider and/or your wireless carrier.

Consent for Internet-Based or Wireless Services. The Application may connect to computer systems over an Internet-based wireless network. In some cases, you will not receive a separate notice when they connect. Using the application operates as your consent to the transmission of standard device information (including but not limited to technical information about your device, system and application software, and peripherals) for Internet-based or wireless services.

Misuse of Internet-based Services. You may not use any Internet-based service in any way that could harm it or impair anyone else's use of it or the wireless network. You may not use the service to try to gain unauthorized access to any service, data, account or network by any means.

Scope of License. The Application is licensed, not sold. This agreement only gives you some rights to use the Application. Application Provider reserves all other rights. Unless applicable law gives you more rights despite this limitation, you may use the Application only as expressly permitted in this agreement. In doing so, you must comply with any technical limitations in the Application that only allow you to use it in certain ways. You may not:

- work around any technical limitations in the Application;
- reverse engineer, decompile or disassemble the Application, except and only to the extent that applicable law expressly permits, despite this limitation;
- make more copies of the Application than specified in this agreement or allowed by applicable law, despite this limitation;
- publish or otherwise make the Application available for others to copy;
- rent, lease or lend the Application; or
- transfer the Application or this agreement to any third party.

Documentation. If documentation is provided with the Application, you may copy and use the documentation for your internal, reference purposes.

Export Restrictions. The Application is subject to United States export laws and regulations. You must comply with all domestic and international export laws and regulations that apply to the Application. These laws include restrictions on destinations, end users and end use. For additional information, see www.microsoft.com/exporting.

Support Services. The Application is provided "as is." Contact the Application Provider to determine if any support services are available. Microsoft (unless Microsoft is the Application Provider), your phone manufacturer, and your wireless carrier are not responsible for providing support services for the Application.

Entire Agreement. This agreement, and the terms for supplements and updates are the entire agreement for the Application.

Applicable Law.

United States. If you acquired the Application in the United States, he laws of the state where you live govern the interpretation of this agreement, claims for breach of it, and all other claims (including consumer protection unfair competition, and tort claims), regardless of conflict of law principles.

Outside the United States. If you acquired the Application in any other country, the laws of that country apply.

Legal Effect. This agreement describes certain legal rights. You may have other rights under the laws of your country. This agreement does not change your rights under the laws of your country if the laws of your country do not permit it to do so.

Disclaimer of Warranty. THE APPLICATION IS LICENSED "AS-IS," "WITH ALL FAULTS," AND "AS AVAILABLE." YOU BEAR THE RISK OF USING IT. THE APPLICATION PROVIDER, ON BEHALF OF ITSELF, MICROSOFT, WIRELESS CARRIERS OVER WHOSE NETWORK THE APPLICATION IS PROVIDED, AND EACH OF OUR RESPECTIVE AFFILIATES, AND SUPPLIERS ("COVERED PARTIES"), GIVES NO EXPRESS WARRANTIES, GUARANTEES, OR CONDITIONS UNDER OR IN RELATION TO THE APPLICATION. YOU MAY HAVE ADDITIONAL CONSUMER RIGHTS UNDER YOUR LOCAL LAWS WHICH THIS AGREEMENT CANNOT CHANGE. TO THE EXTENT PERMITTED UNDER YOUR LOCAL LAWS, COVERED PARTIES EXCLUDE ANY IMPLIED WARRANTIES OR CONDITIONS, INCLUDING THOSE OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT.

Limitation on and Exclusion of Remedies and Damages.

TO THE EXTENT NOT PROHIBITED BY LAW, YOU CAN RECOVER FROM THE APPLICATION PROVIDER ONLY DIRECT DAMAGES UP TO THE AMOUNT YOU PAID FOR THE APPLICATION. YOU AGREE NOT TO SEEK TO RECOVER ANY OTHER DAMAGES, INCLUDING CONSEQUENTIAL, LOST PROFITS, SPECIAL, INDIRECT, INCIDENTAL, OR PUNITIVE DAMAGES FROM ANY COVERED PARTIES.

This limitation applies to

- anything related to the Application, services made available through the Application, or content (including code) on third party Internet sites; and
- claims for breach of contract, breach of warranty, guarantee or condition, strict liability, negligence, or other tort to the extent permitted by applicable law.
- It also applies even if
- repair, replacement or a refund for the Application does not fully compensate you for any losses; or
- Covered Party knew or should have known about the possibility of the damages.

If you live in Australia, the above "*Disclaimer of Warranty*" and "*Limitation on and Exclusion of Remedies and Damages*" clauses are subject to the consumer guarantee provisions of the Australian Consumer Law.

Our goods (the Application) come with guarantees that cannot be excluded under the Australian Consumer Law. You are entitled to a replacement or refund for a major failure and compensation for any other reasonably foreseeable loss or damage. You are also entitled to have the goods repaired or replaced if the goods fail to be of acceptable quality and the failure does not amount to a major failure.



© 2012 Microsoft

# EXHIBIT 3

Microsoft

# Microsoft Services Agreement

FAQ Microsoft Services Agreement Microsoft Privacy Statement

Published: **June 4, 2015**
Effective: **August 1, 2015**

Print

# Microsoft Services Agreement

IF YOU LIVE IN (OR YOUR PRINCIPAL PLACE OF BUSINESS IS IN) THE UNITED STATES, PLEASE READ THE BINDING ARBITRATION CLAUSE AND CLASS ACTION WAIVER IN SECTION 15. IT AFFECTS HOW DISPUTES ARE RESOLVED.

These terms ("**Terms**") cover the use of those Microsoft's consumer products, websites, and services listed here (the "**Services**"). Many of these products previously had separate terms that were called different names, such as "Xbox Live Terms of Use" or "Skype Terms of Use," and these Terms replace those separate terms. You accept these Terms by creating a Microsoft account or Skype account, through your use of the Services, or by continuing to use the Services after being notified of a change to these Terms.


Your Privacy
Your Content
Code of Conduct
Using the Services & Support
Using Third-Party Apps and Services
Service Availability
Updates to the Services or Software, and Changes to These Terms
Software License
Payment Terms
Contracting entity, choice of law, jurisdiction


## Your Privacy

1. **Your Privacy.** Your privacy is important to us. Please read the Microsoft Privacy Statement, the Microsoft Health Privacy Statement, and the HealthVault Privacy Statement (collectively "**Privacy Statements**") as they describe the types of data we collect from you and your devices ("**Data**") and how we use your Data. The Privacy Statements also describe how Microsoft uses your content, which is your communications with others; postings or feedback submitted by you to Microsoft via the Services; and the files, photos, documents, audio, digital works, and videos that you upload, store or share through the Services ("**Your Content**"). By using the Services or agreeing to these Terms, you consent to Microsoft's collection, use and disclosure of Your Content and Data as described in the Privacy Statements.

## Your Content

2. **Your Content.** Many of our Services allow you to store or share Your Content or receive material from others. We don't claim ownership of Your Content. Your Content remains Your Content and you are responsible for it.

a. When you share Your Content with other people, you understand that they may be able to, on a worldwide basis, use, save, record, reproduce, transmit, display (and on HealthVault delete) Your Content without compensating you. If you do not want others to have that ability, do not use the Services to share Your Content. You represent and warrant that for the duration of these Terms, you have (and will

Warranties
Limitation of Liability
Service-Specific Terms
Xbox Live and Microsoft Studios Games and Applications
Store
Microsoft Family
Skype
Bing and MSN
Bing Rewards
Cortana
Outlook.com
Office-based Services
HealthVault
Binding Arbitration and Class Action Waiver
Miscellaneous
NOTICES
STANDARD APPLICATION LICENSE TERMS
Covered Services

have) all the rights necessary for Your Content that is uploaded, stored or shared on or through the Services and that the collection, use, and retention of Your Content will not violate any law or rights of others. Microsoft cannot be held responsible for Your Content or the material others upload, store or share using the Services.

b. To the extent necessary to provide the Services to you and others, to protect you and the Services, and to improve Microsoft products and services, you grant to Microsoft a worldwide and royalty-free intellectual property license to use Your Content, for example, to make copies of, retain, transmit, reformat, display, and distribute via communication tools Your Content on the Services. If you publish Your Content in areas of the Service where it is available broadly online without restrictions, Your Content may appear in demonstrations or materials that promote the Service. Controls for how Microsoft personalizes advertising are available on the Security & privacy page of the Microsoft account management website. We do not use what you say in email, chat, video calls or voice mail, or your documents, photos or other personal files to target advertising to you. Our advertising policies are covered in detail in the Privacy Statements.

↑Top of page

# Code of Conduct

3. **Code of Conduct.**

a. By agreeing to these Terms, you're agreeing that, when using the Services, you will follow these rules:

i. Don't do anything illegal.
ii. Don't engage in any activity that exploits, harms, or threatens to harm children.
iii. Don't send spam. Spam is unwanted or unsolicited bulk email, postings, contact requests, SMS (text messages), or instant messages.
iv. Don't publicly display or use the Services to share inappropriate Content or material (involving, for example, nudity, bestiality, pornography, graphic violence, or criminal activity).
v. Don't engage in activity that is false or misleading (e.g., asking for money under false pretenses, impersonating someone else, manipulating the Services to increase play count, or affect rankings, ratings, or comments).
vi. Don't circumvent any restrictions on access to or availability of the Services.
vii. Don't engage in activity that is harmful to you, the Services, or others (e.g., transmitting viruses, stalking, communicating hate speech, or advocating violence against others).
viii. Don't infringe upon the rights of others (e.g., unauthorized sharing of copyrighted music or other copyrighted material, resale or other distribution of Bing maps, or photographs).
ix. Don't engage in activity that violates the privacy of others.
x. Don't help others break these rules.

b. **Enforcement.** If you violate these Terms, we may stop providing Services to you or we may close your Microsoft account or Skype account. We may also block delivery of a communication (like email or instant message) to or from the Services in an effort to enforce these Terms or we may remove or refuse to publish Your

Content for any reason. When investigating alleged violations of these Terms, Microsoft reserves the right to review Your Content in order to resolve the issue. However, we cannot monitor the entire Services and make no attempt to do so.

↑Top of page

# Using the Services & Support

4. **Using the Services & Support.**

a. **Microsoft account or Skype account.** You'll need a Microsoft account to access many of the Services. Your Microsoft account lets you sign in to products, websites and services provided by Microsoft and some Microsoft partners. To access Skype on certain platforms, you have the option of using a Skype account or a Microsoft account.

i. **Creating an Account.** You can create a Microsoft account or a Skype account by signing up online. You agree not to use any false, inaccurate or misleading information when signing up for your Microsoft account or Skype account. In some cases, a third party, like your Internet service provider, may have assigned a Microsoft account to you. If you received your Microsoft account from a third party, the third party may have additional rights over your account, like the ability to access or delete your Microsoft account. Please review any additional terms the third party provided you, as Microsoft has no responsibility regarding these additional terms. If you create a Microsoft account on behalf of an entity, such as your business or employer, you represent that you have the legal authority to bind that entity to these Terms. You cannot transfer your Microsoft account or Skype account to another user or entity. To protect your account, keep your account details and password confidential. You are responsible for all activity that occurs under your Microsoft account or Skype account.

ii. **Account Use.** You must use your Microsoft account to keep it active. This means you must sign in at least once in a five-year period to keep your Microsoft account, and associated Services, active, unless provided otherwise in an offer for a paid portion of the Services. If you don't sign in during this time, we will assume your Microsoft account is inactive and will close it for you. Please see section 4(a)(iv)(2) for the consequences of a closed Microsoft account. You must sign into your Outlook.com inbox and your OneDrive (separately) at least once in a one-year period, otherwise we will close your Outlook.com inbox and your OneDrive for you. If we reasonably suspect that your Microsoft account or Skype account is being used by a third party fraudulently (for example, as a result of an account compromise), Microsoft may suspend your account until you can reclaim ownership. If you are having trouble accessing your Microsoft account, please visit this website: http://go.microsoft.com/fwlink/?LinkId=238656. To manage your Skype account, you must "Sign In" at www.skype.com.

iii. **Kids and Accounts.** By using the Services, you represent that you have either reached the age of "majority" where you live or have valid parent or legal guardian consent to be bound by these Terms. If you do not know whether you have reached the age of majority where you live, or do not understand this section, please ask your parent or legal guardian for help before you create a Microsoft account or Skype account. If you are the parent or legal

guardian of a minor that creates a Microsoft account or Skype account, you accept these Terms on the minor's behalf and are responsible for all use of the Microsoft account, Skype account, or Services, including purchases, whether the minor's account is now open or created later.

iv. **Closing Your Account.**

1. You can cancel specific Services or close your Microsoft account or Skype account at any time and for any reason. To close your Microsoft account, please visit http://go.microsoft.com/fwlink/p/?linkid=618278. When you ask us to close your Microsoft account, we will put it in a suspended state for 60 days just in case you change your mind. After that 60 day period, your Microsoft account will be closed. See section 4(a)(iv)(2) below for a detailed explanation as to what happens when your Microsoft account is closed. Logging back in during that 60 day period will reactivate your Microsoft account. To cancel your Skype account please submit a support request to http://go.microsoft.com/fwlink/p/?linkid=618280.

2. If your Services are canceled or your Microsoft account or Skype account is closed (whether by you or us), a few things happen. First, your right to use the Services stops immediately and your license to use the software related to the Services ends. Second, we'll delete Data or Your Content associated with your Microsoft account or Skype account or will otherwise disassociate it from you and your Microsoft account or Skype account (unless we are required by law to keep it). You should have a regular backup plan as Microsoft won't be able to retrieve Your Content or Data once your account is closed. Third, you may lose access to material or products you've acquired.

b. **Additional Equipment/Data Plans.** To use many of the Services, you'll need an internet connection and/or data/cellular plan. You might also need additional equipment, like a headset, camera or microphone. You are responsible for providing all connections, plans, and/or equipment needed to use the Services and for paying the fees charged by the provider(s) of your connections, plans, and equipment. Those fees are in addition to any fees you pay us for the Services and we will not reimburse you for such fees. Check with your provider(s) to determine if there are any such fees that may apply to you.

c. **Service Notifications.** When there's something important to tell you about a Service you use, we'll send you Service notifications to the email associated with your Microsoft account or, for Skype notifications, your Skype account. If you authorized use of your phone number for your Microsoft account or Skype account, then we may send Service notifications to you via SMS (text message). **Data or messaging rates may apply when receiving notifications via SMS.**

d. **Support.** Customer support for the Services is available at http://support.microsoft.com.

↑Top of page

## Using Third-Party Apps and Services

5. **Using Third-Party Apps and Services.** Our Services may allow you to access or acquire

products, services, websites, links, content, material, games or applications from third parties (companies or people who aren't Microsoft) ("Third-Party Apps and Services"). Many of our Services also help you find Third-Party Apps and Services, and you understand that you are directing our Services to provide Third-Party Apps and Services to you. The Third-Party Apps and Services may also allow you to store Your Content or Data with the publisher, provider, or operator of the Third-Party Apps and Services. The Third-Party Apps and Services may present you with a privacy policy or require you to accept additional terms of use before you can install or use the Third-Party App or Service. See section 14(b) for additional terms for applications acquired through the Office Store, the Xbox Store or the Windows Store. You should review any additional terms and privacy policies before acquiring or using any Third-Party Apps and Services. Any additional terms do not modify any of these Terms. You are responsible for your dealings with third parties. Microsoft does not license any intellectual property to you as part of any Third-Party Apps and Services and is not responsible for information provided by third parties.

↑Top of page

# Service Availability

6. **Service Availability.**

a. The Services, Third-Party Apps and Services, or material or products offered through the Services may be unavailable from time to time, may be offered for a limited time, or may vary depending on your region or device. If you change the location associated with your Microsoft account, you may need to re-acquire the material or applications that were available to you and paid for in your previous region.

b. We strive to keep the Services up and running; however, all online services suffer occasional disruptions and outages, and Microsoft is not liable for any disruption or loss you may suffer as a result. In the event of an outage, you may not be able to retrieve Your Content or Data that you've stored. We recommend that you regularly backup Your Content that you store on the Services or store using Third-Party Apps and Services.

↑Top of page

# Updates to the Services or Software, and Changes to These Terms

7. **Updates to the Services or Software, and Changes to These Terms.**

a. We may change these Terms at any time, and we'll tell you when we do. Using the Services after the changes become effective means you agree to the new terms. If you don't agree to the new terms, you must stop using the Services, close your Microsoft account and/or Skype account and, if you are a parent or guardian, help your minor child close his or her Microsoft account or Skype account.

b. Sometimes you'll need software updates to keep using the Services. We may automatically check your version of the software and download software updates

or configuration changes, including those that prevent you from accessing the Services, playing counterfeit games, or using unauthorized hardware peripheral devices. You may also be required to update the software to continue using the Services. Such updates are subject to these Terms unless other terms accompany the updates, in which case, those other terms apply. Microsoft isn't obligated to make any updates available and we don't guarantee that we will support the version of the system for which you licensed the software.

c. Additionally, there may be times when we need to remove or change features or functionality of the Service or stop providing a Service or access to Third-Party Apps and Services altogether. Except to the extent required by applicable law, we have no obligation to provide a re-download or replacement of any material, Digital Goods (defined in section 14(b)(v)), or applications previously purchased. We may release the Services or their features in a beta version, which may not work correctly or in the same way the final version may work.

d. So that you can use material protected with digital rights management (DRM), like some music, games, movies and more, DRM software may automatically contact an online rights server and download and install DRM updates.

↑Top of page

# Software License

8. **Software License.** Unless accompanied by a separate Microsoft license agreement (for example, if you are using a Microsoft application that is included with and a part of Windows, then the Windows Software License Terms govern such software), and except as provided in section 14(b)(i) below for applications available through the Office Store, the Windows Store or the Xbox Store, any software provided by us to you as part of the Services is subject to these Terms.

a. If you comply with these Terms, we grant you the right to install and use one copy of the software per device on a worldwide basis for use by only one person at a time as part of your use of the Services. The software or website that is part of the Services may include third-party code. Any third-party scripts or code, linked to or referenced from the software or website, are licensed to you by the third parties that own such code, not by Microsoft. Notices, if any, for the third-party code are included for your information only.

b. The software is licensed, not sold, and Microsoft reserves all rights to the software not expressly granted by Microsoft, whether by implication, estoppel, or otherwise. This license does not give you any right to, and you may not:

i. circumvent or bypass any technological protection measures in or relating to the software or Services;
ii. disassemble, decompile, decrypt, hack, emulate, exploit, or reverse engineer any software or other aspect of the Services that is included in or accessible through the Services, except and only to the extent that the applicable copyright law expressly permits doing so;
iii. separate components of the software or Services for use on different devices;
iv. publish, copy, rent, lease, sell, export, import, distribute, or lend the software or the Services, unless Microsoft expressly authorizes you to do so;
v. transfer the software, any software licenses, or any rights to access or use

the Services;

vi. use the Services in any unauthorized way that could interfere with anyone else's use of them or gain access to any service, data, account, or network;

vii. enable access to the Services or modify any Microsoft-authorized device (e.g., Xbox One, Xbox 360, Microsoft Surface, etc.) by unauthorized third-party applications.

↑Top of page

# Payment Terms

9. **Payment Terms.** If you purchase a Service, then these payment terms apply to your purchase and you agree to them.

a. **Charges.** If there is a charge associated with a portion of the Services, you agree to pay that charge. The price stated for the Services excludes all applicable taxes and currency exchange settlements, unless stated otherwise. The price for Skype paid products includes a charge for the product and a charge for taxes. You are solely responsible for paying such taxes or other charges. Taxes are calculated based on your location at the time your Microsoft or Skype account was registered. We may suspend or cancel the Services if we do not receive an on time, full payment from you. Suspension or cancellation of the Services for non-payment could result in a loss of access to and use of your account and its content. Connecting to the Internet via a corporate or other private network which masks your location may cause charges to be different from those displayed for your actual location.

b. **Your Billing Account.** To pay the charges for a Service, you will be asked to provide a payment method at the time you sign up for that Service. You can access and change your billing information and payment method on the Microsoft account management website and for your Skype billing account by signing into your account at www.skype.com. Additionally, you agree to permit Microsoft to use any updated account information regarding your selected payment method provided by your issuing bank or the applicable payment network. You agree to keep your billing account and contact information current at all times. Changes made to your billing account will not affect charges we submit to your billing account before we could reasonably act on your changes to your billing account.

c. **Billing.** By providing Microsoft with a payment method, you (i) represent that you are authorized to use the payment method that you provided and that any payment information you provide is true and accurate; (ii) authorize Microsoft to charge you for the Services or available content using your payment method; and (iii) authorize Microsoft to charge you for any paid feature of the Services that you choose to sign up for or use while these Terms are in force. We may bill you (a) in advance; (b) at the time of purchase; (c) shortly after purchase; or (d) on a recurring basis for subscription Services. Also, we may charge you up to the amount you have approved, and we will notify you in advance of any change in the amount to be charged for recurring subscription Services. We may bill you at the same time for more than one of your prior billing periods for amounts that haven't previously been processed.

d. **Recurring Payments.** When you purchase the Services on a subscription basis (e.g., monthly, every 3 months or annually (as applicable)), you acknowledge and

agree that you are authorizing recurring payment, and payments shall be made to Microsoft by the method you have chosen at the recurring intervals chosen by you, until the subscription for that Service is terminated by you or by Microsoft. By authorizing recurring payments, you are authorizing Microsoft to process such payments as either electronic debits or fund transfers, or as electronic drafts from your designated account (in the case of Automated Clearing House or similar payments), or as charges to your designated account (in the case of credit card or similar payments) (collectively, "Electronic Payments"). Subscription fees are generally billed or charged in advance of the applicable subscription period. If any payment is returned unpaid or if any credit card or similar transaction is rejected or denied, Microsoft or its service providers reserve the right to collect any applicable return item, rejection or insufficient funds fee and to process any such payment as an Electronic Payment.

e. **Automatic Renewal.** Provided that automatic renewals are allowed in your state, we will inform you by email before automatically renewing your Services, unless purchased on a subscription basis. Once we have informed you that the Services will be automatically renewed, we may automatically renew your Services and charge you the then current price for the renewal term. We will also remind you that we will bill your chosen payment method for the Services renewal, whether it was on file on the renewal date or provided later. We will also provide you with instructions on how you may cancel the Services. You must cancel the Services before the renewal date to avoid being billed for the renewal.

f. **Online Statement and Errors.** Microsoft will provide you with an online billing statement on the Microsoft account management website, where you can view and print your statement. For Skype accounts you can access your online statement by signing into your account at www.skype.com. This is the only billing statement that we provide. If we make an error on your bill, you must tell us within 90 days after the error first appears on your bill. We will then promptly investigate the charge. If you do not tell us within that time, you release us from all liability and claims of loss resulting from the error and we won't be required to correct the error or provide a refund. If Microsoft has identified a billing error, we will correct that error within 90 days.

g. **Refund Policy.** Unless otherwise provided by law or by a particular Service offer, all purchases are final and non-refundable. If you believe that Microsoft has charged you in error, you must contact us within 90 days of such charge. No refunds will be given for any charges more than 90 days old. We reserve the right to issue refunds or credits at our sole discretion. If we issue a refund or credit, we are under no obligation to issue the same or similar refund in the future. This refund policy does not affect any statutory rights that may apply. For more refund information, please visit our help topic.

h. **Canceling the Services.** You may cancel a Service at any time, with or without cause. To cancel a Service and request a refund, if you are entitled to one, visit the Microsoft account management website. You can request a refund from Skype using the Cancellation and Refund form. You should refer back to the offer describing the Services as (i) you may not receive a refund at the time of cancellation; (ii) you may be obligated to pay cancellation charges; (iii) you may be obligated to pay all charges made to your billing account for the Services before the date of cancellation; or (iv) you may lose access to and use of your account when you cancel the Services. If you cancel, your access to the Services ends at the end of your current Service period or, if we bill your account on a periodic basis, at the end of the period in which you canceled.

i. **Trial-Period Offers.** If you are taking part in any trial-period offer, you must cancel the trial Service(s) by the end of the trial period to avoid incurring new charges, unless we notify you otherwise. If you do not cancel the trial Service(s) by the end of the trial period, we may charge you for the Service(s).

j. **Promotional Offers.** From time to time, Microsoft may offer Services for a trial period during which Microsoft will not charge you for the Services. Microsoft reserves the right to charge you for such Services (at the normal rate) in the event that Microsoft determines (in its reasonable discretion) that you are breaching the terms and conditions of the offer.

k. **Price Changes.** We may change the price of the Services at any time and if you have a recurring purchase, we will notify you by email at least 15 days before the price change. If you do not agree to the price change, you must cancel and stop using the Services before the price change takes effect. If there is a fixed term and price for your Service offer, that price will remain in force for the fixed term.

l. **Payments to You.** If we owe you a payment, then you agree to timely and accurately provide us with any information we need to get that payment to you. You are responsible for any taxes and charges you may incur as a result of this payment to you. You must also comply with any other conditions we place on your right to any payment. If you receive a payment in error, we may reverse or require return of the payment. You agree to cooperate with us in our efforts to do this. We may also reduce the payment to you without notice to adjust for any previous overpayment.

m. **Gift Cards.** Redemption and use of gift cards (other than Skype gift cards) are governed by the Microsoft Gift Card Terms and Conditions. Information on Skype gift cards is available on Skype's Help page.

↑Top of page

## Contracting entity, choice of law, jurisdiction

10. **Contracting Entity.** For use of free, consumer Skype-branded Services, you're contracting with, and all references to "Microsoft" in these Terms shall mean, Skype Software S.à.r.l, 23 – 29 Rives de Clausen, L-2165 Luxembourg, and for paid, consumer Skype-branded Services, you're contracting with, and all references to "Microsoft" in these Terms shall mean, Skype Communications S.à.r.l, 23 – 29 Rives de Clausen, L-2165 Luxembourg. For all other Services, you're contracting with Microsoft Corporation, One Microsoft Way, Redmond, WA 98052, U.S.A.

11. **Choice of Law and Place to Resolve Disputes.** If you live in (or, if a business, your principal place of business is in) the United States, the laws of the state where you live govern all claims, regardless of conflict of law principles, except that the Federal Arbitration Act governs all provisions relating to arbitration. You and we irrevocably consent to the exclusive jurisdiction and venue of the state or federal courts in King County, Washington, for all disputes arising out of or relating to these Terms or the Services that are heard in court (excluding arbitration and small claims court).

↑Top of page

# Warranties

12. **Warranties. MICROSOFT, AND OUR AFFILIATES, RESELLERS, DISTRIBUTORS, AND VENDORS, MAKE NO WARRANTIES, EXPRESS OR IMPLIED, GUARANTEES OR CONDITIONS WITH RESPECT TO YOUR USE OF THE SERVICES. YOU UNDERSTAND THAT USE OF THE SERVICES IS AT YOUR OWN RISK AND THAT WE PROVIDE THE SERVICES ON AN "AS IS" BASIS "WITH ALL FAULTS" AND "AS AVAILABLE." YOU BEAR THE ENTIRE RISK OF USING THE SERVICES. MICROSOFT DOESN'T GUARANTEE THE ACCURACY OR TIMELINESS OF INFORMATION AVAILABLE FROM THE SERVICES. TO THE EXTENT PERMITTED UNDER YOUR LOCAL LAW, WE EXCLUDE ANY IMPLIED WARRANTIES, INCLUDING FOR MERCHANTABILITY, SATISFACTORY QUALITY, FITNESS FOR A PARTICULAR PURPOSE, WORKMANLIKE EFFORT, AND NON-INFRINGEMENT. YOU MAY HAVE CERTAIN RIGHTS UNDER YOUR LOCAL LAW. NOTHING IN THESE TERMS IS INTENDED TO AFFECT THOSE RIGHTS, IF THEY ARE APPLICABLE. YOU ACKNOWLEDGE THAT COMPUTER AND TELECOMMUNICATIONS SYSTEMS ARE NOT FAULT-FREE AND OCCASIONAL PERIODS OF DOWNTIME OCCUR. WE DO NOT GUARANTEE THE SERVICES WILL BE UNINTERRUPTED, TIMELY, SECURE, OR ERROR-FREE OR THAT CONTENT LOSS WON'T OCCUR, NOR DO WE GUARANTEE ANY CONNECTION TO OR TRANSMISSION FROM THE COMPUTER NETWORKS.**

↑Top of page

# Limitation of Liability

13. **Limitation of Liability. If you have any basis for recovering damages (including breach of these Terms), you agree that your exclusive remedy is to recover, from Microsoft or any affiliates, resellers, distributors, Third-Party Apps and Services providers, and vendors, direct damages up to an amount equal to your Services fee for the month during which the breach occurred (or up to $10.00 if the Services are free). You can't recover any other damages or losses, including, without limitation, direct, consequential, lost profits, special, indirect, incidental, or punitive.** These limitations and exclusions apply even if this remedy doesn't fully compensate you for any losses or fails of its essential purpose or if we knew or should have known about the possibility of the damages. To the maximum extent permitted by law, these limitations and exclusions apply to anything or any claims related to these Terms, the Services, or the software related to the Services.

↑Top of page

# Service-Specific Terms

14. **Service-Specific Terms.** The terms before and after section 14 apply generally to all Services. This section contains service-specific terms that are in addition to the general terms.

↑Top of page

# Xbox Live and Microsoft Studios Games and Applications

a. **Xbox Live and Microsoft Studios Games and Applications.**

i. **Personal Noncommercial Use.** Xbox Live, Games for Windows Live and Microsoft Studios games, applications, services and content provided by Microsoft (collectively, the "**Xbox Services**") are only for your personal and noncommercial use.

ii. **Sharing Limited Account Information.** As part of delivering the Xbox Services, we make information pertaining to your gamertag, gameplay, Your Content that you make public, and activity on and usage of any Xbox Service available for the operation and delivery of (a) other Xbox Services and (b) third-party games that use Xbox Services. If you choose to link your Microsoft Xbox Services account with your account on a non-Microsoft service (for example, a non-Microsoft game publisher of Third-Party Apps and Services), you agree that: (a) Microsoft may share limited account information (including without limitation gamertag, gamerscore, game score, game history, and friends list), with that non-Microsoft party as stated in the Microsoft Privacy Statement, and (b) if allowed by your Xbox privacy settings, the non-Microsoft party may also have access to Your Content from in-game communications when you are signed into your account with that non-Microsoft party. Also, if allowed by your Xbox privacy settings, Microsoft can publish your gamertag and games that you've played in email to people on your Xbox friends list.

iii. **Your Content.** As part of building the Xbox Services community, you grant to Microsoft, its affiliates and sublicensees the right to use, modify, reproduce, distribute, and display Your Content or your name, gamertag, motto, or avatar that you posted for any Xbox Services.

iv. **Game Managers.** Some games may use game managers and hosts. Game managers and hosts are not authorized Microsoft spokespersons. Their views do not necessarily reflect those of Microsoft.

v. **Kids on Xbox.** If you are a minor using Xbox Live, your parent or guardian may have control over many aspects of your account and may receive reports about your use of Xbox Live.

vi. **Game Currency or Virtual Goods.** The Services may include a virtual, game currency (like gold, coins or points) that may be purchased from Microsoft using actual monetary instruments if you have reached the age of "majority" where you live. The Services may also include virtual, digital items or goods that may be purchased from Microsoft using actual monetary instruments or using game currency. Game currency and virtual goods may never be redeemed for actual monetary instruments, goods or other items of monetary value from Microsoft or any other party. Other than a limited, personal, revocable, non-transferable, non-sublicensable license to use the game currency and virtual goods in the Services only, you have no right or title in or to any such game currency or virtual goods appearing or originating in the Services, or any other attributes associated with use of the Services or stored within the Services. Microsoft may at any time regulate, control, modify and/or eliminate the game currency and/or virtual goods as it sees fit in its sole

discretion.

↑Top of page

# Store

b. **Store.** "Store" refers to a Service that allows you to browse, download, purchase, and rate and review applications (the term "application" includes games) and other digital content. These Terms cover use of Office Store, Xbox Store and Windows Store. "Office Store" means a Store for Office products and apps for Office, SharePoint, Exchange, Access and Project (2013 versions or later). "Windows Store" means a Store for Windows devices such as phone, PC and tablet, or any other experience that is branded Windows Store. "Xbox Store" means a Store for Xbox ONE and Xbox 360 consoles, or any other experience that is branded Xbox Store.

i. **License Terms.** We will identify the publisher of each application available in the relevant Store. The Standard Application License Terms (**"SALT"**) at the end of these Terms are an agreement between you and the application publisher setting forth the license terms that apply to your use of an application you download through the Windows Store or the Xbox Store, unless different license terms are provided with the application. Applications downloaded through the Office Store are not governed by the SALT and have separate license terms that apply. Section 5 of these Terms applies to any Third-Party Apps and Services acquired through a Store.

ii. **Updates.** Microsoft will automatically check for and download updates to your applications, even if you're not signed into the relevant Store. You can change your Store or system settings if you prefer not to receive automatic updates to Store apps. However, certain Office Store apps that are entirely or partly hosted online may be updated at any time by the app developer and may not require your permission to update.

iii. **Private Store Experiences.** Some business organizations may provide access to a "private store" experience for their employees, contractors, and agents. These Terms do not cover use of a private store (if any); these Terms only cover your personal, noncommercial use of the Stores.

iv. **Ratings and Reviews.**If you rate or review an application in a Store, you may receive email from Microsoft containing content from the publisher of the application. Any such email comes from Microsoft; we do not share your email address with any publishers of applications you acquire through the Store.

v. **When you obtain music, video or books directly from Microsoft, the following terms apply:** Through the Windows Store and/or the Xbox Store, Microsoft may enable you to obtain, listen to, view, and/or read (as the case may be) music, images, video, text, or other material (**"Digital Goods"**) that you may get in digital form. The Digital Goods are only for your personal, noncommercial entertainment use. You agree not to redistribute, broadcast, publicly perform or publicly display or transfer any copies of the Digital Goods obtained through any of the Stores. Digital Goods may be owned by Microsoft or by third parties. However, in all circumstances, you understand and acknowledge that your rights with respect to Digital Goods are limited by these Terms, copyright law, and the usage rules located at http://www.xbox.com/usagerules. You agree that you will not attempt to

modify any Digital Goods obtained through any of the Stores for any reason whatsoever, including for the purpose of disguising or changing ownership or source of the Digital Goods. Microsoft and/or the owners of the Digital Goods may, from time to time, remove Digital Goods from the Stores without notice.

vi. **Safety Warning.** To avoid possible injury or eye strain, you should take periodic breaks from use of applications available through a Store, especially if you feel any pain or fatigue resulting from usage. A very small percentage of people may experience seizures when exposed to certain visual images like flashing lights or patterns that may appear in applications. Even people with no history of seizures may have an undiagnosed condition that can cause these seizures. Symptoms may include lightheadedness, altered vision, twitching, jerking or shaking of limbs, disorientation, confusion, loss of consciousness, or convulsions. Immediately stop using and consult a doctor if you experience any of these symptoms, or consult a doctor before using the applications if you've ever suffered symptoms linked to seizures. Parents should monitor their children's use of applications for signs of symptoms.

↑Top of page

# Microsoft Family

c. **Microsoft Family.** Parents and kids can use Microsoft Family to build trust based on a shared understanding of what behaviors, websites, apps, games, physical locations, and spending is right in their family. Parents can create a "Family" by going to https://account.microsoft.com/family (or by following the instructions on their Windows device or Xbox console) and inviting kids or other parents to join. There are many features available to Family members, so please carefully review the information provided when you agree to create or join a "Family." By creating or joining a "Family," you represent that you will use the "Family" in accordance with its purpose and won't use it in an unauthorized way to unlawfully gain access to another person's information.

↑Top of page

# Skype

d. **Skype.**

i. **No Access to Emergency Services.** There are important differences between traditional telephone services and Skype. Skype is not required to offer access to Emergency Services under any applicable local and/or national rules, regulations, or law. Skype's software and products are not intended to support or carry emergency calls to any type of hospitals, law enforcement agencies, medical care units or any other kind of services that connect a user to emergency services personnel or public safety answering points (**"Emergency Services"**). You acknowledge and agree that: (i) it is your responsibility to purchase traditional wireless (mobile) or fixed-line telephone services that offer access to Emergency Services, and (ii) Skype is not a replacement for your primary telephone service.

ii. **APIs or Broadcasting.** If you want to use Skype in connection with any broadcast, you must comply with the "Broadcast TOS" at http://www.skype.com/go/legal.broadcast. If you want to use any application program interface ("API") exposed or made available by Skype you must comply with the applicable licensing terms, which are available at www.skype.com/go/legal.

iii. **Fair Use Policies.** Fair usage policies may apply to your use of Skype. Please review these policies which are designed to protect against fraud and abuse and may place limits on the type, duration or volume of calls or messages that you are able to make. These policies are incorporated in these Terms by reference. You can find these policies at: http://www.skype.com/go/terms.fairusage/

iv. **Mapping.** Skype contains features that allow you to submit information to, or plot yourself on a map using, a mapping service. By using those features, you agree to these Terms and the Google Maps terms available at http://www.google.com/intl/en_ALL/help/terms_maps.html.

v. **Government Users.** If you wish to use a business account and/or Skype Manager on behalf of the U.S. Government or an agency of the U.S. Government, these Terms do not apply to that use. For applicable terms and/or further information, please contact usgovusers@skype.net.

vi. **Personal/Noncommercial Use.** The use of Skype is for your personal and noncommercial use. You are permitted to use your personal Skype account at work for your own business communications.

vii. **Skype Number/Skype To Go.** If Skype provides you with a Skype Number or Skype To Go number, you agree that you do not own the number or have a right to retain that number forever.

viii. **Skype Manager.** A "Managed Account" is a Skype account that is created and managed by you, acting as an individual administrator of your Skype Manager and not as a business entity. You may appoint additional administrators to your Skype Manager subject to their acceptance of these Terms. You are responsible for all use of your Managed Accounts. Managed Accounts are for individual use only and may not be shared. If you allocate Skype Numbers to a Managed Account, you are responsible for compliance with any requirements related to the residency or location of your Managed Account users. If you choose to delete a Managed Account, any allocated subscriptions or unclaimed Skype Credit or Skype Numbers may be lost and Your Content or material associated with the deleted Managed Account will no longer be accessible by you. Skype reserves the right to cancel Managed Accounts that have been inactive for more than one year. You agree to process any personal information of your Managed Account users in accordance with all applicable data protection laws.

ix. **Skype Charges.** Skype paid products are sold to you by Skype Communications S.à.r.l, however the seller-of-record accountable for taxes is Skype Communications US Corporation. Taxes means the amount of taxes, regulatory fees, surcharges or other fees that we are required to collect from you and must pay to any United States (federal, state or local) or foreign government, agency, commission or quasi-governmental body as a result of our provision of Skype paid products to you. These taxes are listed at www.skype.com/go/ustax. All prices for Skype paid products are inclusive of a

charge for your product and a charge for taxes, unless otherwise stated. The charges payable for calling phones outside of a subscription consist of a connection fee (charged once per call) and a per-minute rate as set out at www.skype.com/go/allrates. Call charges will be deducted from your Skype Credit balance. Skype may change its calling rates at any time without notice to you by posting such change at www.skype.com/go/allrates. The new rate will apply to your next call after publication of the new rates. Please check the latest rates before you make your call. Fractional call minutes and fractional cent charges will be rounded up to the next whole unit.

x. **Skype Credit.** Skype does not guarantee that you will be able to use your Skype Credit balance to purchase all Skype paid products. If you do not use your Skype Credit for a period of 180 days, Skype will place your Skype Credit on inactive status. You can reactivate the Skype Credit by following the reactivation link at http://www.skype.com/go/store.reactivate.credit. You can enable the Auto Recharge feature when you buy Skype Credit by ticking the appropriate box. If enabled, your Skype Credit balance will be recharged with the same amount and by your chosen payment method every time your Skype account balance goes below the threshold set by Skype from time to time. If you purchased a subscription with a payment method other than credit card, PayPal or Moneybookers (Skrill), and you have enabled Auto-Recharge, your Skype Credit balance will be recharged with the amount necessary to purchase your next recurring subscription. You can disable Auto-Recharge at any time by accessing and changing your settings in your Skype account.

↑Top of page

# Bing and MSN

e. **Bing and MSN.**

i. **Bing and MSN Materials.** The articles, text, photos, maps, videos, video players, and third-party material available on Bing and MSN are for your noncommercial, personal use only. Other uses, including downloading, copying, or redistributing these materials, are permitted only to the extent specifically authorized by Microsoft or rights holders, or allowed by applicable copyright law. Microsoft or other rights holders reserve all rights to the material not expressly granted by Microsoft under the license terms, whether by implication, estoppel, or otherwise.

ii. **Bing Maps.** You may not use Bird's eye imagery of the United States, Canada, Mexico, New Zealand, Australia or Japan for governmental use without our separate written approval.

↑Top of page

# Bing Rewards

iii. **Bing Rewards.** Bing Rewards (the **"Program"**) enables you to earn redeemable credits for your searches as well as through offers from other Microsoft services. A search is the act of an individual user manually entering

text for the good faith purpose of obtaining Bing search results for such user's own research purposes and does not include any query entered by a bot, macro, or other automated or fraudulent means of any kind (**"Search"**). Microsoft in its sole discretion determines what constitutes a Search that qualifies for credits. Your earned credits, whether through Search or other offers, can be redeemed for items, discounts, or donations to nonprofit organizations (**"Rewards"**) in the redemption center. For more information see the Frequently Asked Questions (**"FAQ"**).

1. *Program Requirements.* You need a valid Microsoft account and your devices must meet the minimum system requirements. The Program is open to users who reside in the 50 United States or the District of Columbia and who are at least 13 years of age. Individuals can have no more than one Program account and households are limited to five accounts.

2. *Credits.* Except for donating your credits to a nonprofit organization listed in the redemption center, you cannot transfer credits. Credits are not your personal property, and you may not obtain any cash or money in exchange for them. Microsoft may limit the quantity of credits or Rewards per person, per household, or over a set period (e.g., a day). You may redeem no more than 55,000 credits per calendar year in the Program. Credits earned in the Program are not valid in, and may not be used in combination with, any other program offered by Microsoft or third parties. Unredeemed credits expire if you do not earn any credits for 180 days.

3. *Rewards.* You may redeem your credits by visiting the redemption center or you may contribute credits to a listed nonprofit organization. There may be a limited number of a particular Reward available, and those Rewards will be delivered on a first-come, first-served basis. You may be required to provide additional information, like your mailing address and a telephone number (other than a VOIP or toll-free number), and you may also be asked to enter a fraud-prevention code or sign additional legal documents in order to redeem credits for Rewards. Once you order a Reward, you cannot cancel it or return it for a refund of credits. If you order a Reward that is out of stock or unavailable for other reasons Microsoft determines in its sole discretion, we may substitute a Reward of comparable value or refund your credits. Some Rewards may have age eligibility requirements. You are responsible for all federal, state, and local taxes and any other costs of accepting and using the Reward. Rewards will be emailed to the email address you provide when ordering your Reward, so keep your email address up to date. Rewards that are undeliverable will not be reissued and are therefore forfeited. Rewards are not for resale.

4. *Cancelling Your Participation in the Program.* Microsoft reserves the right to cancel the Program account of a specific user at our discretion. Such cancellation or suspension may be without cause and we are under no obligation to provide a reason. Upon Program cancellation (by you or us) or if the Program is suspended, you will have 90 days to redeem your credits; otherwise, those credits will be forfeited. At the point of cancellation, your right to use the Program and accrue future credits ends.

5. *Other Conditions.* Microsoft reserves the right to disqualify you; disable your access to the Program or your Rewards account; and/or withhold credits, Rewards and charitable contributions, if Microsoft believes you are tampering with or abusing any aspect of the Program or may be engaging

in activities that violate these Terms.

↑Top of page

## Cortana

f. **Cortana.** Cortana is Microsoft's personal assistant Service. Cortana provides information for your planning purposes only and you should exercise your own independent judgment when reviewing and relying on this information. Microsoft does not guarantee the accuracy, completeness, reliability, availability or timeliness of inferences and personalized experiences provided by Cortana. Microsoft is not responsible if a Cortana communication management feature delays or prevents you from reviewing or sending a communication.

↑Top of page

## Outlook.com

g. **Outlook.com.** The Outlook.com (or @msn, @hotmail, or @live) email address that you use to create your Microsoft account will be unique to you for as long as your Outlook.com inbox or Microsoft account is still active. In the event your Outlook.com inbox or Microsoft account is closed either by you or by Microsoft pursuant to these Terms, the email address or username may be recycled into our system and assigned to another user.

↑Top of page

## Office-based Services

h. **Office-based Services.** Office consumer-based services, applications, or products (including Sway and OneNote) are for your personal, noncommercial use, unless you have commercial use rights under a separate agreement with Microsoft.

↑Top of page

## HealthVault

i. **HealthVault.** HealthVault is intended for you to store your personal health-related information and information about other people (such as your family) with their consent. HealthVault accounts are not for use by healthcare providers or for any other commercial or non-personal purpose. The information in your account may not always be accurate or up-to-date and should be viewed by any health care provider as informational only. The HealthVault Service does not hold records for healthcare providers or other medical or case management purposes. For example,

HealthVault records are not designated record sets as defined under U.S. regulations. If a healthcare provider decides to include any data made available from HealthVault in its records, it should store a copy in its own system. If there is a co-custodian of a record in your account (because one of you invited the other), you acknowledge that the co-custodian has full control over that record and may cancel your access to the record, manage other peoples' access to the record, and view the record's data including how and when the record is used. Microsoft does not support non-Microsoft credentials (such as Facebook and OpenID), so HealthVault customer support will not be able to help with sign-in issues for those. If you lose your sign-in credentials, or if the account where you got your credentials closes, you will not be able to recover your stored data. To help maintain continued access, we suggest you use more than one sign-in credential with your HealthVault account. Microsoft does not endorse or control, and is not responsible for, the operation, support, or security of non-Microsoft credentials you may use.

↑Top of page

## Binding Arbitration and Class Action Waiver

15. **Binding Arbitration and Class Action Waiver If You Live In (or If a Business Your Principal Place of Business Is In) the United States.** We hope we never have a dispute, but if we do, you and we agree to try for 60 days to resolve it informally. If we can't, you and we agree to **binding individual arbitration before the American Arbitration Association ("AAA") under the Federal Arbitration Act ("FAA"), and not to sue in court in front of a judge or jury**. Instead, a neutral arbitrator will decide and the arbitrator's decision will be final except for a limited right of appeal under the FAA. **Class action lawsuits, class-wide arbitrations, private attorney-general actions, and any other proceeding where someone acts in a representative capacity aren't allowed. Nor is combining individual proceedings without the consent of all parties.**"We," "our," and "us" includes Microsoft, Skype (see section 10) and Microsoft's affiliates and, if you use Skype Pay by Mobile, your mobile phone carrier.

a. **Disputes Covered—Everything Except IP.** The term "dispute" is as broad is it can be. It includes any claim or controversy between you and us concerning the Services, the software related to the Services, the Services' or software's price, your Microsoft account, your Skype account, or these Terms, under any legal theory including contract, warranty, tort, statute, or regulation, **except disputes relating to the enforcement or validity of your, your licensors', our, or our licensors' intellectual property rights**.

b. **Mail a Notice of Dispute First.** If you have a dispute and our customer service representatives can't resolve it, send a Notice of Dispute by U.S. Mail to **Microsoft Corporation, ATTN: LCA ARBITRATION, One Microsoft Way, Redmond, WA 98052-6399, U.S.A.** (or to your mobile phone carrier at its principal place of business in the United States marked ATTN: Legal Department). Tell us your name, address, how to contact you, what the problem is, and what you want. A form is available at http://go.microsoft.com/fwlink/?LinkId=245499. We'll do the same if we have a dispute with you. After 60 days, you or we may start an arbitration if the dispute is unresolved.

c. **Small Claims Court Option.** Instead of mailing a Notice of Dispute, you may sue

us in small claims court in your county of residence (or if a business your principal place of business) or King County, Washington, U.S.A. if you meet the court's requirements. We hope you'll mail a Notice of Dispute and give us 60 days to try to work it out, but you don't have to before going to small claims court.

d. **Arbitration Procedure.** The AAA will conduct any arbitration under its Commercial Arbitration Rules (or if you are an individual and use the Services for personal or household use, or if the value of the dispute is $75,000 or less whether or not you are an individual or how you use the Services, its Consumer Arbitration Rules). For more information, see www.adr.org or call 1-800-778-7879. To start an arbitration, submit the form available at http://go.microsoft.com/fwlink/?LinkId=245497 to the AAA and mail a copy to us. In a dispute involving $25,000 or less, any hearing will be telephonic unless the arbitrator finds good cause to hold an in-person hearing instead. Any in-person hearing will take place in your county of residence (or if a business your principal place of business) or our principal place of business—King County, Washington if your dispute is with Microsoft. You choose. The arbitrator may award the same damages to you individually as a court could. The arbitrator may award declaratory or injunctive relief only to you individually to satisfy your individual claim.

e. **Arbitration Fees and Payments.**

i. **Disputes Involving $75,000 or Less.** We will promptly reimburse your filing fees and pay the AAA's and arbitrator's fees and expenses. If you reject our last written settlement offer made before the arbitrator was appointed, your dispute goes all the way to an arbitrator's decision (called an "award"), and the arbitrator awards you more than this last written offer, we will: (i) pay the greater of the award or $1,000; (ii) pay your reasonable attorney's fees, if any; and (iii) reimburse any expenses (including expert witness fees and costs) that your attorney reasonably accrues for investigating, preparing, and pursuing your claim in arbitration. The arbitrator will determine the amount of fees, costs, and expenses unless you and we agree on them.

ii. **Disputes Involving More than $75,000.** The AAA rules will govern payment of filing fees and the AAA's and arbitrator's fees and expenses.

iii. **Disputes Involving Any Amount.** If you start an arbitration, we won't seek our AAA or arbitrator's fees and expenses, or your filing fees we reimbursed, unless the arbitrator finds the arbitration frivolous or brought for an improper purpose. If we start an arbitration, we will pay all filing, AAA, and arbitrator's fees and expenses. We won't seek our attorney's fees or expenses from you in any arbitration. Fees and expenses are not counted in determining how much a dispute involves.

f. **Conflict with AAA Rules.** These Terms govern to the extent they conflict with the AAA's Commercial Arbitration Rules or Consumer Arbitration Rules.

g. **Must File Within One Year.** You and we must file in small claims court or arbitration any claim or dispute (except intellectual property disputes—see section 15.a) within one year from when it first could be filed. Otherwise, it's permanently barred.

h. **Rejecting Future Arbitration Changes.** You may reject any change we make to section 15 (except address changes) by sending us notice within 30 days of the change by U.S. Mail to the address in section 15.b. If you do, the most recent version of section 15 before the change you rejected will apply.

i. **Severability.** If the class action waiver is found to be illegal or unenforceable as to all or some parts of a dispute, then those parts won't be arbitrated but will proceed in court, with the rest proceeding in arbitration. If any other provision of section 15 is found to be illegal or unenforceable, that provision will be severed but the rest of section 15 still applies.

j. **Mobile Phone Carrier as Third-Party Beneficiary.** If you use Skype Pay by Mobile, your mobile phone carrier is a third-party beneficiary of your agreement with Microsoft and Skype to resolve disputes through informal negotiation and arbitration. Your mobile phone carrier agrees to do everything Microsoft and Skype agree to do in section 15.

↑Top of page

## Miscellaneous

16. **Miscellaneous.** This section, and sections 1, 9 (for amounts incurred before the end of these Terms), 10, 11, 12, 13, 15, and those that by their terms apply after the Terms end will survive any termination or cancellation of these Terms. We may assign these Terms, in whole or in part, at any time without notice to you. You may not assign your rights or obligations under these Terms or transfer any rights to use the Services. This is the entire agreement between you and Microsoft for your use of the Services. It supersedes any prior agreements between you and Microsoft regarding your use of the Services. All parts of these Terms apply to the maximum extent permitted by relevant law. If a court or arbitrator holds that we can't enforce a part of these Terms as written, we may replace those terms with similar terms to the extent enforceable under the relevant law, but the rest of these Terms won't change. Section 15(i) says what happens if parts of section 15 (arbitration and class action waiver) are found to be illegal or unenforceable. Section 15(i) prevails over this section if inconsistent with it. Except for Section 15 (arbitration and class action waiver) these Terms are solely for your and our benefit; they aren't for the benefit of any other person, except for Microsoft's successors and assigns.

17. **Export Laws.** You must comply with all domestic and international export laws and regulations that apply to the software and/or Services, which include restrictions on destinations, end users, and end use. For further information on geographic and export restrictions, visit http://go.microsoft.com/fwlink/?linkid=141397 and http://www.microsoft.com/exporting.

18. **Unsolicited Ideas.** Microsoft does not consider or accept unsolicited proposals or ideas, including without limitation ideas for new products, technologies, promotions, product names, product feedback and product improvements (**"Unsolicited Feedback"**). If you send any Unsolicited Feedback to Microsoft through the Services or otherwise, you acknowledge and agree that Microsoft shall not be under any obligation of confidentiality with respect to the Unsolicited Feedback.

↑Top of page

## NOTICES

**Notices and procedure for making claims of intellectual property infringement.**

Microsoft respects the intellectual property rights of third parties. If you wish to send a notice of intellectual property infringement, including claims of copyright infringement, please use our procedures for submitting Notices of Infringement. **ALL INQUIRIES NOT RELEVANT TO THIS PROCEDURE WILL NOT RECEIVE A RESPONSE.**

Microsoft uses the processes set out in Title 17, United States Code, Section 512 to respond to notices of copyright infringement. In appropriate circumstances, Microsoft may also disable or terminate accounts of users of Microsoft services who may be repeat infringers.

**Notices and procedures regarding intellectual property concerns in advertising.** Please review our Intellectual Property Guidelines regarding intellectual property concerns on our advertising network.

**Copyright and trademark notices.** The Services are copyright © 2015 Microsoft Corporation and/or its suppliers, One Microsoft Way, Redmond, WA 98052, U.S.A. All rights reserved. Microsoft and the names, logos, and icons of all Microsoft products, software, and services may be either trademarks or registered trademarks of Microsoft in the United States and/or other countries. The names of actual companies and products may be the trademarks of their respective owners. Any rights not expressly granted in these Terms are reserved. Certain software used in certain Microsoft website servers is based in part on the work of the Independent JPEG Group. Copyright © 1991-1996 Thomas G. Lane. All rights reserved. "gnuplot" software used in certain Microsoft website servers is copyright © 1986-1993 Thomas Williams, Colin Kelley. All rights reserved.

**Medical notice.** Microsoft does not provide medical or any other health care advice, diagnosis, or treatment. Always seek the advice of your physician or other qualified health care provider with any questions you may have regarding a medical condition, diet, fitness, or wellness program. Never disregard professional medical advice or delay in seeking it because of information you accessed on or through the Services.

**Stock quotes and index data (including index values).** © 2013 Morningstar, Inc. All Rights Reserved. The information contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information. Past performance is no guarantee of future results.

You may not use any of the Dow Jones Indexes℠, index data, or the Dow Jones marks in connection with the issuance, creation, sponsorship, trading, marketing, or promotion of any financial instruments or investment products (for example, derivatives, structured products, investment funds, exchange-traded funds, investment portfolios, etc., where the price, return and/or performance of the instrument or investment product is based on, related to, or intended to track any of the Indexes or a proxy for any of the Indexes) without a separate written agreement with Dow Jones.

**Financial notice.** Microsoft isn't a broker/dealer or registered investment advisor under United States federal securities law or securities laws of other jurisdictions and doesn't advise individuals as to the advisability of investing in, purchasing, or selling securities or other financial products or services. Nothing contained in the Services is an offer or solicitation to buy or sell any security. Neither Microsoft nor its licensors of stock quotes or index data endorse or recommend any particular financial products or services. Nothing in the Services is intended to be professional advice, including but not limited to, investment or tax advice.

**Notice about the H.264/AVC, MPEG-4 Visual, and VC-1 Video Standards.** The software may include H.264/AVC, MPEG-4 Visual and/or VC-1 codec technology that may be licensed by MPEG LA, L.L.C. This technology is a format for data compression of video

information. MPEG LA, L.L.C. requires this notice:

THIS PRODUCT IS LICENSED UNDER THE H.264/AVC, MPEG-4 VISUAL, AND THE VC-1 PATENT PORTFOLIO LICENSES FOR THE PERSONAL AND NONCOMMERCIAL USE OF A CONSUMER TO (A) ENCODE VIDEO IN COMPLIANCE WITH THE STANDARDS ("VIDEO STANDARDS") AND/OR (B) DECODE H.264/AVC, MPEG-4 VISUAL, AND VC-1 VIDEO THAT WAS ENCODED BY A CONSUMER ENGAGED IN A PERSONAL AND NONCOMMERCIAL ACTIVITY AND/OR WAS OBTAINED FROM A VIDEO PROVIDER LICENSED TO PROVIDE SUCH VIDEO. NONE OF THE LICENSES EXTEND TO ANY OTHER PRODUCT REGARDLESS OF WHETHER SUCH PRODUCT IS INCLUDED WITH THIS SOFTWARE IN A SINGLE ARTICLE. NO LICENSE IS GRANTED OR SHALL BE IMPLIED FOR ANY OTHER USE. ADDITIONAL INFORMATION MAY BE OBTAINED FROM MPEG LA, L.L.C. SEE THE MPEG LA WEBSITE.

For clarification purposes only, this notice does not limit or inhibit the use of the software provided under these Terms for normal business uses that are personal to that business which do not include (i) redistribution of the software to third parties, or (ii) creation of material with the VIDEO STANDARDS compliant technologies for distribution to third parties.

↑Top of page

# STANDARD APPLICATION LICENSE TERMS

**STANDARD APPLICATION LICENSE TERMS**

**WINDOWS STORE AND XBOX STORE**

These license terms are an agreement between you and the application publisher. Please read them. They apply to the software applications you download from the Windows Store or the Xbox Store, including any updates or supplements for the application, unless the application comes with separate terms, in which case those terms apply.

**BY DOWNLOADING OR USING THE APPLICATION, OR ATTEMPTING TO DO ANY OF THESE, YOU ACCEPT THESE TERMS. IF YOU DO NOT ACCEPT THEM, YOU HAVE NO RIGHT TO AND MUST NOT DOWNLOAD OR USE THE APPLICATION.**

**The application publisher means the entity licensing the application to you, as identified in the Windows Store or Xbox Store.**

**If you comply with these license terms, you have the rights below.**

1. **INSTALLATION AND USE RIGHTS; EXPIRATION.** For applications you download from the Windows Store: (a) you may install and use the application on a Windows device or devices that are affiliated with the Microsoft account that you use to access the Windows Store; and (b) the device limit for the application is displayed in the Store or, for some applications downloaded on the Xbox console, the Xbox Live Usage Rules. For applications you download from the Xbox Store, you may install and use the application on Xbox consoles as described in the Xbox Live Usage Rules. Microsoft reserves the right to modify the Xbox Live Usage Rules at any time.

2. **INTERNET-BASED SERVICES.**

    a. **Consent for Internet-based or wireless services.** If the application connects

to computer systems over the Internet, which may include via a wireless network, using the application operates as your consent to the transmission of standard device information (including but not limited to technical information about your device, system, and application software, and peripherals) for Internet-based or wireless services. If other terms are presented in connection with your use of services accessed using the application, those terms also apply.

b. **Misuse of Internet-based services.** You may not use any Internet-based service in any way that could harm it or impair anyone else's use of it or the wireless network. You may not use the service to try to gain unauthorized access to any service, data, account, or network by any means.

3. **SCOPE OF LICENSE.** The application is licensed, not sold. This agreement only gives you some rights to use the application. If Microsoft disables the ability to use the applications on your devices pursuant to your agreement with Microsoft, any associated license rights will terminate. Application publisher reserves all other rights. Unless applicable law gives you more rights despite this limitation, you may use the application only as expressly permitted in this agreement. In doing so, you must comply with any technical limitations in the application that only allow you to use it in certain ways. You may not:

a. Work around any technical limitations in the application.
b. Reverse engineer, decompile, or disassemble the application, except and only to the extent that applicable law expressly permits, despite this limitation.
c. Make more copies of the application than specified in this agreement or allowed by applicable law, despite this limitation.
d. Publish or otherwise make the application available for others to copy.
e. Rent, lease, or lend the application.
f. Transfer the application or this agreement to any third party.

4. **DOCUMENTATION.** If documentation is provided with the application, you may copy and use the documentation for personal reference purposes.

5. **TECHNOLOGY AND EXPORT RESTRICTIONS.** The application may be subject to United States or international technology control or export laws and regulations. You must comply with all domestic and international export laws and regulations that apply to the technology used or supported by the application. These laws include restrictions on destinations, end users, and end use. For information on Microsoft branded products, go to the Microsoft exporting website.

6. **SUPPORT SERVICES.** Contact the application publisher to determine if any support services are available. Microsoft, your hardware manufacturer and your wireless carrier (unless one of them is the application publisher) aren't responsible for providing support services for the application.

7. **ENTIRE AGREEMENT.** This agreement, any applicable privacy policy, and the terms for supplements and updates are the entire license agreement between you and application publisher for the application.

8. **APPLICABLE LAW.**

a. **United States and Canada. If you acquired the application in the United States or Canada, the laws of the state or province where you live (or, if a business, where your principal place of business is located) govern the interpretation of these terms, claims for breach of them, and all other claims (including consumer protection, unfair competition, and tort claims),**

regardless of conflict of law principles.

b. Outside the United States and Canada. If you acquired the application in any other country, the laws of that country apply.

9. **LEGAL EFFECT**. This agreement describes certain legal rights. You may have other rights under the laws of your state or country. This agreement doesn't change your rights under the laws of your state or country if the laws of your state or country don't permit it to do so.

10. DISCLAIMER OF WARRANTY. The application is licensed "as is," "with all faults," and "as available." You bear the entire risk as to its quality and performance. Should it prove defective, you assume the entire cost of all necessary servicing or repair. The application publisher, on behalf of itself, Microsoft, wireless carriers over whose network the application is provided, and each of our respective affiliates, vendors, agents, and suppliers ("Covered Parties"), gives no express warranties, guarantees, or conditions in relation to the application. You may have additional consumer rights under your local laws that this agreement can't change. To the extent permitted under your local laws, Covered Parties exclude any implied warranties or conditions, including those of merchantability, fitness for a particular purpose, and non-infringement. If your local laws impose a warranty, guarantee or condition even though these terms do not, its duration is limited to 90 days from when you download the application.

11. LIMITATION ON AND EXCLUSION OF REMEDIES AND DAMAGES. To the extent not prohibited by law, if you have any basis for recovering damages, you can recover from the application publisher only direct damages up to the amount you paid for the application or $1.00, whichever is greater. You will not, and waive any right to, seek to recover any other damages, including lost profits and consequential, special, direct, indirect, or incidental damages, from the application publisher.

This limitation applies to:

- Anything related to the application or services made available through the application; and
- Claims for breach of contract, warranty, guarantee or condition; strict liability, negligence, or other tort; violation of a statute or regulation; unjust enrichment; or under any other theory; all to the extent permitted by applicable law.

It also applies even if:

- This remedy doesn't fully compensate you for any losses; or
- The application publisher knew or should have known about the possibility of the damages.

↑Top of page

## Covered Services

The following products, apps and services are covered by the Microsoft Services Agreement, but may not be available in your market.

Account.microsoft.com
Advertising.microsoft.com
Bing

Bing Apps
Bing Desktop
Bing Dictionary
Bing in the Classroom
Bing Input
Bing Maps
Bing Navigation
Bing Reader
Bing Rewards
Bing Search app
Bing Toolbar
Bing Torque
Bing Translator
Bing Webmaster
Bing Wikipedia Browser
Bing.com
Bingplaces.com
Choice.microsoft.com
Citizen Next
Cortana
Default Homepage and New Tab Page on Microsoft Edge
Device Health App
HealthVault
Groove
Maps App
Microsoft account
Microsoft Family
Microsoft Health
Microsoft Translator
Microsoft Wallpaper
Microsoft XiaoIce
MSN Dial Up
MSN Explorer
MSN Food & Drink
MSN Health & Fitness
MSN Money
MSN News
MSN Premium
MSN Sports
MSN Travel
MSN Weather
MSN.com
Next Lock Screen
Office 365 Consumer
Office 365 Home
Office 365 Personal
Office 365 University
Office Online
Office Store
Office Sway
Office.com
OneDrive
OneDrive.com
OneNote

Onenote.com
Outlook.com
Picturesque Lock Screen
Pix Lock
Skype
Skype in the Classroom
Skype Manager
Skype Qik
Skype WiFi
Skype.com
Smart Search
Snipp3t
Spreadsheet Keyboard
Sway.com
Translator
UrWeather
Windows Live Mail
Windows Live Writer
Windows Movie Maker
Windows Photo Gallery
Xbox and Windows Games published by Microsoft
Xbox Live
Xbox Music
Xbox Music Pass
Xbox Video

↑Top of page

Microsoft
Contact us Privacy & cookies Terms of use Trademarks
About our ads © 2015 Microsoft